# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HEALTHIER CHOICES MANAGEMENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> PHILIP MORRIS USA, INC. and PHILIP MORRIS PRODUCTS S.A., <br><br> Defendants. | Case No. 1:20-cv-04816-TCB |

## ORDER ON CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Upon reviewing the Defendant Philip Morris USA, Inc.'s Consent Motion for Extension of Time to Answer or Otherwise Respond to Complaint and for good cause appearing therein,

NOW THEREFORE IT IS ORDERED that the Consent Motion is GRANTED. The deadline for Philip Morris USA, Inc. to Answer or otherwise respond to the Complaint is January 27, 2021.

IT IS SO ORDERED, this 28th day of December, 2020.

_____
**Timothy C. Batten, Sr.**
**United States District Judge**