# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HEALTHIER CHOICES MANAGEMENT CORP.,<br><br>   Plaintiff,<br><br> v.<br><br>PHILIP MORRIS USA, INC. and PHILIP MORRIS PRODUCTS S.A.,<br><br>   Defendants. | Case No. 1:20-cv-04816-TCB |

## ORDER ON UNOPPOSED MOTION FOR EXTENION OF TIME FOR DEFENDANT PHILIP MORRIS USA, INC. TO ANSWER

Upon reviewing the Defendant Philip Morris USA, Inc.'s Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint and for good cause appearing therein,

NOW THEREFORE IT IS ORDERED that the Unopposed Motion is GRANTED.  The deadline for Philip Morris USA, Inc. to Answer or otherwise respond to the Complaint is February 26, 2021.

IT IS SO ORDERED, this 19th day of January, 2021.

_____
Timothy C. Batten, Sr.
United States District Judge