## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| HEALTHIER CHOICES MANAGEMENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> PHILIP MORRIS USA, INC. and PHILIP MORRIS PRODUCTS S.A., <br><br> Defendants. | Case No. 1:20-cv-04816-TCB |

## NOTICE OF APPEARANCE

Henry D. Fellows, Jr., Esq. of the law firm Fellows LaBriola LLP hereby enters his appearance as counsel of record for Defendant Philip Morris Products S.A. in the above-styled action.

Respectfully submitted this 24th day of February, 2021.

**FELLOWS LABRIOLA LLP**

s/Henry D. Fellows, Jr.
Henry D. Fellows, Jr.
Georgia Bar No. 257825
Michael C. Gretchen
Georgia Bar No. 522171
Suite 2300, South Tower
225 Peachtree Street, NE
Atlanta, Georgia 30303
Phone: 404-586-9200

1

hfellows@fellab.com
mgretchen@fellab.com

*Attorneys for Defendant Philip Morris Products S.A.*

## CERTIFICATE OF SERVICE

This is to certify that on this day I served the foregoing by using the Court's CM/ECF system, which will send notice of the filing to all counsel authorized to receive it.

This 24th day of February, 2021.

                                                s/Henry D. Fellows, Jr.
                                                Henry D. Fellows, Jr.