IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HEALTHIER CHOICES MANAGEMENT CORP.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PHILIP MORRIS USA, INC. and PHILIP MORRIS PRODUCTS S.A.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-04816-TCB |

**NOTICE OF APPEARANCE**

Michael C. Gretchen, Esq. hereby enters his appearance and joins Henry D. Fellows, Jr., Esq. of the law firm Fellows LaBriola LLP as counsel of record for Defendant Philip Morris Products S.A. in the above-styled action.

Respectfully submitted this 24th day of February, 2021.

**FELLOWS LABRIOLA LLP**

s/Michael C. Gretchen
Henry D. Fellows, Jr.
Georgia Bar No. 257825
Michael C. Gretchen
Georgia Bar No. 522171
Suite 2300, South Tower
225 Peachtree Street, NE
Atlanta, Georgia 30303
Phone: 404-586-9200

hfellows@fellab.com
mgretchen@fellab.com

*Attorneys for Defendant Philip Morris Products S.A.*

3

# CERTIFICATE OF SERVICE

This is to certify that on this day I served the foregoing by using the Court's CM/ECF system, which will send notice of the filing to all counsel authorized to receive it.

This 24th day of February, 2021.

s/Michael C. Gretchen<br>
Michael C. Gretchen