IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HEALTHIER CHOICES MANAGEMENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> PHILIP MORRIS USA, INC. and PHILIP MORRIS PRODUCTS S.A., <br><br> Defendants. | Case No. 1:20-cv-04816-TCB |

**DEFENDANT PHILIP MORRIS PRODUCTS S.A.'S
<u>CERTIFICATE OF INTERESTED PERSONS</u>**

Under Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of the Local Rules of the Northern District of Georgia, Defendant Philip Morris Products S.A. makes the following disclosures:

(1)   The undersigned counsel of record for Philip Morris Products S.A. certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Healthier Choices Management Corp. (Plaintiff)

Philip Morris USA, Inc. (Defendant)

1

Philip Morris Products S.A. (Defendant)

Altria Group, Inc. (Parent Corporation of Philip Morris USA, Inc.)

Philip Morris International Inc. (Ultimate Parent Corporation of Philip Morris Products S.A.)

**(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

**(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys in this proceeding:**

Counsel for Healthier Choices Management Corp.:

COZEN O'CONNOR
Alycen Moss
Lynette D. Espy-Williams
1230 Peachtree Street, NE, Suite 400
Atlanta, GA 30309

Barry P. Golob
Aaron S. Lukas
Eric Levi
1200 Nineteenth Street, N.W.
Washington, DC  20036

Counsel for Defendant Philip Morris USA, Inc.:

WEIL GOTSHAL & MANGES LLP
Brian E. Ferguson
Stephen P. Bosco
2001 M Street, NW, Suite 600
Washington, DC 20036

Elizabeth Weisswasser
767 Fifth Avenue
New York, NY 10153

ADDYHART PC
Charles A. Pannell, III
10 Glenlake Parkway
Suite 130
Atlanta, GA 30329

Counsel for Defendant Philip Morris Products S.A.

FELLOWS LABRIOLA LLP
Henry D. Fellows, Jr.
Michael C. Gretchen
Suite 2300, South Tower
225 Peachtree Street, NE
Atlanta, Georgia 30303

LATHAM & WATKINS LLP
Maximilian A. Grant
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304

Richard G. Frenkel
140 Scott Drive
Menlo Park, CA  94025

Respectfully submitted this 24th day of February, 2021.

**FELLOWS LABRIOLA LLP**

s/Henry D. Fellows, Jr.
Henry D. Fellows, Jr.
Georgia Bar No. 257825
Michael C. Gretchen
Georgia Bar No. 522171
Suite 2300, South Tower
225 Peachtree Street, NE
Atlanta, Georgia 30303
Phone: 404-586-9200
hfellows@fellab.com
mgretchen@fellab.com

LATHAM & WATKINS LLP
Maximilian A. Grant
(*pro hac vice* admission pending)
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
(202) 637-2267
Max.Grant@lw.com

Richard G. Frenkel
(*pro hac vice* admission pending)
140 Scott Drive
Menlo Park, CA  94025
(650) 463-3080
Rick.Frenkel@lw.com

*Attorneys for Defendant Philip Morris Products S.A.*

4

5

## CERTIFICATE OF SERVICE

This is to certify that on this day I served the foregoing by using the Court's CM/ECF system, which will send notice of the filing to all counsel authorized to receive it.

This 24th day of February, 2021.

            s/Henry D. Fellows, Jr.
            Henry D. Fellows, Jr.