# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HEALTHIER CHOICES MANAGEMENT CORP.,<br><br>        Plaintiff,<br><br>    v.<br><br>PHILIP MORRIS USA, INC. and PHILIP MORRIS PRODUCTS S.A.,<br><br>        Defendants. | Case No. 1:20-cv-04816-TCB |

## PHILIP MORRIS USA, INC.'S
## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    Plaintiff:    Healthier Choices Management Corp.

    Defendant:    Philip Morris Products S.A.

Defendant: Philip Morris USA, Inc. discloses that the parent company of Philip Morris USA, Inc. is Altria Group, Inc. Altria Group, Inc. is the only publicly held corporation that owns 10% or more of Philip Morris USA, Inc.'s stock.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For Plaintiff:
Aaron S. Lukas (pro hac vice)
Alycen A. Moss
Barry P. Golob (pro hac vice)
Eric Lawrence Levi (pro hac vice)
Lynette D. Espy-Williams

For Defendant Philip Morris Products, S.A.:

Henry D. Fellows, Jr.
Michael C. Gretchen
Maximilian A. Grant (pro hac vice pending)
Richard G. Frenkel (pro hac vice pending)

For Defendant Philip Morris USA, Inc.:

Brian E. Ferguson (pro hac vice)
Elizabeth S. Weiswasser (pro hac vice)
Stephen P. Bosco (pro hac vice pending)
Charles A. Pannell, III

Dated:  February 25, 2021             Respectfully Submitted,

/s/ *Charles A. Pannell, III*
Charles A. Pannell, III
Georgia Bar No. 141535
**ADDYHART P.C.**
10 Glenlake Parkway, Suite 130
Atlanta, GA 30328
(770) 715-2020
cpannell@addyhart.com

*Of Counsel*:

Brian E. Ferguson (*Pro Hac Vice*)
Stephen P. Bosco
(Pro Hac Vice Pending)
**WEIL GOTSHAL & MANGES, LLP**
2001 M Street, NW, Suite 600
Washington, DC 20036
(202) 682-7000
Brian.ferguson@weil.com
Stephen.bosco@weil.com

Elizabeth Weiswasser  (*Pro Hac Vice*)
**WEIL GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
Elizabeth.weiswasser@weil.com

*Counsel for Defendant Philip Morris USA, Inc.*

## 7.1(D) CERTIFICATION

Counsel for the Defendant hereby certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

                                              /s/ *Charles A. Pannell, III*  
                                              Charles A. Pannell, III

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2021, a copy of the foregoing was filed and served using CM/ECF which will send electronic notification of such filing to all counsel of record.

/s/ *Charles A. Pannell, III*
Charles A. Pannell, III
*Attorney for Defendant*