**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| HEALTHIER CHOICES MANAGEMENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> PHILIP MORRIS USA, INC. and PHILIP MORRIS PRODUCTS S.A., <br><br> Defendants. | Case No. 1:20-cv-04816-TCB |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE AND REPLY TO DEFENDANTS' MOTION TO
DISMISS UNDER FED. R. CIV. P. 12(b)(6)**

Plaintiff Healthier Choices Management Corp. ("Healthier Choices") and Defendants Philip Morris USA, Inc. and Philip Morris Products S.A. ("Defendants") respectfully submit this joint motion for an extension of time for Healthier Choices to file its Response to Defendants' Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6), and for an extension of time for Defendants to file their Reply.

Defendants filed their Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6) on February 25, 2021. The current deadline for Healthier Choices to file its Response is March 11, 2021, and the current deadline for Defendants to file their Reply is March 25, 2021.

The parties respectfully request that the deadline for Healthier Choices to file its Response be extended to March 22, 2021, and that the deadline for Defendants to file their Reply be extended to April 16, 2021.

| | |
|---|---|
| Dated:  March 9, 2021 | Respectfully submitted, |
| */s/ Alycen Moss* | */s/ Henry D. Fellows, Jr.* |
| Alycen Moss | Henry D. Fellows, Jr. |
| Georgia Bar No. 002598 | Georgia Bar No. 257825 |
| Lynnette D. Espy-Williams | Michael C. Gretchen |
| Georgia Bar No.  246106 | Georgia Bar No.  522171 |
| COZEN O'CONNOR | FELLOWS LABRIOLA LLP |
| 1230 Peachtree Street, NE, Suite 400 | Suite 2300 |
| Atlanta, GA 30309 | South Tower Peachtree Center |
| Telephone: (404) 572-2000 | 225 Peachtree Street, N.E. |
| amoss@cozen.com | Atlanta, GA 30303 |
| lespy-williams@cozen.com | Telephone: (404) 586-9200 |
| | hfellows@fellab.com |
| Barry P. Golob (admitted *pro hac vice*) | mgretchen@fellab.com |
| Aaron S. Lukas (admitted *pro hac vice*) | Maximilian A. Grant (admitted *pro hac vice*) |
| Eric Levi (admitted *pro hac vice)* | LATHAM & WATKINS LLP |
| COZEN O'CONNOR | 555 Eleventh Street, N.W. |
| 1200 Nineteenth Street, NW | Suite 1000 |
| Washington, D.C. 20036 | Washington, DC 20004 |
| Telephone: (202) 912-4800 | Telephone: (202) 637-2200 |
| bgolob@cozen.com | maximilian.grant@lw.com |
| alukas@cozen.com | |
| elevi@cozen.com | Richard L. Frenkel (admitted *pro hac vice*) |
| | LATHAM & WATKINS LLP |
| | 140 Scott Drive |
| *Attorneys for Plaintiff Healthier Choices Management Corp.* | Menlo Park, CA 94025 |
| | Telephone: (650) 463-3080 |
| | rick.frenkel@lw.com |
| | |
| | *Attorneys for Defendant Philip Morris* |

2

*Products S.A.*

/s/ Charles A. Pannell, III
Charles A. Pannell, III
Georgia Bar No. 141535
ADDYHART P.C.
Suite 130
10 Glenlake Parkway
Atlanta, GA 30328
Telephone: (770) 715-2020
cpannell@addyhart.com

Brian Ferguson (admitted *pro hac vice*)
Stephen P. Bosco (admitted *pro hac vice*)
WEIL GOTSHAL & MANGES, LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
brian.ferguson@weil.com
stephen.bosco@weil.com

Elizabeth S. Weiswasser (admitted *pro hac vice*)
WEIL GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8159
elizabeth.weiswasser@weil.com

*Attorneys for Defendant Philip Morris USA, Inc.*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1D the undersigned hereby certifies that the foregoing document has been prepared in Times New Roman 14 point, one of the four fonts and points approved by the Court in L.R. 5.1C.

*/s/ Alycen Moss*
Alycen Moss

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 9, 2021, the foregoing document was filed with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all counsel of record.

                                                */s/ Alycen Moss*
                                                Alycen Moss