# EXHIBIT 1: Amended Complaint with Exhibits A-O

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| HEALTHIER CHOICES MANAGEMENT CORP., | |
| Plaintiff, | |
| v. | Civil Action No. 1:20-cv-04816-TCB |
| PHILIP MORRIS USA, INC. and PHILIP MORRIS PRODUCTS S.A., | DEMAND FOR JURY TRIAL |
| Defendants. | |

## AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and the Court's July

23, 2021, Order [D.E. 42], Plaintiff Healthier Choices Management Corp.

("Healthier Choices"), by and through its undersigned counsel, files this Amended

Complaint for patent infringement against Defendants Philip Morris USA, Inc.

("Philip Morris USA") and Philip Morris Products S.A. ("PMP") (collectively,

"Defendants") and alleges as follows:

## NATURE OF ACTION

1.      This is a civil action for patent infringement of U.S. Patent No.

10,561,170 ("the '170 patent"), arising under the United States patent laws,

Title 35, United States Code §§ 1, *et seq.*, including 35 U.S.C. § 271.

2.     The inventions claimed in the '170 patent are the result of significant investment, research, and development by Healthier Choices and relate to innovative products and methods for, *inter alia*, consumers' use and enjoyment of tobacco products.

3.     With this lawsuit, Healthier Choices seeks to be compensated for Defendants' use of its patented technology.

## THE PARTIES

4.     Healthier Choices is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 3800 North 28th Way, Suite 1, Hollywood, Florida 33020.

5.     On information and belief, Philip Morris USA is a corporation organized and existing under the laws of the Commonwealth of Virginia, having its principal place of business at 6601 West Broad Street, Richmond, Virginia 23230, and further maintaining places of business in this District at 3393 Peachtree Road N.E., Atlanta, Georgia 30326 and 3333 Buford Drive, Space 1004, Buford, Georgia 30519.

6.     On information and belief, PMP is a societe anonyme existing under the laws of Switzerland, with a corporate address at Quai Jeanrenaud 3, 2000 Neuchâtel, Switzerland.

2

## JURISDICTION AND VENUE

7.     This Action arises under the Patent Laws of the United States, 35 U.S.C. §§ 1, *et seq*., and this Court has subject matter jurisdiction over Healthier Choices' patent infringement claims under 28 U.S.C. §§ 1331 and 1338(a).

8.     This Court has personal jurisdiction over Defendants consistent with the principles of due process and the Georgia Long-Arm Statute based on Defendants' contacts with the State of Georgia and this District.  Defendants regularly transact and conduct business within the State of Georgia and have committed and continue to commit acts of patent infringement and/or contribute to and induce acts of patent infringement by others within the State of Georgia and this District.

9.     Defendants have committed and continue to commit acts of infringement, directly and/or indirectly, within this District and the State of Georgia by, *inter alia*, making, using, selling, offering for sale, importing, advertising, and/or promoting products in this District that infringe one or more claims of the '170 patent, and/or inducing others to commit such acts in this District.

10.     This court has personal jurisdiction over PMP.  As a foreign corporation, personal jurisdiction exists over PMP pursuant to Federal Rule of

Civil Procedure 4(k)(2).  In addition, personal jurisdiction exists over PMP based on the fact that it is responsible for causing patent infringement to occur in the State of Georgia and this District.

11.    Personal jurisdiction is appropriate over PMP because PMP manufactures and imports the accused infringing product into this District and PMP is the regulatory approval holder for the accused infringing product.  On information and belief, PMP is the regulatory approval holder for the IQOS® "Tobacco Heating System" ("IQOS® system"), which the U.S. Food & Drug Administration ("FDA") approved in April 2019.  On information and belief, PMP manufactures the accused infringing IQOS® system, and the accused infringing product is imported, offered for sale, sold, and/or used in the United States, including within this District.

12.    This court has personal jurisdiction over Philip Morris USA.  On information and belief, Philip Morris USA is in the business of developing, manufacturing, distributing, marketing, offering for sale, selling, and instructing its customers how to use tobacco products, including distributing, marketing, offering for sale, selling, and instructing its customers to use the accused infringing product within this District.

13.     On information and belief, Philip Morris USA has purposefully conducted and continues to conduct business within this District, *inter alia*, by maintaining an active registration as a corporation with the Secretary of State of the State of Georgia under Control Number H857380, and by maintaining a Registered Agent within this District located at 289 South Culver Street, Lawrenceville, Georgia 30046-4805.

14.     On information and belief, Philip Morris USA owns, operates, and maintains a website that facilitates the offer for sale, sale, and/or use of the accused infringing product (www.getiqos.com), which is accessible by residents within this District and the State of Georgia.  This website includes a "Store Locator" feature that enables and encourages residents within this District and the State of Georgia to find retail establishments that offer for sale, sell, and/or instruct consumers how to use the accused infringing product.  (*See* Exh. C (www.getiqos.com store locator website, identifying retail establishments within this District at which the accused infringing product can be purchased)).

15.     On information and belief, Philip Morris USA owns and maintains regular and established places of business in the State of Georgia and within this District for the purpose of offering for sale, selling, using, and/or instructing its customers how to use the accused infringing product.  On information and belief,

Philip Morris USA owns and maintains retail establishments at the Lenox Square shopping center with an address of 3393 Peachtree Rd. NE, Atlanta, Georgia 30326, (Exh. D (IQOS® store locator identifying an IQOS® Store at Lenox Square in Atlanta, Georgia); Exh. E (IQOS® store location within the Lenox Square shopping center)) and at the Mall of Georgia shopping center with an address of 3333 Buford Dr., Space 1004, Buford, Georgia 30519 (Exh. F (IQOS® store locator identifying an IQOS® Store at the Mall of Georgia in Buford, Georgia); Exh. G (IQOS® store location within the Mall of Georgia)) for the purpose of offering for sale, selling, using, and/or instructing its customers how to use the accused infringing product.  (Exh. C).

16.     On information and belief, Philip Morris USA's retail establishments that offer for sale, sell, use, and/or instruct consumers how to use the accused infringing product within this District were temporarily closed during portions of March, April, May, and/or June of 2020 as a result of the COVID-19 pandemic, but have re-opened as of June 22, 2020.  (*See* Exh. H (IQOS® store locations, including the Lenox Square Store and the Mall of Georgia Store, re-open on June 22, 2020)).

17.     Through its websites, retail establishments, and marketing within this District and the State of Georgia, Defendants solicit customers in the State of

Georgia and this District, have customers who are residents of the State of Georgia and this District, have customers who buy and use Defendants' infringing products in the State of Georgia and in this District, and have hired employees who reside within this District to operate and maintain retail establishments within the State of Georgia and this District where the accused infringing product is offered for sale, sold, and/or used.

18.     Defendants have purposefully availed themselves of the privileges of conducting business in the State of Georgia and in this District and should reasonably anticipate being sued in this District.  The exercise of jurisdiction over Defendants would not offend traditional notions of fair play and substantial justice.

19.     Healthier Choices' claim of patent infringement arises directly from Defendants' business contacts and activities in the State of Georgia and within this District.

20.     Venue is proper in this District as to Philip Morris USA under 28 U.S.C. § 1400(b) because, *inter alia*, Philip Morris USA has regular and established places of business in the District.  Further, Philip Morris USA uses its regular and established places of business in this District to offer for sale, sell, use, and/or instruct its customers to use the accused infringing product thereby committing, inducing, and/or contributing to acts of patent infringement in this

7

District.  (*See* Exh. C-H).

21.     Venue is proper as to PMP by virtue of 28 U.S.C. §§ 1391(c)(3) and

1400(b) because PMP is a foreign entity that has committed acts of infringement,

or induced others (including, but not limited to, Philip Morris USA) to commit acts

of infringement, within this District.  Moreover, there is personal jurisdiction over

PMP in this District, and thus, venue is proper in this District for this additional

reason.

## THE '170 PATENT

22.     The '170 patent is entitled "Electronic Pipe," and was duly and legally

issued by the United States Patent & Trademark Office ("PTO") on February 18,

2020.  A true and correct copy of the '170 patent is attached hereto as Exhibit A.

23.     Healthier Choices is the assignee of the entire right, title, and interest

in the '170 patent by way of assignments from the named inventors Edwin Balder,

Gilbert Cypert, and Xuandon Huang, which were recorded at the PTO on July 30,

2019 at Reel 049896, Frame 0442.

24.     Independent Claim 1 of the '170 patent recites the following:

1.  An electronic pipe, comprising:

a battery, an electronic module, a combustible material
reservoir, and a heating element fixed in the combustible
material reservoir;

combustible material loaded into the combustible material reservoir;

wherein the pipe is structured to transmit an electric current from the battery to the heating element, the heating element initiating a combustion reaction in the combustible material reservoir.

(Exh. A, col. 9:36 – col. 10:4).

25.     Independent Claim 5 of the '170 patent recites the following:

5.     A method of at least partially combusting a combustible material for inhalation, comprising:

providing an electronic pipe comprising a battery, an electronic module, a combustible material reservoir, and a heating element fixed in the combustible material reservoir;

loading the combustible material into the combustible material reservoir;

activating the electronic pipe such that electric current is transmitted from the battery to the heating element;

initiating, by way of the heating element, a combustion reaction in the combustible material reservoir, the combustion reaction at least partially combusting the combustible material.

(Exh. A, col. 10:15-29).

## **DEFENDANTS' INFRINGING IQOS® PRODUCT**

26.     Defendants developed, manufacture, import, offer for sale, sell, and instruct customers how to use an electronic cigarette and tobacco stick system that

is offered for sale and sold in this District and elsewhere in the United States of America and overseas under the trade name IQOS®.  Defendants' IQOS® system includes three main components:  (1) an IQOS® Tobacco Stick (HeatStick) designed to function with the holder; (2) a Holder into which the HeatStick is inserted and heated; and (3) a Charger that is used to recharge the Holder after each use.  *See* Exh. J-N (IQOS 2.4, 2.4 Plus, 3, 3 Multi, and 3 DUO User Guides).  The Holder includes a Case, Rechargeable Battery, Electronic Module, and Heating Blade.  *See id.*; Exh. O (IQOS Holder and Pocket Charger User Guide).

27.    Each of the components of the IQOS® system described above were specifically and intentionally designed and are manufactured, offered for sale, sold, and adapted to be used with one another.  None of the IQOS® Holder, Electronic Module, Heating Element, Rechargeable Battery and Charger, or HeatStick is a staple article of commerce suitable for a substantial non-infringing use.  Rather, the IQOS® Holder, Electronic Module, Heating Element, Rechargeable Battery and Charger, and HeatStick were specifically designed and Defendants sought and obtained FDA regulatory approval for their use solely and exclusively as parts of the IQOS® system, and they are imported, marketed, offered for sale, and sold by Defendants solely and exclusively in and/or for use with the IQOS® system.

28.    Defendants, working in concert with one another, import, distribute,

offer for sale, sell, and/or instruct customers how to use the IQOS® system in the

United States.  Further, Defendants have offered to sell, sold, and/or instructed

customers how to use the IQOS® system, including HeatSticks, at retail

establishments within the State of Georgia, including Atlanta, Georgia.  The

product packaging and labeling for Defendants' HeatSticks states:  "Manufactured

for Philip Morris USA," made in Malaysia and Italy.

29.     Defendants instruct customers how to use the IQOS® system by, *inter alia*, providing customers with an "iQOS Quick Start Guide" and an "iQOS User Guide."  (*See* Exh. I-O).  Defendants import, offer for sale, and sell the IQOS® system with, and the IQOS® system is used according to, the Quick Start Guide and User Guide, each of which instructs consumers to operate the IQOS® system in a manner that infringes at least one claim of the '170 patent.

30.     Upon information and belief, Defendants' distributors, retailers, end users, customers, and/or resellers of the IQOS® system operate or use, and/or instruct customers how to operate or use the IQOS® system in the United States in accordance with the IQOS® Quick Start Guide and User Guide, which are packaged with the IQOS® system.

31.     Upon information and belief, at least since October 2019, PMP has been authorized to import and distribute, and in concert with Philip Morris USA,

market, offer for sale, sell, and instruct customers how to use the IQOS® system (including the HeatSticks that are designed, manufactured, imported, offered for sale, sold, and used with the IQOS® system) in the United States.  According to packaging materials included with IQOS® system in the United States, the IQOS® system (including HeatSticks) is manufactured for Philip Morris USA.

32.     Upon information and belief, PMP is the applicant for FDA approval of the IQOS® product and is responsible for and controls the worldwide design, manufacturing, and marketing of the IQOS® system, either directly or indirectly through its related entities, including manufacturing of the IQOS® system or components thereof in one or more of Switzerland, Italy, China, Malaysia, and/or Singapore for importation into the United States.

## THE IMPORTATION, SALE, OFFER FOR SALE, AND DISTRIBUTION OF THE IQOS® SYSTEM

33.     Upon information and belief, on or around May 24, 2017, PMP, in concert with Philip Morris USA, filed for FDA approval to import, offer for sale, sell, and/or instruct customers how to use the IQOS® system in the United States.

34.     On or around April 30, 2019, the FDA authorized PMP to import, distribute, market, offer for sale, sell, and commercially use the IQOS® system in the United States.

35.     On information and belief, beginning in October 2019, Defendants

began importing, distributing, marketing, offering for sale, selling, and commercially using the IQOS® system in the United States, including in this District.

36.    Upon information and belief, PMP manufactures components of all of the IQOS® system for Philip Morris USA, and the IQOS® system is imported into the United States for sale and/or offer for sale after importation.

37.    Since at least October 2019, Defendants have and continue to use, sell, offer to sell, market, and/or distribute the IQOS® system from at least one store that Defendants own and operate in Atlanta, Georgia.

## COUNT I
## INFRINGEMENT OF U.S. PATENT NO. 10,561,170

38.    The allegations of each preceding paragraph are incorporated herein by reference and realleged.

39.    Healthier Choices is the assignee and owner of all right, title, and interest in the '170 patent and Healthier Choices has the legal right to enforce the patent, sue for infringement, and seek equitable relief and damages.

40.    Pursuant to 35 U.S.C. § 282, the '170 patent is presumed valid and enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

41.    Defendants have had knowledge of Plaintiff's assertion of

infringement of the '170 patent since at least November 30, 2020, when this lawsuit was filed.

42.     On information and belief, the IQOS® system is "an electronic pipe" that meets each and every limitation of at least claim 1 of the '170 patent, either literally or under the doctrine of equivalents.  (Exh. A, col. 9:36 – col. 10:4).

43.     On information and belief, Defendants know and specifically intend for the IQOS® system to be used in a manner that meets each and every limitation of at least claim 5 of the '170 patent, including by providing customers with a User Guide and/or a Quick Start Guide and/or instructing customers at retail locations located within this District.

44.     Claims 1 and 5 of the '170 patent require an electronic pipe comprising "a battery, an electronic module, a combustible material reservoir, and a heating element fixed in the combustible material reservoir."  (Exh. A, col. 9:37-39, col. 10:17-20).  On information and belief, the Holder portion of the IQOS® system is an electronic pipe that includes a rechargeable battery that provides power to the device, including the heating blade, which is fixed within a reservoir into which a combustible material (i.e., a HeatStick) is inserted, and therefore meets the limitation of claims 1 and 5 literally or under the doctrine of equivalents. (*See* Exh. I-O; Exhibit B Declaration of Michael J. Deible, Ph.D. ("Deible Decl.")

¶¶ 4, 10-11, 17, 19 (the "IQOS device is a handheld electronic smoking device," "Marlboro HeatStick tobacco products are designed for use with the IQOS device" and "the HeatStick is pierced by a blade-shaped heating element" which "pierces a central portion of the HeatStick, . . . thereby heating the HeatStick")).  The casing and support components of the IQOS® system support and guide a HeatStick onto the heating blade (heating element) when it is inserted into the electronic pipe (*see* Exh. J at 14).



(Exh. J at 14).

45.     Claim 1 of the '170 patent further requires "combustible material loaded into the combustible material reservoir." (Exh. A, col. 9:40-41).  On information and belief, at least placing a HeatStick into the Holder of the IQOS® system meets this claim limitation literally or under the doctrine of equivalents. (*See, e.g.,* Exh. J at 14 (instructing a consumer to "[c]heck that the HeatStick is inserted correctly by having the HeatStick filter aligned with the top of the iQOS Holder cap.")).  On information and belief, when inserted into the IQOS® system's holder, the HeatStick is pierced by the holder's heating blade; then, when electrical current flows through the conductive material in the heating blade, heat is dissipated and released into the surrounding tobacco.  (*See* Deible Decl. ¶ 11).  On information and belief, the IQOS® system operates at temperatures up to 350ºC. (*See* Deible Decl. ¶¶ 4, 12 (demonstrating that the HeatStick is a combustible material within the operating temperature of the IQOS® system)).

46.     Further, claim 1 of the '170 patent requires an electronic pipe "wherein the pipe is structured to transmit an electrical current from the battery to the heating element, the heating element initiating a combustion reaction in the combustible material reservoir." (Exh. A, col. 10:1-4 ).  On information and belief, at least transmitting an electrical current from the battery to the heating blade in the IQOS® system results in combustion of at least a portion of the HeatStick and

therefore the IQOS® system, when used by a consumer in the manner instructed by Defendants, meets this claim limitation literally or under the doctrine of equivalents.  (*See* Deible Decl. ¶¶ 4, 13, 21, 23).

47.    A combustion reaction is a chemical reaction that requires fuel, oxygen and an ignition source.  (*See* Deible Decl. ¶ 12).  On information and belief, the HeatStick provides fuel, air provides oxygen, and the IQOS® system provides a heating blade, which is the heating element and ignition source.  (*See* Deible Decl. ¶¶ 11-12).

48.    On information and belief, the IQOS® system generates combustion markers, including carbon monoxide and carbon dioxide, in sufficient quantities to indicate that combustion occurs in the IQOS® system.  (*See* Deible Decl. ¶¶ 4, 13, 21, 23).

49.    On information and belief, the heating element initiates a combustion reaction in the combustible material reservoir by heating the heating blade, which in turn heats the HeatStick to temperatures at or below 350°C.  (*See* Deible Decl. ¶¶ 4, 11-12, 17-22).  On information and belief, at temperatures at or below 350°C, the IQOS® system initiates a combustion reaction in the chamber of the system.  *Id.* Specifically,

a.      A combustible material is loaded into the combustible material chamber, Deible Decl. ¶¶ 4, 10-11, 17-23;

b.      The heating blade pierces the HeatStick and initiates a combustion reaction in the HeatStick, Deible Decl. ¶¶ 4, 10-11, 17, 19;

c.      A thermogravimetric analysis-differential scanning calorimetry ("TGA-DSC") analysis of a HeatStick evidences an exothermic reaction between 250ºC and 340ºC and therefore, a combustion reaction, Deible Decl. ¶¶ 14-21; and

d.      The concentrations of CO and $CO_2$ that are produced by the HeatStick, after the heating blade pierces and heats the HeatStick, evidence a combustion reaction.  *See* Deible Decl. ¶¶ 4, 13, 21, 23.

50.     Therefore, Defendants' importation, offer for sale, and sale of the IQOS® system in combination with HeatSticks and instructions to consumers on their use directly infringes each and every limitation of at least claim 1 of the '170 patent under 35 U.S.C. § 271(a).

51.     Further, at least as early as November 30, 2020, Defendants' importation, offer for sale, and sale of the IQOS® system in combination with HeatSticks and instructions to consumers on their use contributes to and/or induces infringement of each and every limitation of at least claim 1 of the '170 patent

under 35 U.S.C. §§ 271(b) and/or (c).

52.    On information and belief, Defendants have directly infringed, and are continuing to directly infringe, literally or under the doctrine of equivalents, at least claim 1 of the '170 patent by importing, using, selling, offering for sale, marketing, and/or distributing the infringing IQOS® system in the United States, in violation of 35 U.S.C. § 271(a).

53.    In addition to the limitations discussed above, claim 5 of the '170 patent also requires "loading the combustible material into the combustible material reservoir."  (Exh. A, col. 10:21-22).  On information and belief, Defendants instruct customers to load a combustible material (i.e., HeatSticks) into the Holder of the IQOS® system, which, as discussed *supra*, includes a combustible material reservoir:



(Exh. I at 5; *see also* Exh. J at 14; Exh. K-N (IQOS 2.4, 2.4 Plus, 3, 3 Multi, and 3 DUO User Guides); Exh. O (IQOS Holder and Pocket Charger User Guide)).

Therefore, on information and belief, Defendants know and intend for consumers to operate the IQOS® system in combination with the HeatSticks in a manner that satisfies this limitation of claim 5 literally or under the doctrine of equivalents.

54.     Claim 5 of the '170 patent also requires "activating the electronic pipe such that electric current is transmitted from the battery to the heating element."

(Exh. A, col. 10:23-24).  On information and belief, Defendants instruct consumers to, after inserting a HeatStick into the Holder, turn on the IQOS® system by means of a switch that "initiates the heating of the tobacco via the heating blade inserted into the tobacco plug."  (Exh. J at 15 (IQOS 2.4); *see also* Exh. K-N (IQOS 2.4 Plus, 3, 3 Multi, and 3 DUO User Guides); Exh. O (IQOS Holder and Pocket Charger User Guide)).  Therefore, on information and belief, Defendants know and intend for consumers to operate the IQOS® system in combination with the HeatSticks in a manner that satisfies this limitation of claim 5 literally or under the doctrine of equivalents.

55.     Claim 5 of the '170 patent also requires "initiating, by way of a heating element, a combustion reaction in the combustible material reservoir, the combustion reaction at least partially combusting the combustible material." (Exh. A, col. 10:25-28).  On information and belief, Defendants understand that activating the heating element of the IQOS® system after insertion of a HeatStick generates a combustion reaction.  Therefore, on information and belief, Defendants know and intend for consumers to operate the IQOS® system in combination with the HeatSticks in a manner that satisfies this limitation of claim 5 literally or under the doctrine of equivalents.

56.     Defendants' importation, offer for sale, and sale of the IQOS® system in combination with HeatSticks and instructions to consumers on their use induces and/or contributes infringement of each and every limitation of at least claim 5 of the '170 patent under 35 U.S.C. §§ 271(b) and/or (c).

57.     On information and belief, upon importation, sale, offer for sale, marketing, and/or distribution in the United States, Defendants directly infringe, induce others to infringe, and contribute to the infringement by others of one or more claims of the '170 patent (including, *inter alia*, claim 1 and claim 5) under 35 U.S.C. §§ 271(a), (b), and (c) in this Judicial District and elsewhere.

58.     Defendants knowingly, actively induced and continue to knowingly induce third-party direct infringers—such as Defendants' customers and end users—to practice the patented inventions of at least claim 1 or claim 5 of the '170 patent by importing, using, selling, offering for sale, marketing, and/or distributing the infringing IQOS® system and by encouraging and facilitating infringement by creating and distributing instructional, product, technical, and marketing materials related to the infringing IQOS® system.  Defendants have knowledge that the induced acts constitute patent infringement, in violation of 35 U.S.C. § 271(b).

59.     Defendants' IQOS® system, when used as designed and instructed with HeatSticks, is an apparatus especially made or adapted for an infringing use

and, on information and belief, Defendants sell and have sold the IQOS® system and the associated HeatSticks for use in practicing the patented inventions claimed in the '170 patent. Defendants knowingly contributed to, and continue to contribute to, the infringement of the '170 patent by others in this District – such as Defendants' customers and end users – by offering for sale and selling the IQOS® system and HeatSticks in this District, where the IQOS® system and HeatSticks constitute a material part of the patented inventions claimed in the '170 patent, and are not staple articles or commodities of commerce suitable for a substantial non-infringing use, in violation of 35 U.S.C. § 271(c).

60.     On information and belief, Defendants' actions relating to the development, manufacture, importation, offer for sale, and sale of the IQOS® system were done by and for the benefit of Defendants.

61.     As a result of its infringement of the '170 patent, Defendants have damaged and continue to damage Healthier Choices. Defendants are liable to Healthier Choices in an amount to be determined at trial that adequately compensates Healthier Choices for Defendants' infringement of the '170 patent, which by law can be no less than a reasonable royalty.

62.     Healthier Choices seeks a judgment that Defendants directly infringe, induce infringement of, and contribute to infringement of one or more claims of

the '170 patent by the importation, distribution, offer for sale, and sale in the United States of Defendants' IQOS® product.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38, Healthier Choices hereby demands trial by jury in this Action for all issues and claims so triable.

## PRAYER FOR RELIEF

WHEREFORE, Healthier Choices respectfully requests the Court to enter judgment in its favor and grant the following relief:

a) Entry of judgment under 35 U.S.C. § 271(a) that Defendants and the manufacture, importation, offer for sale, sale, and/or use of Defendants' IQOS® system, whether literally or under the doctrine of equivalents, have infringed at least one claim of the '170 patent;

b) Entry of judgment under 35 U.S.C. § 271(b) that Defendants manufacture, importation, offer for sale, sale, and/or use of Defendants' IQOS® system actively induces and/or contributes to the infringement of at least one claim of the '170 patent, either literally or under the doctrine of equivalents;

c) Entry of judgment under 35 U.S.C. § 271(c) that Defendants manufacture, importation, offer for sale, sale, and/or use of

Defendants' IQOS® system actively induces and/or contributes to the infringement of at least one claim of the '170 patent, either literally or under the doctrine of equivalents;

d)    Ordering Defendants to account and pay damages adequate to compensate Plaintiff for Defendants' infringement of the '170 patent, including pre-judgment and post-judgment interest and costs and supplement damages for any continuing post-verdict or post-judgment infringement;

e)    Ordering an accounting for any infringing sales not presented at trial and an award by the Court of additional damages for any such infringing sales, including a continuing royalty for post-trial infringing sales;

f)    Awarding Healthier Choices its costs and expenses incurred in this Action;

g)    Granting Healthier Choices such other and further equitable relief which may be requested and to which Healthier Choices is entitled; and

h)    Granting such further relief as the Court deems appropriate.

----------*Signature Page Follows*----------

25

Dated:  August 6, 2021                Respectfully submitted,

*/s/ Alycen A. Moss*
Alycen A. Moss
Georgia Bar No. 002598

**COZEN O'CONNOR**
1230 Peachtree Street, NE, Suite 400
Atlanta, GA 30309
Telephone: (404) 572-2000
Email:  amoss@cozen.com

*Of Counsel:*
Barry P. Golob (admitted *pro hac vice*)
Lynnette D. Espy-Williams (Georgia Bar No. 246106)
Aaron S. Lukas (admitted *pro hac vice*)
Eric Levi (admitted *pro hac vice*)
**COZEN O'CONNOR**
1200 Nineteenth Street, N.W.
Washington, D.C. 20036
Tel: (202) 912-4800
Email:  bgolob@cozen.com
            lespy-williams@cozen.com
            alukas@cozen.com
            elevi@cozen.com

*Counsel for Plaintiff Healthier Choices Management Corp.*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to L.R. 7.1D, the undersigned counsel certify that the foregoing has been prepared in Times New Roman 14 point, one of the four fonts and points approved by the Court in L.R. 5.1C.

*/s/ Alycen A. Moss*
Alycen A. Moss
Georgia Bar No. 002598
E-mail:  amoss@cozen.com

# EXHIBIT A

US010561170B2

(12) **United States Patent**   (10) **Patent No.:**     **US 10,561,170 B2**
Balder et al.                                      (45) **Date of Patent:**        **Feb. 18, 2020**

(54) **ELECTRONIC PIPE**

(71) Applicant: **Healthier Chioces Management Corp.**, Hollywood, FL (US)

(72) Inventors: **Edwin Balder**, Mesa, AZ (US); **Gilbert Cypert**, Phoenix, AZ (US); **Xuandon Huang**, Guanghan (CN)

(73) Assignee: **Healthier Choices Management Corp.**, Hollywood, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 64 days.

(21) Appl. No.: **15/923,848**

(22) Filed: **Mar. 16, 2018**

(65)           **Prior Publication Data**

US 2018/0199622 A1     Jul. 19, 2018

**Related U.S. Application Data**

(60) Continuation of application No. 15/603,263, filed on May 23, 2017, now Pat. No. 9,949,506, which is a division of application No. 13/987,851, filed on Sep. 9, 2013, now Pat. No. 9,687,025.

(60) Provisional application No. 61/743,720, filed on Sep. 10, 2012.

(51) **Int. Cl.**
*A24F 47/00*          (2006.01)
*A24F 1/00*           (2006.01)

(52) **U.S. Cl.**
CPC .............. *A24F 1/00* (2013.01); *A24F 47/008* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56)               **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,095,921 A * | 3/1992 | Losee | A24F 47/008 128/200.19 |
| 6,196,218 B1 * | 3/2001 | Voges | A24F 47/002 128/200.14 |
| 2008/0092912 A1 * | 4/2008 | Robinson | A24B 3/14 131/200 |
| 2009/0095287 A1 * | 4/2009 | Emarlou | A61M 11/041 128/200.14 |
| 2012/0199146 A1 * | 8/2012 | Marangos | A24F 47/008 131/328 |
| 2013/0220315 A1 * | 8/2013 | Conley | A24F 47/008 128/202.21 |

* cited by examiner

*Primary Examiner* — Cynthia Szewczyk
(74) *Attorney, Agent, or Firm* — Berger Singerman LLP; Geoffrey Lottenberg

(57)               **ABSTRACT**

An electronic pipe includes a battery, an electronic module, a combustible material reservoir, and a heating element inside the combustible material reservoir. The pipe transmits an electric current from the battery to the heating element and the heating element is design to initiate a combustion reaction in the combustible material reservoir, at least partially combusting the combustible material for inhalation purposes.

**8 Claims, 4 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4

US 10,561,170 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# ELECTRONIC PIPE

This application is a continuation of U.S. patent application Ser. No. 15/603,263 filed May 23, 2017, which application is a divisional of U.S. patent application Ser. No. 13/987,851 filed Sep. 9, 2013, now U.S. Pat. No. 9,687,025, dated Jun. 27, 2017, which claims the benefit of U.S. Provisional Application 61/743,720 filed on Sep. 10, 2012.

## FIELD OF THE INVENTION

The present invention relates to an electronic pipe.

## BACKGROUND OF THE INVENTION

Despite the fact that "smoking is harmful to your health", the number of smokers worldwide is up to 1 billion, and the number is increasing every year. In 2003, the World Health Organization (WHO) concluded a global Framework Convention on Tobacco Control. According to the statistical data from WHO, about 4.9 million people die of diseases caused by smoking each year. Although smoking may cause serious respiratory diseases and cancer, it remains extremely difficult for smokers to quit smoking.

The active ingredient in a cigarette or pipe is nicotine. During smoking, nicotine, along with tar aerosol droplets produced in the cigarette when it burns, enters a smoker's alveolus and is rapidly absorbed. After being absorbed into the blood of a smoker, nicotine then produces its effect on the receptors of the smoker's central nervous system, which makes the smoker relax and enjoy an inebriety similar to that produced by an exhilarant.

Nicotine is a kind of alkaloid with a low molecular weight and its half-life in blood is quite short. The major harmful substance in tobacco is tar, which is composed of thousands of ingredients, tens of which are carcinogenic substances. It has been proven that passive smoking can be more harmful to non-smokers than smoking is to the smoker.

Some cigarette and pipe substitutes containing only nicotine without tar have been proposed, many of them, such as the "nicotine patch," "nicotine mouthwash," "nicotine chewing gum," "nicotine drinks" etc., are made of pure nicotine. Although these cigarette and pipe substitutes are free from tar, their major disadvantage is that an effective peak concentration of nicotine cannot be reached in the blood of a smoker due to slow absorption of the nicotine. In addition, these cigarette and pipe substitutes cannot satisfy the habitual smoking actions of a smoker, for example, the inhaling action and the physical manipulation of the cigarette or pipe itself.

Therefore, there remains a need to overcome one or more of the limitations in the above-described, existing art. The discussion of the background to the invention included herein is included to explain the context of the invention. This is not to be taken as an admission that any of the material referred to was published, known, or part of the common general knowledge at the priority date of the claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a view of a first embodiment of an electronic pipe embodying the principals of the invention;

FIG. 2 is a view of a second embodiment of an electronic pipe embodying the principals of the invention;

FIG. 3 is a view of a third embodiment of an electronic pipe embodying the principals of the invention; and

FIG. 4 is a cross-sectional view of an electronic cigarette that may provide elements and components for the electronic pipe.

It will be recognized that some or all of the Figures are schematic representations for purposes of illustration and do not necessarily depict the actual relative sizes or locations of The elements shown. The Figures are provided for the purpose of illustrating one or more embodiments of the invention with the explicit understanding that they will not be used to limit the scope or the meaning of the claims.

## DETAILED DESCRIPTION

In the following description, for the purposes of explanation, numerous specific details are set forth in order to provide a thorough understanding of the electronic pipe of the present invention. It will be apparent, however, to one skilled in the art that the electronic pipe may be practiced without some of these specific details. Throughout this description, the embodiments and examples shown should be considered as exemplars, rather than as limitations on the electronic pipe. That is, the following description provides examples, and the accompanying drawings show various examples for the purposes of illustration. However, these examples should not be construed in a limiting sense as they are merely intended to provide examples of the electronic pipe rather than to provide an exhaustive list of all possible implementations of the electronic pipe.

Specific embodiments of the invention will now be further described by the following, non-limiting examples which will serve to illustrate various features. The examples are intended merely to facilitate an understanding of ways in which the invention may be practiced and to further enable those of skill in the art to practice the invention. Accordingly, the examples should not be construed as limiting the scope of the invention. In addition, reference throughout this specification to "one embodiment" or "an embodiment" means that a particular feature, structure or characteristic described in connection with the embodiment is included in at least one embodiment of the present invention. Thus, appearances of the phrases "in one embodiment" or "in an embodiment" in various places throughout this specification are not necessarily all referring to the same embodiment. Furthermore, the particular features, structures or characteristics may be combined in any suitable manner in one or more embodiments.

Referring now to FIGS. 1-3, an electronic pipe 100 is illustrated. As shown in the figures, a first pipe section 102 includes a printed circuit board, or an integrated circuit, or a memory module encoded with a program (with the integrated circuit or the memory module possibly mounted on a printed circuit board) 105 located within the first pipe section 102. The printed circuit board 105 communicates with a liquid crystal display (LCD) 110 located on the first pipe section 102 so that the LCD is visible to a user. The LCD display 110 communicates with the printed circuit board 105 and a charging head 115 in the form of a male USB jack or outlet that enables the rechargeable battery 120 to be charged. In one embodiment, the rechargeable battery 120 is located within the first pipe section 102. It will be appreciated that other types of jacks, or charging heads 115 may be employed. Also, the rechargeable battery 120 may be a lithium battery or any other type of rechargeable battery.

The first pipe section includes an outer shell 125 comprised of stainless steel, but it will be appreciated that other materials may be employed, such as aluminum alloys, plastics, and a combination of the above materials. The

US 10,561,170 B2

3

cross-section shape of the outer shell **125** may be cylindrical, square, ellipsoidal or other desired shapes.

A light emitting diode (LED) tip indicator **130** is located on a distal end of the outer shell **125** of the first pipe section **102**. Adjacent to the printed circuit board **105** is a depressible button (not shown). When pressing the button, the rechargeable battery **120** supplies power to several elements of the electronic pipe **100** as discussed below. This includes providing power to a heating wire **160**, a heating net **135**, the LED tip indicator **130**, and other components in the electronic pipe **100**, as required.

As shown in FIG. **1**, a heating net **135** is provided for holding and burning a combustible material such as tobacco. Once filled with tobacco, the heating net **135** is set inside a heating net receiver **137** that is located in a second pipe section **140** or on the surface of the second pipe section **140** that is detachable and re-attachable from the first pipe section **102**. The second pipe section **140** includes a connector **145** at one end that enables the second pipe section **140** to be removeably attachable to the charging head **115**. Once connected to the charging head **115**, the second pipe section **140** receives electricity from the rechargeable battery **120** to thereby heat the heating net **135**. Thus, in one embodiment, the connector **145** is a matching female USB element that mates to the male USB element comprising the charging head **115**.

The second pipe section **140** includes an outer shell **125** like the first pipe section **10** of the electronic pipe **100**, with the outer shell **125** comprised of stainless steel, but it will be appreciated that other materials may be employed, such as aluminum alloys, plastics, and a combination of the above materials. The cross-section shape of the outer shell **125** may be cylindrical, square, ellipsoidal or other desired shapes.

The second pipe section **140** also includes a mouthpiece receiver **150** that is sized to removeably receive a mouthpiece **155** that is intended for insertion into a user's mouth.

The first embodiment of the electronic pipe **100** illustrated in FIG. **1** includes several features. For example, the battery **120** is rechargeable and can be plugged into a USB or wall adaptor for charging. Also, the printed circuit board **105** includes a locking capability. When the pressable button (not shown) is pressed 3 times within 2 seconds, the rechargeable battery **120** is locked (i.e., power is unavailable to any component of the electronic pipe **100**). When the pressable button (not shown) is pressed 3 times within 2 seconds, again, the rechargeable battery **120** is unlocked. This safety feature ensures that the electronic pipe **100** will not begin heating the heating net **135** when the electronic pipe **100** is located in a user's pocket or when not in use.

In addition, the printed circuit board **105** has a counting function which counts how many times a user presses the pressable button, and the count is displayed on the LCD display **110**. This function is reset when the rechargeable battery **120** is recharged through plugging the USB charging head into a power source. The LCD display **110** shows the present charged state of the rechargeable battery **120**. For example, when the rechargeable battery **120** is fully charged, the LCD display **110** shows 4 lines. When the rechargeable battery **120** needs to be charged, no lines are displayed on the LCD display **110**. In this state, the LED tip **130** flashes 10 times to alert the user that the rechargeable battery **120** needs to be charged.

Before using the electronic pipe **100** the user loads tobacco, or any type of combustible material desired, into the heating net **135**, then inserts the heating net **135** into the heating net receiver **137**. Then the mouthpiece **155** is installed onto the mouthpiece receiver **150**. After doing so,

4

the connector **145** of the detachable component **140** is screwed or inserted over or into the charging head **115**. Once connected to the charging head **115**, the heating net receiver **137**, or a heating wire **160** (shown in FIG. **2**) located in the heating wire receiver **137** receives electricity from the rechargeable battery **120** to thereby heat the heating net **135** and ignite the combustible material located in the heating net **135**. Alternatively, the removable heating net **135** may remain inside the heating net receiver **137** and be loaded with tobacco in place while the detachable component **140** is connected. After assembling the electronic pipe **100**, the user may press the pressable button (not shown) that is on, or adjacent to the printed circuit board **105**. When pressing the pressable button, the LED tip **130** illuminates, and/or alternatively, the LCD display **110** may also illuminate, thereby indicating that the rechargeable battery **120** is supplying power to the heating net receiver **137**. The tobacco, or other ignitable material therein will then be ignited.

Referring now to FIG. **2**, a second embodiment electronic pipe **100** is illustrated. The elements and reference numbers discussed above in connection with the embodiment illustrated in FIG. **1** apply to the embodiment illustrated in FIG. **2**. Similar to the embodiment illustrated in FIG. **1**, a first pipe section **102** includes a printed circuit board, or an integrated circuit, or a memory module encoded with a program (with the integrated circuit or the memory module possibly mounted on a printed circuit board) **105** located within the first pipe section **102**. The printed circuit board **105** communicates with a liquid crystal display (LCD) **110** located on the first pipe section **102** so that the LCD is visible to a user. The LCD display **110** communicates with the printed circuit board **105** and a charging head **115** in the form of a male USB jack or outlet that enables the rechargeable battery **120** to be charged. In one embodiment, the rechargeable battery **120** is located within the first pipe section **102**. It will be appreciated that other types of jacks, or charging heads **115** may be employed. Also, the rechargeable battery **120** may be a lithium battery or any other type of rechargeable battery.

The electronic pipe **100** shown in FIG. **2** includes an outer shell **3** comprised of stainless steel, but it will be appreciated that other materials may be employed, such as aluminum alloys, plastics, and a combination of the above materials. Again, similar to the embodiment illustrated in FIG. **1**, a light emitting diode (LED) tip indicator **130** is located on a distal end of the outer shell **125** of the first pipe section **102**. Adjacent to the printed circuit board **105** is a depressible button (not shown). When pressing the button, the rechargeable battery **120** supplies power to several elements of the electronic pipe **100** as discussed below. This includes providing power to a heating net **135**, the LED tip indicator **130**, and other components in the electronic pipe **100**, as required.

In the embodiment illustrated in FIG. **2**, a heating wire **160** is employed for heating the tobacco, or any other desired combustible material. The heating wire **160** is designed to heat to a temperature sufficient to ignite a combustible material that is placed in the combustible material reservoir **165** when an electric current is applied to the heating wire **160**. In some embodiments, the combustible material reservoir **165** may be located on the surface of and extends into the second pipe section **140**. The heating wire **160** may be constructed of titanium, tungsten, or other materials. The combustible material reservoir **165** may be constructed of a ceramic material, brass, another type of metal or aluminum alloy, or any other type of suitable material. In one embodiment the heating wire **160** may be partially, or completely covered by a protective element (not shown) to protect the heating wire **160** from the combustible

US 10,561,170 B2

5

material. For example, a heat resistant screen (not shown) may be placed around portions, or all of, the heating wire **160**.

In addition, a filter (not shown) designed to minimize the passage of particulate matter to the mouthpiece **155** may be included in the both of the embodiments illustrated in FIGS. **1** and **2**. For example, referring to FIG. **2**, the filter may be located between the 20 mouthpiece receiver **150** and the combustible material reservoir **165**, or it may be located between the mouthpiece **155** and the mouthpiece receiver **150**.

The heating wire **160** is located in a second pipe section **140** that is detachable and re-attachable from the first pipe section **102**. The second pipe section **140** includes a connector **145** at one end that enables the second pipe section **140** to be removeably attachable to the charging head **115**. Once connected to the charging head **115**, the second pipe section **140** receives electricity from the rechargeable battery **120** to thereby heat the heating wire **160**. Thus, in one embodiment, the connector **145** is a matching female USB element that mates to the male USB element comprising the charging head **115**.

Like the embodiment of FIG. **1**, the second pipe section **140** also includes a mouthpiece receiver **150** that is sized to removeably receive a mouthpiece **155** that is intended for insertion into a user's mouth. The second embodiment of the electronic pipe **100** illustrated in FIG. **2** includes several features. For example, the battery **120** is rechargeable and can be plugged into a USB or wall adaptor for charging. The printed circuit board **105** includes a locking capability. When the pressable button (not shown) is pressed 3 times within 2 seconds, the rechargeable battery **120** is locked (i.e., power is unavailable to any component of the electronic pipe **100**). When the pressable button (not shown) is pressed 3 times within 2 seconds, again, the rechargeable battery **120** is unlocked. This safety feature ensures that the electronic pipe **100** will not begin heating the heating net **135** when the electronic pipe **100** is located in a user's pocket or when not in use.

In addition, the printed circuit board **105** has a counting function which counts how many times a user presses the pressable button, and the count is displayed on the LCD display **110**. This function is reset when the rechargeable battery **120** is recharged through plugging the USB charging head into a power source. The LCD display **110** shows the present charged state of the rechargeable battery **120**. For example, when the rechargeable battery **120** is fully charged, the LCD display **110** shows 4 lines. When the rechargeable battery **120** needs to be charged, no lines are displayed on the LCD display **110**. In this state, the LED tip **130** flashes 10 times to alert the user that the rechargeable battery **120** needs to be charged.

Before using the electronic pipe **100** the user loads tobacco, or any type of combustible material desired, into the combustible material reservoir **165** that includes the heating wire **160** mounted within the combustible material reservoir **165**. Then the mouthpiece **155** is installed onto the mouthpiece receiver **150**. After doing so, the connector **145** of the detachable component **140** is screwed or inserted over or into the charging head **115**. Once connected to the charging head **115**, the heating wire **160** receives electricity from the rechargeable battery **120** to thereby heat the heating wire **160** and ignite the combustible material located in the combustible material reservoir **165**.

After assembling the electronic pipe **100**, the user may press the pressable button (not shown) that is on, or adjacent to the printed circuit board **105**. When pressing the pressable

6

button, the LED tip **130** illuminates, and/or alternatively, the LCD display **110** may also illuminate, thereby indicating that the rechargeable battery **120** is supplying power to the heating net receiver **137**. The tobacco, or other ignitable material therein will then be ignited.

One feature of the second embodiment electronic pipe **100** illustrated in FIG. **2**, the user simply has to load tobacco, or any other combustible material inside the combustible material reservoir **165**, which eliminates the step of inserting the heating net **135**, as required in the first embodiment illustrated in FIG. **1**.

The printed circuit board, or chip **105** may comprise an electronic assembly that allows communication between the various components discussed above. For example, in one embodiment, the printed circuit board, or chip **105** may comprise an embedded data processor connected via an internal bus to a read only memory containing the executable code for causing the microprocessor to perform the functions described herein. In another embodiment, the printed circuit board, or chip may comprise one or more electronic circuits that employ one or more switches to perform the functions described herein.

Referring now to FIG. **3**, a third embodiment electronic pipe **100** is illustrated. The features, elements and reference numbers discussed above in connection with FIGS. **1** and **2** apply to the embodiment illustrated in FIG. **3**. As shown in FIG. **3**, the combustible material reservoir **165** is located within the second pipe section **140**. That is, in one embodiment, the second pipe section **140** has a circular cross-section, with an aperture, or opening at the mouthpiece receiver **150** sized to receive both the mouthpiece **155** and a combustible material that is placed into the second pipe section **140** before the mouthpiece **155** is placed over the mouthpiece receiver **150**. In this embodiment, only a small hole, or aperture (not shown) is located in the second pipe section **140** so that air can be provided to the combustible material reservoir **165**, which is positioned entirely within the second pipe section **140**.

One feature of this embodiment is that the combustible material cannot "spill" from an exterior opening. The only way to insert or remove the combustible material is to remove the mouthpiece **155**, and access the combustible material reservoir **165** from the opening located at the mouthpiece receiver **150**.

In all of the embodiments illustrated in FIGS. **1-3**, a passageway, to permit air to flow between the mouthpiece receiver **150** and the heating net receiver **137** (in FIG. **1**) or the combustible material reservoir **165** (in FIGS. **2-3**) is located within the second pipe section **140**.

Other embodiments of the electronic pipe disclosed above may include features disclosed below in connection with the electronic cigarette illustrated in FIG. **4**. For example, the electronic pipe **100** may include the lithium battery **35**, the printed circuit board **70**, or other elements illustrated in FIG. **4**.

Referring to FIG. **4**, an electronic cigarette **10** is illustrated. The electronic cigarette **10** comprises a cylindrical casing, or tube **15** that may be constructed of stainless steel, plastic, or other materials. Within the cylindrical casing **15**, a first chamber **20**, a second chamber **25**, and a third chamber **30** are formed, the three chambers located sequentially within the cylindrical casing **15**. A battery **35** is located in the first chamber **20**, a liquid, or fluid **40** is located in the second chamber **25**, and a heating element **45** is located in the third chamber **30**. In one embodiment, the liquid **40** contained in the electronic cigarette **10** comprises: glycol, nicotine, water based flavors of regular or menthol (or other

US 10,561,170 B2

7

desired flavors). The heating element 45 may be made of platinum wire, nickel chromium alloy or iron chromium aluminum alloy wire with a rare earth element.

The battery 35 may be lithium, but other materials and types of batteries may be employed, including disposable types. A first seal 50 forms a partition between the first 20 and second 25 chambers. The first seal 50 may be constructed of rubber, silicone, plastic or other materials. The first seal includes a hole or aperture in which a portion of a tube 55 is located. The tube 55 extends substantially the length of the second chamber 25 allowing passage of air from the first chamber 20 into the third chamber 30.

A second seal 60 forms a partition between the second 25 and third 30 chambers. In one embodiment, the second seal 60 comprises a ceramic material shaped substantially in a "T." The "leg" of the "T" comprises a hollow cylinder that receives one end of the tube 55 and the "top" of the "T" comprises two arms that form the seal between the second 25 and third 30 chambers, and may also hold, or fix the heating element 45 in position in the third chamber 30.

The electronic cigarette 10 also includes a cotton or other fiber material 65 that has a first segment in contact with the heating element 45, and a second segment located in the second chamber 25, so that the fiber material 65 can carry or transfer the fluid 40 from the second chamber 25 to the heating element 45. In one embodiment, the fiber material comprises a high-temperature fiberglass fabric, but other materials may be employed, such as cotton, high-temperature conduction oil cotton, or other materials. The fiber material 65 also may be positioned by the second seal 60 to aid in sealing the second chamber 25 from the third chamber 30.

An air pressure switch is located at a distal end of the first chamber 20 and may be mounted on, or separate from a printed circuit board 70. A light-emitting diode 75 (LED) is located adjacent to the printed circuit board 70, with the LED 75 forming an end-cap at one end of the electronic cigarette 10. A mouthpiece (not shown) may be located at the other end of the electronic cigarette 10, with the mouthpiece coupled to the end-cap 80 that includes a small aperture, or end-cap aperture 82 that allows passage of air from the third chamber 30 though the mouthpiece and into a user's mouth. The end-cap 80 may be made of silicone, plastic, metal or other materials.

The printed circuit board, or chip 70 includes the air pressure switch, which may be integral to the chip or may be a separate element that communicates with the chip. In one embodiment, the chip and air pressure switch comprise an electronic assembly that allows communication between the air pressure switch and the other components comprising the printed circuit board. For example, in one embodiment, the printed circuit board, or chip may comprise an embedded data processor connected via an internal bus to a read only memory containing the executable code for causing the microprocessor to perform the functions described herein. In another embodiment, the printed circuit board, or chip may comprise one or more electronic circuits that employ one or more switches to perform the functions described herein. As shown in FIG. 4, the printed circuit board, or chip 70 has three wires coupled to it, the anode wire 85, the cathode wire 90 and the air pressure switch wire 95. The anode wire 85 runs from the printed circuit board 70 to the anode side of the battery. The cathode wire 90 connects the printed circuit board 70 to the cathode side of the battery, and then passes through the first seal 50 and into tube 55 connecting to a first end of the heating element 45 by extending all the way through the tube 55. The air pressure switch wire 95

8

connects the air pressure switch to the second end of the heating element 45, by also passing through the first seal 50 and then into the tube 55.

Sealing member 100 may be coupled to the tube 55 to provide additional sealing to prevent passage of fluid 40 from the second compartment 25 into the first compartment 20. The sealing member 100 may comprise a cylindrical shape at one end that receives the tube 55 and a shoulder or flange at the other end that aids in sealing the hole or aperture in the first seal 50 seal.

In addition, two sealing tubes 105 are included to seal each end of the second chamber 25. As shown in FIG. 4, one sealing tube 105 contacts the first seal 50, with the other end contacting the entire perimeter, or circumference of tube 55 so that the area where the tube 55 engages with the first seal 50 is kept free of the fluid 40. Similarly, at the other end of the second chamber 25, a second sealing tube 105 contacts the entire perimeter of tube 55 with a distal end enclosing the elements located at the end of the second chamber 25. However, the fiber material 65 extend through holes in the sealing tube 105 so that fluid 40 can pass along the fiber material 65 to the heating element 45. But, the air pressure switch wire 95, and cathode wire 90, as well as the end of the tube 55 that engages with the second seal 60 are kept free of the fluid 40. Optionally, cotton batting (not shown) may be positioned around the tube 55 and under, or within the two sealing tubes 105 to aid in sealing so that the fluid 40 does not reach either end of the tube 55, or the other areas sealed by the two sealing tubes 105. An air inlet (not shown), in the form of a hole or aperture, may be located in the external wall of the casing 15 allowing passage of ambient air into the first chamber 20.

The printed circuit board, or chip 70 in conjunction with the air pressure switch controls the function of the electronic cigarette 10. According to one embodiment, outside, or ambient air is drawn into the first chamber 20 through the air inlet (not shown). The air pressure switch senses the low pressure formed by a user "drawing" on the mouthpiece (not shown), and activates the heating element 45 by allowing electricity to flow from the battery to the heating element 45. The LED 75 also illuminates at this time. The air flows down the tube 55 and into the third chamber 30, where the heating element 45 has atomized, or vaporized some of the fluid 40 that is carried to the heating element 45 on the fiber material 65. The vaporized fluid mixes with the air, and passes though end-cap aperture 82 that allows passage of the mixture from the third chamber 30 though the mouthpiece and into a user's mouth. In one embodiment, the electronic cigarette 10 is disposable. During operation, if a user smokes for more than 5 seconds per puff the LED flashes two times then shuts off, or will flash ten times, which indicates the battery 35 is running low on stored power.

It is to be noticed that the term "comprising," used in the claims, should not be interpreted as being limitative to the means listed thereafter. Thus, the scope of the expression "a device comprising means A and B" should not be limited to devices consisting only of components A and B. It means that with respect to the present invention, the only relevant components of the device are A and B. Put differently, the terms "including", "comprising" and variations thereof mean "including but not limited to", unless expressly specified otherwise. Similarly, it is to be noticed that the term "coupled", also used in the claims, should not be interpreted as being limitative to direct connections only. Thus, the scope of the expression "a device A coupled to a device B" should not be limited to devices or systems wherein an output of device A is directly connected to an input of device

US 10,561,170 B2

9 10

B. It means that there exists a path between an output of A and an input of B which may be a path including other devices or means. The enumerated listing of items does not imply that any or all of the items are mutually exclusive, unless expressly specified otherwise. The terms "a", "an" and "the" mean "one or more", unless expressly specified otherwise. Elements of the invention that are in communication with each other need not be in continuous communication with each other, unless expressly specified otherwise. In addition, elements of the invention that are in communication with each other may communicate directly or indirectly through one or more other elements or other intermediaries.

Thus, it is seen that electronic pipe is provided. One skilled in the art will appreciate that the present invention can be practiced by other than the above-described embodiments, which are presented in this description for purposes of illustration and not of limitation. The specification and drawings are not intended to limit the exclusionary scope of this patent document. It is noted that various equivalents for the particular embodiments discussed in this description may practice the invention as well. That is, while the present invention has been described in conjunction with specific embodiments, it is evident that many alternatives, modifications, permutations and variations will become apparent to those of ordinary skill in the art in light of the foregoing description. Accordingly, it is intended that the present invention embrace all such alternatives, modifications and variations as fall within the scope of the appended claims. The fact that a product, process or method exhibits differences from one or more of the above-described exemplary embodiments does not mean that the product or process is outside the scope (literal scope and/or other legally-recognized scope) of the following claims.

The invention claimed is:

1. An electronic pipe, comprising:

a battery, an electronic module, a combustible material reservoir, and a heating element fixed in the combustible material reservoir;

combustible material loaded into the combustible material reservoir;

wherein the pipe is structured to transmit an electric current from the battery to the heating element, the heating element initiating a combustion reaction in the combustible material reservoir.

2. The electronic pipe of claim 1, comprising a light-emitting diode (LED) communicating with the electronic module.

3. The electronic pipe of claim 1, wherein the electronic module is selected from a group consisting of: a printed circuit board, an integrated circuit, a computer chip; a printed circuit board having an integrated circuit mounted thereon, and a memory module encoded with a program.

4. The electronic pipe of claim 1, wherein the battery is rechargeable.

5. A method of at least partially combusting a combustible material for inhalation, comprising:

providing an electronic pipe comprising a battery, an electronic module, a combustible material reservoir, and a heating element fixed in the combustible material reservoir;

loading the combustible material into the combustible material reservoir;

activating the electronic pipe such that electric current is transmitted from the battery to the heating element;

initiating, by way of the heating element, a combustion reaction in the combustible material reservoir, the combustion reaction at least partially combusting the combustible material.

6. The method of claim 5, wherein the electronic pipe includes a light-emitting diode (LED) communicating with the electronic module.

7. The method of claim 5, wherein the electronic module is selected from a group consisting of: a printed circuit board, an integrated circuit, a computer chip; a printed circuit board having an integrated circuit mounted thereon, and a memory module encoded with a program.

8. The method of claim 5, wherein the battery is rechargeable.

*     *     *     *     *

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

HEALTHIER CHOICES
MANAGEMENT CORP.,

       Plaintiff,

v.

PHILIP MORRIS USA, INC. and
PHILIP MORRIS PRODUCTS S.A.,

       Defendants.

Case No. 1:20-CV-04816-TCB

## <u>DECLARATION OF MICHAEL J. DEIBLE, PH.D.</u>

My name is Michael Deible, Ph.D., and I am over eighteen years of age and competent to testify to the matters stated herein.  I have either personal knowledge of the matters set forth in this declaration or I have learned them through reasonable investigation, and, if called upon as a witness, I could and would testify competently to them.

1.   I have been retained as an expert in this case by counsel for Plaintiff Healthier Choices Management Corp. ("Healthier Choices").  I am currently a Consulting Scientist with RJ Lee Group, Inc. ("RJ Lee").

2.   I understand that Healthier Choices has filed suit against Philip Morris USA, Inc. ("PMI") and Philip Morris Products S.A. ("PMPSA") (collectively,

"Philip Morris") in the above-captioned litigation for infringement of U.S. Patent No. 10,561,170 ("the '170 patent") based on Philip Morris's manufacture, importation, offer for sale, sale, and/or use of the IQOS device, and its offer for sale, sale, and use of the IQOS device in combination with Marlboro HeatStick tobacco products.

3.     I was asked to provide an independent opinion as to whether an IQOS device, when operated according to its instructions for use with a HeatStick, results in combustion of the Marlboro HeatStick tobacco product.  My opinions set forth herein are based on my education, knowledge, and hands-on experience, my review of materials cited herein, and tests that I conducted on the IQOS device in my laboratory.

4.     In my opinion, based on the testing and analysis I performed and my review of the technical literature, the IQOS device causes combustion of a HeatStick tobacco product when it is operated in accordance with its instructions for use.  As described herein, my testing and analysis indicates that operation of the IQOS device results in combustion of HeatStick tobacco products.  My testing and analysis demonstrate that:  (1) HeatStick tobacco products are combustible; (2) operation of the IQOS device with HeatStick tobacco products generates CO and $CO_2$ in concentrations and amounts that depend upon oxygen being present; and

(3) operation of the IQOS device with HeatStick tobacco products generates CO and $CO_2$ in concentrations and amounts that indicate combustion.

5.    I reserve the right to modify and/or supplement the opinions set forth in this Declaration in response to any new information or evidence that is made available to me, any further scientific analysis that leads me to conclude that supplementation is necessary, any new issues that may arise, and any arguments, evidence or testimony presented in this case.

### A.    Background and Qualifications

6.    I received a B.S. in Chemistry Education in 2008 from Indiana University of Pennsylvania and a doctorate in Physical Chemistry in 2015 from the University of Pittsburgh.

7.    I have been employed by RJ Lee for about 4 years. I was previously an Assistant Professor with the United States Military Academy, in West Point, NY. I have a total of 15 years of experience related to materials science and chemistry. Thus, I have significant experience and expertise in physical and chemical processes associated with combustion, thermal decomposition and pyrolysis. I attach a copy of my Curriculum Vitae, which includes a list of publications I have authored in the previous 10 years, as Exhibit 1.

8.     I have not testified by deposition or in court in any matter over the last 4 years.

9.     I have no financial interest in the outcome of this case.    My compensation is entirely unrelated to the outcome of this litigation.

**B.     The IQOS Device & HeatStick Tobacco Products**

10.    Philip Morris's IQOS device is a handheld electronic smoking device. Marlboro HeatStick tobacco products are designed for use with the IQOS device. Marlboro HeatStick tobacco products include rolled, cast-leaf sheets of tobacco, and contain reconstituted cast leaf tobacco with combustible components.   Marlboro HeatSticks are available in Regular (Amber) and Menthol (Green) flavors.

11.    The IQOS device causes electric current to flow through the IQOS heating blade that is composed of silver, gold, platinum, and a glass-coated ceramic substrate, with a metallic coil in its center.  When a user inserts a HeatStick tobacco product into an IQOS device, the HeatStick is pierced by the blade-shaped heating element.   Because the blade pierces a central portion of the HeatStick, heat propagates through the tobacco, thereby heating the HeatStick.

### C.    Combustion

*Generation of CO and $CO_2$ in Quantities Indicative of Combustion*

12.    Combustion is a chemical reaction that requires fuel, oxygen and an ignition source, each of which is present during the normal operation of an IQOS device with a Marlboro HeatStick tobacco product.  Specifically, a Marlboro HeatStick is the fuel, oxygen is provided by air, and the IQOS device acts as a heating element and ignition source.

13.    Combustion was observed by the generation of heat, and the formation of carbon monoxide (CO), carbon dioxide ($CO_2$), and carbonaceous materials (C(s)) in air while no significant heat was generated in an inert (e.g., $N_2$) atmosphere.

### D.    Experiments Conducted and Analysis

*Thermo Gravimetric Analysis / Differential Scanning Calorimetry Experiments*

14.    I first conducted Thermo-Gravimetric ("TGA") and Differential Scanning Calorimetry ("DSC") experiments on samples of HeatStick tobacco products in order to determine whether the HeatStick tobacco products contain combustible material, and therefore whether combustion is possible.  I took samples from "Marlboro Amber" (Internal Tracking No. 3174396) and "Marlboro Green Menthol" (Internal Tracking No. 3174397) HeatSticks.  (*See* **Fig. 1**).



**Fig. 1** (Materials and Sampling Numbers for TGA-DSC Experiments).

15.   TGA-DSC experiments were performed by separately loading cross sectional samples of HeatSticks into a sample pan of an instrument equipped to measure the sample weight and the heat released from the samples.  Samples were heated slowly from room temperature to approximately 950 °C at a rate of 10 degrees per minute.  During heating, air or nitrogen flowed over the 90 microliter sample pan at a rate of 50 milliliters per minute.  Weight loss of the samples was evaluated as a function of temperature.  Heat flow into or out of the sample was also measured as a function of temperature.  An increase in heat flow from the sample indicates an

exothermic combustion reaction, whereas heat flow into the sample indicates an endothermic reaction.[1]

16.     The TGA and DSC data is presented in **Fig. 2** (below), in which the change in sample weight is shown as a percentage decrease from the initial sample weight (weight %, left Y-axis) versus temperature in degrees Celsius (°C, X-axis). Samples differed slightly in size, but were normalized to an initial sample weight of 100%.  The calorimetric (DSC) data are plotted as heat flow in Watts per gram ("W/g," right Y-axis) versus temperature (X-axis), in which an increase in heat flow indicates an exothermic process (heat being generated by the sample) and a decrease in heat flow indicates an endothermic process (heat being absorbed by the sample).

---

[1]   In the DSC experiment, an endothermic process is indicated by a downward deflection of the DSC curve (heat absorbed) to values below zero, and an exothermic process is indicated by an upward deflection of the DSC curve (heat released) to values greater than zero.  In DSC experiments, when the curve dips below zero heat is being absorbed by the material and when the curve rises above zero heat is being released by the material.



**Fig. 2** (TGA and DSC Data From HeatStick Tobacco Products).

17.   The TGA and DSC data indicates that exothermic combustion of HeatStick tobacco products occurs in air beginning at a temperature of about 250 °C and at a temperature of about 400 °C.  The data in **Fig. 2** shows that at a temperature of about 250 °C HeatStick tobacco products undergo a weight loss from about 60% to about 35% of the initial weight, and there is an increase in heat generated by the samples caused by an exothermic reaction.  The simultaneous sharp increase in heat flow indicating an exothermic reaction and weight loss indicate that the HeatStick contains combustible material that combusts at a temperature of about 250 °C in air. The exothermic process that begins at a temperature of about 250 °C includes heat

released by an oxidative reaction including heat released by the combustion of volatile materials vaporized from tobacco.



**Fig. 3** (TGA-DSC Data Showing the Processes Occurring in Each Temperature Range).

18.   I evaluated the Amber HeatStick material by TGA-DSC under inert conditions (e.g., $N_2$ atmosphere), and compared the data to the Amber HeatStick material by TGA-DSC heated in air.  **Fig. 4** (below) shows TGA-DSC data obtained in air (which contains approximately 20% oxygen) versus an inert nitrogen atmosphere (that did not contain oxygen).



**Fig. 4** (TGA-DSC Analysis of Materials under Air (red, green) Versus Inert $N_2$ Atmosphere (blue)).

19.   As discussed above, the DSC data in air shows that an exothermic process begins at a temperature of about 250 °C, whereas in an inert (nitrogen) atmosphere, the exothermic process is minimal or non-existent.  Therefore, in my opinion, HeatStick tobacco products can undergo combustion beginning at a temperature of about 250 °C in air, but under inert conditions, HeatStick tobacco products do not undergo significant combustion.  Because the data demonstrates a significantly different pattern under inert and non-inert conditions, in my opinion, HeatStick tobacco products contain combustible material capable of combusting when heated at or above 250 °C.

10

20.    Together, the data demonstrates that oxygen does not appear to enhance pyrolytic process, but rather is combusting vapors already devolved from the tobacco.  Indeed, under normal use, the IQOS device does not merely generate products of pyrolysis and thermal decomposition but also exhibits combustion.

21.    In sum, the TGA-DSC analyses indicate that the HeatStick loses weight and combusts in an oxygenated environment.  Therefore, combustion of Marlboro HeatSticks produces CO and $CO_2$.

*Ash Analysis and Puffing Experiment*

22.    I have inspected the HeatSticks after use, as seen in **Fig. 5** (below).  The Marlboro HeatSticks are blackened and charred after normal use.  Portions of the HeaStick tobacco product exhibit ash, indicative of combustion.

11



**Fig. 5** (Internal Cross-Section of HeatStick after Use).

23.   Further confirming the TGA-DSC analyses, HeatStick puffing experiments generate concentrations of CO and $CO_2$ that are indicative of combustion.   The results show that the IQOS device generates increasing concentrations of $CO_2$ as the concentration of $O_2$ increases.   In accord therewith, smaller amounts of $CO_2$ were generated in an atmosphere with lower concentrations of oxygen.   Together, the data demonstrates that the reaction in the IQOS device is an oxygen-dependent combustion reaction.

### E.    Summary

24.    By conducting and analyzing data from the TGA-DSC experiment, puffing experiment, and visual characteristics of the HeatStick after use, it is my opinion that Defendants' IQOS device causes a combustion reaction.

25.    In sum, it is my opinion and understanding that the data is indicative of a combustion reaction.

26.    I hereby declare that all statements made herein of my own knowledge are true, and that all statements made on information and belief obtained from documents discussed are believed to be true; and further, that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.


I declare under penalty of perjury, pursuant to the provisions of 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this   6th   day of August, 2021.

_____

Michael J. Deible, Ph.D.

13

EXHIBIT 1



# Michael J. Deible, Ph.D.

## Education
» Ph.D., Physical Chemistry, University of Pittsburgh, Pittsburgh, PA, 2015
» B.S., Chemistry Education, Indiana University of Pennsylvania, Indiana, PA, 2008

## Employment History
» Assistant Professor, United States Military Academy, West Point NY, 2015–2017
» Teacher, New Town High School, Baltimore, MD, 2008–2010
» Laboratory Technician, Environmental Service Laboratories, Indiana, PA, 2007–2008
» Military Police, Pennsylvania Army National Guard, Baghdad, Iraq, 2004-2005

## Summary
» Experienced in the use of multiple analytical techniques such as GCMS, LCMS, FTIR, SEM, Raman, and TGA/DSC to classify materials
» Develops and employs experimental design to address challenging, non-standard chemical questions
» Experienced corrosion scientist in the field of detection, bench top experiments and failure analysis
» Employs failure analysis methods to determine root cause of failures
» Extensive study of the effect on interaction energies when changing the steering function of quantum Monte Carlo calculations
» Designed graphene electrodes for studies of electron transfer kinetics
» Applied cyclic voltammetry and scanning electron microscopy to characterize ultra-sharp platinum electrodes
» Bolstered experimental results with finite element simulations of electron transfer kinetics
» Experience establishing and leading a material science-based research program with quantifiable outcomes
» Adept at leveraging supercomputing assets and laboratory techniques in tandem
» Demonstrated commendable leadership as primary investigator of multidisciplinary teams
» Excellent communicator for technical and non-technical audiences

## Memberships
» American Chemical Society

## Publications and Presentations:

Perricone, M.J., M. Deible, K.E. Wagner, and C.M. Hefferan, "Sensitization Behavior of Alloy C-276 as a Function of Mu Precipitation". Paper C2019-13421. Recent Experiences with Nickel, Titanium, Zirconium and other Corrosion Resistance Alloys. CORROSION 2019. Nashville, TN. March 2019.

Hefferan, C.M., M. Deible, M.J. Perricone, and K.E. Wagner, "Grain Boundary Corrosion of Alloy C-276 using Orientation Imaging via Electron Backscatter Diffraction Microscopy (EBSD)". Paper C2019-13418.

Michael J. Deible, Ph.D.
March 2019
Page 2 of 2

Recent Experiences with Nickel, Titanium, Zirconium and other Corrosion Resistance Alloys. CORROSION 2019. Nashville, TN. March 2019.

Gasperich, K., M. Deible, K.D. Jordan, "$H_4$: A model system for assessing the performance of diffusion Monte Carlo calculations using a single Slater determinant trial function", The Journal of Chemical Physics 147 (7), 074106, 2017.

Deible, M.J., K.D. Jordan, "Exploration of Brueckner orbital trial wave functions in diffusion Monte Carlo calculations", Chemical Physics Letters 644, 117-120, 2016.

Alexander, R., M. Altamirano, S. Batdorj, M. Brooks, P. Brun, A. Del Angel, A. de la Rosa, C. Brewer, and M. Deible "System for Corrosion Inspection and Monitoring," *Ind. and Sys. Eng. Rev.*, 4(2), 82, 2016.

Deible, M.J., Overview of Corrosion Activities in the Department of Civil and Mechanical Engineering at the United States Military Academy, Technical Corrosion Collaboration, Penn State, PA, 2016.

Deible*, M.J., Kessler, K.E. Gasperich*, K.D. Jordan, "Quantum Monte Carlo calculation of the binding energy of the beryllium dimer," *J. Chem. Phys.,* 143 *(8)*, 084116, 2015.

Deible, M.J., "Calculating the adsorption energy of organic corrosion inhibitors on an iron substrate", DOD Allied Nations Corrosion Conference, Pittsburgh, PA, 2015.

Deible, M.J., O. Tuguldur, K.D. Jordan, "Theoretical Study of the Binding Energy of a Methane Molecule in a $(H_2O)_{20}$ Dodecahedral Cage," *J. Phys. Chem B*, 118 (28), 8257, 2014.

Wang, F., M.J. Deible, K.D. Jordan, "Benchmark Study of the Interaction Energy of an $(H_2O)_{16}$ Cluster: Quantum Monte Carlo and Complete Basis set Limit MP2 results," *J. Phys. Chem. A*, 117 (32), 7606, 2013.

Xu, J., M.J. Deible, K.A. Peterson, K.D. Jordan, "Correlation Consistent Gaussian Basis Sets for H, B-Ne with Dirac-Fock AREP Pseudopotentials: Applications in Quantum Monte Carlo Calculations," *J. Chem. Theory Comput.*, 9 (5), 2170, 2013.

Deible, M.J., "Quantum Monte Carlo benchmarks for weak non-covalent interactions", International Workshop on Quantum Monte Carlo, Apuan Alps Center for Physics, Italy, 2013.

Amemiya, S., N. Nioradze, P. Santhosh, M.J. Deible, "Generalized Theory for Nanoscale Voltammetric Measurements of Heterogeneous Electron-Transfer Kinetics at Macroscopic Substrates by Scanning Electrochemical Microscopy," *Anal. Chem.*, 83 (15), 5928, 2011.

EXHIBIT C



IQOS store locator for the 30084 Zip Code found at PM USA's website,
https://www.getiqos.com/ageaffirmed/home/where-to-find-iqos/store-locator.html, accessed on
11/20/20.

EXHIBIT D



[https://www.getiqos.com/pages/home/where-to-find-iqos/store-locator.html](https://www.getiqos.com/pages/home/where-to-find-iqos/store-locator.html) - IQOS store locator showing business at Lenox Square address 3393 Peachtree Rd. NE, Suite 3107, Atlanta, GA 30326.

EXHIBIT E



[https://www.simon.com/mall/lenox-square/stores/iqos](https://www.simon.com/mall/lenox-square/stores/iqos) - Accessed on 11/20/20. Map of Lenox Square shopping center and the location of the IQOS store.

EXHIBIT F



[https://www.simon.com/mall/mall-of-georgia/stores/iqos](https://www.simon.com/mall/mall-of-georgia/stores/iqos) - Accessed on 11/20/20. Map of Mall of Georgia shopping center and the location of the IQOS store.

# EXHIBIT G



https://www.getiqos.com/pages/home/where-to-find-iqos/store-locator.html - IQOS store locator showing business at Mall of Georgia address 3333 Buford Dr., Space 1004, Buford, GA 30519.

EXHIBIT H

# OUR STORES ARE STARTING TO REOPEN

June 22, 2020

IQOS® STORE STATUSES

| | |
|---|---|
| Lenox Square Store | Now Open |
| Mall of Georgia Store | Now Open |
| Carytown Store | Now Open |
| Charlotte Store | Now Open |

https://www.getiqos.com/pages/home/meet-iqos/brand-news/store-reopening.html -
Announcement on 6/22/20 that the IQOS stores listed above are open for business, including the
Lenox Square and Mall of Georgia locations in this District.

EXHIBIT I



# iQOS™
## QUICK START GUIDE
*Also available on* iQOStechnology.com

FOR USE EXCLUSIVELY WITH
MARLBORO *HEATSTICKS*

## YOUR NEW *iQOS* SYSTEM



*iQOS* Holder



## iQOS POCKET CHARGER



hatch

hatch button

iQOS Holder
battery status

iQOS Pocket Charger
battery status

heater cleaning
status

heater cleaning
button

power button
*To switch off:
press and hold for
three seconds.*

micro USB
charging port

# *iQOS* POCKET CHARGER LIGHTS



### iQOS HOLDER POWER

- ☼ *Blinking green: charging*
- ○ *Solid green: charged*
- ☼ *Blinking orange: charging but with poor contact*
- ☼ *Blinking red: charging but malfunctioning*

### iQOS POCKET CHARGER POWER

- ☼ *Blinking green: charging*
- ● *Solid green: charged*
- ● *Single green: will run out of charge soon*

### CLEANING

- ● *Solid orange: automatic cleaning will start once charged*
- ☼ *Blinking green: cleaning in process*

☼
⋮   *iQOS Holder battery and cleaning lights blinking red: iQOS Pocket Charger is malfunctioning*
☼

## ENJOYING A *HEATSTICK*

1. Grab *HeatStick* and press it into the *iQOS* Holder, *tobacco side down* (press *HeatStick* until filter line aligns with end of holder cap).

2. Press and hold power button for two seconds. Green status light will blink. After status light stops blinking, it's ready to enjoy.

Be sure to recharge your *iQOS* Holder after each use so you can enjoy a *HeatStick* whenever you want. You should get about 14 puffs – about the same as a conventional cigarette.

Status light will change to orange shortly before *HeatStick* is done.

Status light will go out completely when it's done. You can end your experience early by pressing down power button for five seconds.

ⓘ
*Make sure you don't twist HeatStick because you might damage the device.*

DON'T FORGET:
• *iQOS System works exclusively with HeatSticks. Never use iQOS Holder with a conventional cigarette or other products/objects.*
• *Never light HeatStick with a match, lighter or any other flame source.*



ⓘ
*HeatStick cannot be reused, even if you choose to end your experience early.*



## REMOVING A *HEATSTICK*

## CLEANING

1. Pull the cap on your *iQOS* Holder until you hear a click.

2. You can then safely remove *HeatStick* from cap and dispose responsibly. Please be sure to dispose of your *HeatStick* responsibly.

*Removing HeatStick doesn't stop the heating process, so handle the iQOS Holder with caution.*

There's an automatic cleaner built into the *iQOS* System. Every 20 uses or so, the system will clean itself.

Sometimes, though, some tobacco may get lodged inside. If this happens, use the *iQOS* Cleaner so you can keep enjoying your *iQOS* System.

cleaning tool

long brush

short brush



① 



② 



*For more information on how to use the iQOS Cleaner, please see the full user guide.*

## CHARGING
### *iQOS* POCKET CHARGER

One of the great things about the *iQOS* System is that the *iQOS* Pocket Charger can be charging even while you're using the *iQOS* Holder.

Be sure to close hatch and connect *iQOS* Pocket Charger to USB cable.

You can then either use the power adapter (quickest way to charge) or insert the USB into a computer.

The *iQOS* Pocket Charger takes about 90 minutes to charge and will last for 20 uses (the equivalent of a whole pack of *HeatSticks*).





## CHARGING
### *iQOS* HOLDER

The *iQOS* Holder only charges when placed into the *iQOS* Pocket Charger.

Once inserted correctly, and with hatch closed, the *iQOS* Holder takes about six minutes to charge.

1. Press hatch button on *iQOS* Pocket Charger to open it up.

2. Insert the *iQOS* Holder into *iQOS* Pocket Charger, with contacts facing down and *iQOS* logo lined up with buttons on *iQOS* Pocket Charger.



contacts







⚠

*The iQOS Holder is designed to go in only one way. Do not force it, or you may damage it.*



*FOR MORE INFO on any aspect of your iQOS
System, please see the full user guide or visit
iQOStechtechnology.com*

*Customer Care: X-XXX-XXX-XXXX*

iQOS™ and HeatStick™ are trademarks of Philip Morris S.A.

# EXHIBIT J

36 

This symbol indicates that caution is necessary when operating the product.

EN

## SAFETY WARNINGS AND INSTRUCTIONS

- Safety Warnings and Instructions included in this User Guide cannot cover all possible conditions and situations that could occur. Caution and care must be exercised when using or maintaining any personal electronic product.

- To reduce the chance of injury, always use this product in accordance with the manufacturer's instructions.

Safety Warnings and Instructions

⚠ 37

EN

- This product is not intended for use by persons with reduced physical, sensory or mental capabilities or lack of experience and knowledge unless they have been given supervision or instruction to use the product in a safe way and understand the hazards involved.

- Children should be supervised to ensure that they do not play with this product. Keep this product, its components and packaging out of reach from children at all times.

Safety Warnings and Instructions

**38** ⚠️

EN

Safety Warnings and Instructions

- Do not operate this product where the use of electronic devices is prohibited.

- Turn off the *iQOS* System (*iQOS* Pocket Charger and *iQOS* Holder) in places where flammable materials, liquids and gases are present.

- Only use the *iQOS* USB Power Adaptor for charging the *iQOS* Pocket Charger.

- Please refer to the 'Technical Data' section of this user guide for details of the *iQOS* USB Power Adaptor model to be used. Do not use power supplies designed for other products.

⚠ 39

- The *iQOS* Pocket Charger must only be supplied at Safety Extra Low Voltage (SELV) corresponding to the marking on the device. Please refer to the 'Technical Data' section of this User Guide for more details.

- Only charge the *iQOS* Pocket Charger indoors.

- Do not attempt to touch the *iQOS* Holder heater any time. This could cause injury and/or damage to the heater.

- Do not attempt to touch the *iQOS* USB Power Adaptor if it is wet.

Safety Warnings and Instructions

40 

EN



- This product contains no user-serviceable parts. Do not attempt to open, service or repair any component of this product or to replace any of the components' batteries. Doing so may result in personal injury.

- Do not use this product if:
  – The *iQOS* Holder cap is removed.
  – It becomes wet or is immersed in any liquid (this does not apply to the *iQOS* Holder cap).
  – It appears damaged, broken or dismantled.
  – It has been exposed to excessive heat or moisture.
  – Its' batteries appear to be leaking.

**ATTENTION**

- Do not operate *iQOS* System (*iQOS* Pocket Charger, *iQOS* Holder) if burnt marks appear on the HeatStick™ or if large amount of visible aerosol comes out of from it.

- Do not drop this product or otherwise subject it to strong shock.

Safety Warnings and Instructions

42

EN

# Contents

**SAFETY WARNINGS
AND INSTRUCTIONS**          36

**GETTING TO KNOW
YOUR *IQOS* SYSTEM**          43

**GETTING STARTED**          48

**CLEANING**          59

**INFORMATION FOR
DISPOSING OF THE
*iQOS* HOLDER AND
*iQOS* POCKET CHARGER**          67

iQOS 2.4

| LEGEND |
|---|
| (i) GOOD TO KNOW |
| (?) TIPS |
| (!) ATTENTION |

# Getting to know your *iQOS* system

The alternative for adult smokers.

No fire. No ash.

(!)  For any assistance please contact customer care (details can be found in the *iQOS* Warranty leaflet).

44

### *iQOS* **Holder**

The *iQOS* Holder heats tobacco *HeatSticks* (sold separately) for taste and flavor satisfaction, with no fire and no ash.

⑦ Heater (Silver Gold Platinum Ceramic Coated Heater)

⑧ Button

⑨ Body

⑩ Contacts

⑪ LED

⑫ Cap



Getting to know your iQOS system

### *iQOS* **Holder LED Display**

- Blinking green LED:
  *HeatStick is heating up*
  ⏱ *20"*



- Solid green LED:
  *You can now start
  your experience*



- Solid orange LED:
  *HeatStick experience
  is ending*
  ⏱ *30"*



- No LED:
  *Completely discharged,
  or not active*

- ⓘ Blinking red LED:
  *Holder is malfunctioning*



- ⓘ Solid red LED:
  *Holder is discharged*



- ⓘ Blinking orange LED
  during *HeatStick* heating:
  *Battery performance is
  declining and shorter
  experience duration has
  to be expected*





Getting to know your iQOS system

**46**

EN

### *iQOS* Pocket Charger

After each session your *iQOS* Holder must be recharged. The *iQOS* Pocket Charger can recharge your *iQOS* Holder up to 20 times before it must be recharged itself.

① Hatch Button

② LEDs Display

②.1 Holder Battery Status LED

②.2 Pocket Charger Battery Status LED

②.3 Heater Cleaning Status LED

③ Heater Cleaning Button

④ Power Button

⑤ Micro USB Charging Port

⑥ Hatch



Getting to know your iQOS system





② **iQOS** Pocket Charger LED Display

47

2.1 **iQOS** Holder Battery Status LED
- Blinking green: *it is charging*
- Solid green: *it is charged*
- Blinking orange: *it is charging while having a poor contact with iQOS Pocket Charger*
- Blinking red: *it is charging while indicating it is malfunctioning*

EN

2.2 **iQOS** Pocket Charger Battery Status LED
- LEDs are blinking green: *charging*
- All LEDs are solid green: *it is fully charged*
- One LED remains green: *it is shortly out of charge*

2.3 **Heater Cleaning Status LED**
- Solid orange: *the automatic cleaning will start as soon as your iQOS holder has been charged*
- Blinking green: *the manual or auto cleaning process is occuring*
- iQOS Holder and Heater Cleaning LEDs are blinking red together: *indicates a malfunction of the iQOS Pocket Charger*

ⓘ **No LEDs:** It is on stand-by, OFF or completely discharged.

Getting to know your iQOS system

48

EN

# Getting started

**LOAD** 49

**PLUG** 50

**SWITCH ON/OFF AND CHARGE** 51

**YOUR FIRST HEATSTICK** 52

**REMOVE YOUR HEATSTICK** 56

Getting started

### 1. Load

Open the *iQOS* Pocket Charger by pressing the hatch button ① then load your *iQOS* Holder into the *iQOS* Pocket Charger and ensure that *iQOS* Holder contacts ⑩ are face down. The *iQOS* Holder button ⑧ must be facing the hatch button of the *iQOS* Pocket Charger, then close the hatch manually.



Contacts

(!) You should not put pressure on the *iQOS* Holder while inserting it in the *iQOS* Pocket Charger. If you feel a resistance and persist your *iQOS* Holder will be mis-aligned and will not charge.

(?) If misaligned, your *iQOS* Holder will not charge. To remove it from the *iQOS* Pocket Charger, just pull it out firmly, align and load it back into the *iQOS* Pocket Charger.

**50**

EN

**2. Plug**
Take the USB cable provided, plug the USB end into the *iQOS* USB Power Adaptor, and plug the micro USB end into *iQOS* Pocket Charger Micro USB Charging Port ⑤. Then, connect the *iQOS* USB Power Adaptor to an electrical outlet.

You can also connect the USB end of the USB cable to any USB port to charge your *iQOS* Pocket Charger and *iQOS* Holder. However please note that charging via a laptop or a USB receiver will significantly increase the charging time.



Getting started

### 3. Switch ON/OFF and charge

51

EN

Now that your *iQOS* System is plugged into an energy source, you must switch ON the *iQOS* System by pressing the *iQOS* Pocket Charger power button④ for 3 seconds.

*iQOS* Pocket Charger LEDs display ㉑ + ㉒ will be activated and you will see on the *iQOS* Pocket Charger that LEDs are blinking green, this is to inform you the *iQOS* System is charging.

Your *iQOS* Holder will be charged and ready to be used in up to 6 minutes.

Your *iQOS* Pocket Charger will be partially charged after around 45 minutes and fully charged after around 90 minutes.

To switch OFF your *iQOS* System press and hold the *iQOS* Pocket Charger power button④ for 5 seconds. The *iQOS* Holder and *iQOS* Pocket Charger will switch to OFF mode and it means that no automatic heater clean will be performed at this time.

Getting started

52

EN

**?** A partial charge of your *iQOS* Pocket Charger is enough for a few recharges of your *iQOS* Holder but it will not be enough to recharge your *iQOS* Holder 20 times.

### 4.Your first *HeatStick* (sold separately)

**!** **Only use *HeatStick* with the *iQOS* Holder. Never use a cigarette or other products/objects, doing so will void your 'Warranty'.** *iQOS* Holder works exclusively and uniquely with *HeatSticks*.

 **Never light a *HeatStick* with a match, lighter or any other flame source.**

**i** *Heatsticks* are made of a filter and a tobacco plug.



Filter

Tobacco Plug

**i** After use you may notice some spots or discoloration on the *HeatStick*. This occurs during the course of normal usage.

Getting started

**First thing to do**
Remove your charged *iQOS* Holder from the *iQOS* Pocket Charger.

Insert a *HeatStick* into your *iQOS* Holder tobacco-side down.



Check that the HeatStick is inserted correctly by having the *HeatStick* filter aligned with the top of the *iQOS* Holder cap ⑫.

(!) Never twist or remove a *HeatStick* before fully pulling up/out the cap ⑫ from the *iQOS* Holder. Doing so will severely damage your *iQOS* Holder's heater.

**54**

EN

1. Press and hold the *iQOS* Holder button⑧ for 2 seconds, then the *iQOS* Holder button LED⑪ will blink green to heat the tobacco plug at the optimal temperature for up to 20 seconds.



2. When the *iQOS* Holder button LED remains solid green, you can enjoy your *HeatStick* for up to approximately 6 minutes or 14 puffs.



3. After around 5 ½ minutes, the last 30 seconds before the experience ends, the *iQOS* Holder button LED will switch to a solid orange to inform you that your experience is ending.

Getting started

55

EN

**4.** When the *iQOS* Holder button LED goes off, the experience is finished.

(!) If your *iQOS* Holder turns itself OFF while you puff, it is to prevent overheating of the *HeatStick*. Heavy or rapid puffing will cause the *iQOS* Holder to automatically reduce the heat or to shut down. Should this happen, remove the used *HeatStick*, dispose of it, and recharge your *iQOS* Holder.

(i) It is normal for your *iQOS* Holder to become warm during use as the *HeatStick* tobacco plug is heated by the *iQOS* Holder's heater.

Getting started

56

EN

### 5. Remove your *HeatStick* from *iQOS* Holder

Now that your experience is over, you have to remove the *HeatStick* from your *iQOS* Holder.

This can be done in two steps: the first **Step 1** is to pull up the cap⑫ from your *iQOS* Holder until it stops; the second **Step 2** is to pull out the used *HeatStick* from the cap.



Step 1

Step 2

Getting started

(i) *HeatSticks* can be disposed of with normal waste.

 

Be informed that you can also completely remove the cap⑫ from your *iQOS* Holder body⑨ to remove a *HeatStick*. If you do so, please pay attention to align the cap with the *iQOS* Holder button⑧ when you put the cap back onto the *iQOS* Holder.



Cap ⑫

⑧

Body ⑨

Getting started

58

EN

*(i)* You can switch OFF your *iQOS* Holder experience at any moment, to do so press and hold the *iQOS* Holder button for 3 seconds, it will then switch OFF.

You can't resume it and you must dispose of the *HeatStick* with normal waste.

Then load back your *iQOS* Holder in the *iQOS* Pocket Charger to be recharged.

*(!)* Please note that the removal of the *HeatStick* will not end the heating process of your *iQOS* Holder.

*(i)* Since your *iQOS* does not burn tobacco, there will be less odour on your clothes.



Getting started

# Cleaning

For optimal perfomance and a consistent taste, clean your *iQOS* Holder regularly.

Inside your *iQOS* Holder, the heater⊙ is used to heat *HeatSticks*. As a result, it is possible for Heatstick fragments to build up over time inside your *iQOS* Holder.

(!) Automatic cleaning of your *iQOS* Heater will start only when holder is fully charged.

**60**

**EN**

### iQOS Holder heater cleaning

Your *iQOS* System already has a built in automatic heater⑦ cleaning process. However you must use the *iQOS* Cleaner regularly. To manually clean the cap and body of the *iQOS* Holder, see next page.

After every 20 *HeatSticks* your *iQOS* Holder will use your *iQOS* Pocket Charger to clean its heater. You will then observe the following LED notification on your *iQOS* Pocket Charger LED Display:

**Step 1** Heater cleaning process is on.

**Step 2** Heater cleaning is over and *iQOS* Holder is recharging.

**Step 3** Heater cleaning process is over.

Cleaning



Step 1   Step 2   Step 3

① Hatch Button

③ Heater Cleaning Button

④ Power Button

### *iQOS* Holder Cleaning

Before using the *iQOS* Cleaner, please perform a manual heater cleaning process. To do so press and hold the *iQOS* Pocket Charger Heater Cleaning Button until you observe the LED notification as described on the previous page.

To clean your *iQOS* Holder use the *iQOS* Cleaner. It is easy and will only take few minutes as described below.

**What is the *iQOS* Cleaner?**
The *iQOS* Cleaner removes *HeatStick* fragments from your *iQOS* Holder's body⑨ and cap⑫. The *iQOS* Cleaner consists of two brushes and a cleaning hook.

**Long Brush**
This is used to clean the *iQOS* Holder's body



**Short Brush**
This is used to clean the *iQOS* Holder's cap

**Cleaning Hook**
This is used to remove a part of the *HeatStick* that is stuck in the *iQOS* Holder's body or cap

**62**

EN

## How to use the cleaner?

**Step 1**
After having removed your *iQOS* Holder from the *iQOS* Pocket Charger, please remove completely the cap ⑫ from the *iQOS* Holder.



Cap ⑫

Body ⑨

**Step 2**
Pinch the *iQOS* Cleaner to separate the short brush and the long brush.

Pinch





Cleaning

### Step 3

Insert the *iQOS* Holder's body ⑨ into the *iQOS* Cleaner long brush until it stops, then gently clean using a twisting motion.

Remove the long brush from the *iQOS* Holder's body, gently tap both to loosen and release any *HeatStick* fragments.

Repeat until clean.



Long Brush

⚠ Never immerse or put the *iQOS* Body or *iQOS* Pocket Charger in contact with water and/or other liquids.

**64**

EN

### Step 4
Insert the *iQOS* Holder's cap into the *iQOS* Cleaner short brush until it stops, then gently clean using a twisting motion.

Remove the short brush from the *iQOS* Holder's cap, gently tap both to loosen and release any *HeatStick* fragments.

Repeat until clean.



Short Brush

Cleaning

### Removing *HeatStick* fragments

65

Sometimes a part of a *HeatStick* will remain stuck in your *iQOS* Holder cap ⑫. Most of time, this is happening when you do not pull the *iQOS* Holder cap before removing the *HeatStick*.

EN

To remove it, please do the following:

**Step 1**
Pull out the cleaning hook from your *iQOS* Cleaner long brush



**Step 2**
Completely remove the cap from the *iQOS* Holder.

ⓘ If required, the *iQOS* Holder cap can be cleaned by immersing it in warm water for 5 minutes. This will completely remove residue which can build up over time. **Always ensure clean warm drinking water is used and that the cap is completely dry before re-using it with your *iQOS* Holder.**

66

EN

### Step 3
Insert the cleaning hook into the Holder's cap, then clean using a twisting and an up-and-down motion. Remove the cleaning hook from the *iQOS* Holder's cap, gently tap both sides of the *iQOS* Holder's cap to loosen and release any tobacco fragments. Repeat until clean.



Cleaning

## Information for disposing of the iQOS Holder and iQOS Pocket Charger



This symbol on the device or on its packaging indicates that this product and its individual parts (including batteries) must not be disposed of with your other household waste. Instead, it is your responsibility to dispose of your waste equipment by handing it over to a designated collection point for the recycling of waste electrical and electronic equipment. Amongst others, waste batteries can be returned free of charge at the point of sale.

The separate collection and recycling of your waste equipment : (including batteries) at the time of disposal will help to conserve natural resources and ensure that it is recycled in a manner that protects human health and the environment. Disposing waste equipment as unsorted municipal waste (e.g. by waste incineration or landfilling) can have negative effects on the environment and human health.

For more information about where you can drop off your waste equipment for recycling, please contact your local city office, your local household waste disposal service or the shop where you purchased the device.

The local importer of the device will provide for the financing of the treatment and recycling of waste equipment returned through these designated collection points in accordance with local requirements.

EXHIBIT K



User Guide

**IQOS** 2.4 Plus

## How to use your IQOS




**1. TURN ON**
Press and hold the Pocket Charger Power Button until lights switch on.

**2. CHARGE HOLDER**
Press Lid Opening Button to open. Insert the Holder into the Pocket Charger, then close the Lid to charge. Fully charged when Holder Battery Status Light is solid white.

### IQOS 2.4 Plus Pocket Charger



Pocket Charger Battery Status Lights

Holder Battery Status Light

Lid Opening Button

Lid

Bluetooth Button

Pocket Charger Power Button

## How to use your IQOS





**3. INSERT TOBACCO STICK**
Insert and gently press the
tobacco stick to the line
on filter.

**4. START HEATING**
Press Heating Button until
the Holder vibrates and light
pulses white.

### IQOS 2.4 Plus Holder



Charging Contacts

Cap

Heating button

## How to use your IQOS



**5. BEGIN USE**
Start using once the light is solid white.



**6. NEARLY COMPLETE**
To signal the last 30 seconds, the Holder will vibrate and the light pulses white.

Power Adaptor

Charging Cable



IQOS Cleaning Tool



IQOS Cleaning Sticks

## How to use your IQOS





**7. REMOVE TOBACCO STICK**
Slide Cap upward, remove used tobacco stick then slide Cap back again. Insert the Holder back in the Pocket Charger to recharge.

**TO CLEAN**
Slide Cap upward and remove completely. Insert IQOS Cleaning Tool and rotate gently. Clean daily for optimal experience.

**ENGAGE WITH IQOS**

For further instructions and Customer Care support visit **www.iqos.com**

Download the IQOS Connect App on Google Play*

   

*Google Play and the Google Play logo are trademarks of Google LLC.
*IQOS Connect App may not be available in your country.

## Pairing your device





**PAIRING MODE**
Press the Bluetooth Button
for 3 seconds then release.
Bluetooth Status light will
blink during 30 seconds
indicating pairing mode is
active. Select pairing on your
smartphone.

**PAIRED**
IQOS is paired with your
smartphone when Bluetooth
Status light remains solid
during 3 seconds.





**SWITCH OFF**
To switch off Bluetooth press
the Bluetooth Button for
6 seconds.

**STATUS**
Tap the Bluetooth Button to
show current status.

## Quick Tips





**TO CHECK BATTERY STATUS**
Tap the Pocket Charger
Power Button to check
battery level.

**TO RESET**
Simultaneously press the
Bluetooth and Pocket Charger
Power Buttons for 10 seconds,
then release. Pocket Charger
Battery Status lights will switch
on, then blink twice to confirm
a reset.





**RED LIGHT ON HOLDER**
1/ Holder needs to be
recharged. Place in Pocket
Charger and make sure it is
switched on.
2/ If the light remains red
after a recharge, try a reset
as indicated above.

**RED LIGHT ON POCKET
CHARGER**
Try resetting IQOS. If the red
light persists, please contact
Customer Care.

IQOS

⚠ This symbol indicates that caution is required when operating the product.

ENGLISH

**SAFETY WARNINGS AND INSTRUCTIONS**

**PLEASE READ AND SAVE THESE INSTRUCTIONS**

The Safety Warnings and Instructions included in this document cannot cover all possible conditions and situations that could occur. Caution and care must be exercised when using or maintaining any personal electronic product. To reduce the risk of injury, always use this product in accordance with the manufacturer's instructions. This product contains no user-serviceable parts. Do not attempt to open, service, modify or repair any component of this product or to replace any of the components or batteries - doing so may result in personal injury. Never use this product in places where flammable materials, liquids and gases are present. This product must only be charged at Safety Extra Low Voltage. Only charge this product indoors using the manufacturer approved AC Power Adaptor – refer to 'Technical Data' section for details. Do not touch this product if it becomes wet or immersed in any liquid. Do not drop this product or subject it to strong shock. Never attempt to touch the Holder Heater Blade, this may cause personal injury or damage to the Holder Heater Blade. Keep away from children at all times and ensure that they do not play with this product. This product is not intended for use by persons with reduced physical, sensory or mental capabilities or lack of knowledge unless they have been given supervision or instruction to use the product in a safe way and understand the hazards involved. Do not use this product under the following circumstances: i) Where the use of electronic devices is prohibited. ii) On or

near heat sources i.e. radiators or fires; iii) If it is damaged, tampered or broken. iv) If it has been exposed to excessive heat or moisture.

## ATTENTION

IQOS works exclusively with HEETS™. Never use IQOS with a cigarette or similar products or with tobacco sticks or accessories not approved by the manufacturer. Do not remove a tobacco stick while in use. Tobacco sticks are single use only and should never be reused, lit with a match, lighter or any other flame source.

### Tobacco and health effects
- IQOS is not risk-free.
- Tobacco sticks contain nicotine, which is addictive.
- The best way to reduce tobacco-related health risks is to quit tobacco and nicotine use altogether.

### Nicotine
- Nicotine is naturally present in the tobacco used in tobacco sticks.
- Nicotine is addictive and may cause side effects similar to those associated with other nicotine-containing products, like headaches, nausea, or throat irritation. If you experience these symptoms stop using tobacco sticks and consult a health care professional.
- IQOS is not for people who have heart problems or are diabetic.
- IQOS should not be used during pregnancy or while breastfeeding.
- If you are pregnant, breastfeeding or think you may be pregnant, you should quit tobacco and nicotine use altogether and consult a healthcare professional.

### Children and adolescents
- IQOS is intended for adult use only.
- Children and adolescents should not use IQOS under any circumstances.

## ⚠ IMPORTANT SAFETY INFORMATION

⚠ **WARNING**   **Choking and ingestion hazard**
- Keep tobacco sticks out of reach of children and pets.
- CHOKING HAZARD — tobacco sticks contain small parts.
- INGESTION HAZARD — If tobacco sticks are swallowed, seek medical attention immediately due to risk of nicotine ingestion.

⚠ **WARNING**   **Battery risk**

The IQOS Holder and the Pocket Charger are powered with sealed Lithium-ion (Li-ion) batteries. Under normal conditions of use, the battery is sealed. If battery fluid leaks, follow these precautions:

- If you swallow fluid, seek medical attention immediately. Do not induce vomiting or ingest food or drink.
- If fluid is inhaled, get fresh air and seek medical attention.
- In case of contact with skin, wash hands and do not touch eyes.
- In case of contact with eyes, immediately flush with running water for at least 15 minutes and seek medical attention.

**⚠ CAUTION**   **Hot aerosol risk**

- When using IQOS under hot and humid weather conditions, the water in the aerosol make the aerosol temperature feel very hot.
- To help avoid this sensation, store your tobacco sticks in a cool dry place. Do not expose product to high humidity conditions or direct sunlight. Do not use IQOS during hot conditions or in periods of high humidity
- If you experience discomfort, stop using the product and contact a healthcare professional.

**⚠ CAUTION**   **Allergic reaction risk**

- IQOS could cause an allergic reaction.
- Stop using IQOS and seek medical attention immediately if you experience any of the following symptoms that may indicate a serious allergic reaction: swelling of the face, lips, tongue, gums, throat, or body, difficulty breathing, or wheezing.

**Reporting of adverse events or incidents**

If you experience any unwanted health effect when using IQOS, consult a healthcare professional.

You can report any adverse event or incident directly by contacting your local Customer Care (details can be found in the Customer Care & Warranty booklet).

By reporting side effects, you can help provide more information on the safety of this product.

For more information please go to www.iqos.com

## NFORMATION FOR DISPOSING OF IQOS 2.4P

**Valid across European Union and EEA**

This symbol on the product or on its packaging indicates that this product and its individual parts (including batteries) must not be disposed of with your other household waste. Instead, it is your responsibility to dispose of your waste equipment by handing it over to a designated collection point for the recycling of waste electrical and electronic equipment. Amongst others, waste batteries can be returned free of charge at the point of sale. The separate collection and recycling of your waste equipment (including batteries) at the time of disposal will help to conserve natural resources and ensure that it is recycled in a manner that protects human health and the environment. Disposing of waste equipment as unsorted municipal waste (e.g. by waste incineration or landfilling) can have negative effects on the environment and human health. For more information about where you can drop off your waste equipment for recycling, please contact your local city office, your local household waste disposal service or the shop where you purchased the product. The local importer of the product will provide for the financing of the treatment and recycling of waste equipment returned through these designated collection points in accordance with local requirements.

**TECHNICAL DATA**

IQOS 2.4P Holder - Model: A1403
Battery type:
Li-ion Rechargeable Battery
Input: 3.7V ▬▬ 1A

IQOS AC Power Adaptor
Model: S52A21, S21A20, S21A22,
S21A23, S21A25, S21A27
Input: 100V-240V~ 50/60HZ 0.3A
Output: 5V ▬▬ 2A

IQOS 2.4P Pocket Charger
- Model: A1503
Battery type:
Li-ion Rechargeable Battery
Input: 5V ▬▬ 2A
Bluetooth® 4.1

USB Cable

WARNING: This product must not be sold to minors.

Hereby, Philip Morris Products S.A. declares that IQOS 2.4P is in compliance with the essential requirements and other relevant provisions of Directive 2014/53/EU. The official Declaration of Conformity may be found at: www.pmi.com/declarationofconformity

IQOS 2.4P Model A1503 operates within 2.402 – 2.480GHz frequency band with a maximum RF output power of 7.0dBm.

Designed and manufactured under the authority of Philip Morris Products S.A., Quai Jeanrenaud 3, 2000 Neuchâtel, Switzerland.

**❋ Bluetooth®**

The Bluetooth® word mark and logos are registered trademarks owned by the Bluetooth SIG, Inc. and any use of such marks by Philip Morris Products S.A. and its affiliates is under license. Other trademarks and trade names are those of their respective owners.



© 2016 Copyright Philip Morris Products S.A.

EXHIBIT L



User Guide

**IQOS** 3

## How to use your IQOS





**1. TURN ON**
Press and hold IQOS Pocket
Charger Button for 4 seconds
then release; Holder Status
and Battery Status lights
will flash.

**2. CHARGE HOLDER**
Insert IQOS Holder then
close to charge.
Fully charged when Holder
Status light is solid white.

### IQOS 3 Pocket Charger



## How to use your IQOS





**3. INSERT HEATSTICK™**
Insert and gently press the
HeatStick to the line on filter.

**4. START HEATING**
Hold Holder Button until
IQOS Holder vibrates and
Light pulses white.

## IQOS 3 Holder



Holder

Cap

Holder
Button & Light

How to use your IQOS

 

**5. BEGIN USE**
Start using once IQOS Holder
vibrates twice and Light is
solid white.

**6. NEARLY COMPLETE**
To signal the last 30 seconds,
IQOS Holder will vibrate
twice and Light pulses white.



Power Adaptor




Charging Cable

IQOS Cleaning Tool

IQOS Cleaning Sticks

## How to use your IQOS





**7. REMOVE HEATSTICK™**
Slide Cap upward and then remove used HeatStick.

**TO CLEAN**
Slide Cap upward and remove completely.
Insert IQOS Cleaning Tool and rotate gently.
Clean daily for optimal experience.

**ENGAGE WITH IQOS**

For further instructions and Customer Care support visit **www.iqos.com**

Download the IQOS Connect App on Google Play*




*Google Play and the Google Play logo are trademarks of Google LLC.
*IQOS Connect App may not be available in your country.

## Quick Tips



**TO CHECK BATTERY STATUS**
Tap IQOS Pocket Charger
Button to check battery
level.



**TO RESET**
Press and hold IQOS Pocket
Charger Button for 10 seconds
then release; Battery Status
light will fade in, blink twice,
then progressively fade in
to confirm a reset.



**LIGHT BLINKS WHITE TWICE**
IQOS is outside operating
temperature (<0°C/>50°C).
Wait until device is within
temperature limits.



**LIGHT BLINKS RED**
Reset IQOS.
If blinking persists,
please contact
Customer Care.



This symbol indicates that caution is required when operating the product.

**SAFETY WARNINGS AND INSTRUCTIONS**

**PLEASE READ AND SAVE THESE INSTRUCTIONS**

The Safety Warnings and Instructions included in this document cannot cover all possible conditions and situations that could occur. Caution and care must be exercised when using or maintaining any personal electronic product. To reduce the risk of injury, always use this product in accordance with the manufacturer's instructions. This product contains no user-serviceable parts. Do not attempt to open, modify or repair any component of this product or to replace any of the components or batteries, doing so may result in personal injury. Never use this product in places where flammable materials, liquids and gases are present. This product must only be charged using Safety Extra Low Voltage. Only charge this product indoors. The following symbol ⊡—⊣⊂ indicates that a specific detachable power supply unit is required for connecting the electrical appliance to the supply mains. The type reference of power supply unit is marked near the symbol. The type reference of the power supply is reported as SxxA2x meaning that different adaptor models can be used to charge the product depending on that region's plugs. Only charge your product by using one of the following approved IQOS™ AC Power Adaptor models: S52A21, S21A20, S21A22, S21A23, S21A25, S21A27. Do not touch this product if it becomes wet or immersed in any liquid. Do not drop this product or subject it to strong shock. Never attempt to touch the Heater Blade, this may cause personal injury or damage to the Heater Blade. Keep away from children at

all times and ensure that they do not play with this product. This product is not intended for use by persons with reduced physical, sensory or mental capabilities or lack of knowledge unless they have been given supervision or instruction to use the product in a safe way and understand the hazards involved. Do not use this product under the following circumstances: i) Where the use of electronic devices is prohibited; ii) On or near heat sources i.e. radiators or fires; iii) If it is damaged, tampered or broken and iv) If it has been exposed to excessive heat or moisture.

**ATTENTION**

IQOS works exclusively with HeatSticks™. Never use IQOS with a cigarette or similar products or with tobacco sticks or accessories not approved by the manufacturer. Do not remove a *HeatStick* while in use. *HeatSticks* are single use only and should never be re-used, lit with a match, lighter or any other flame source.

**Tobacco and health effects**
- IQOS is not risk-free.
- *HeatSticks* contain nicotine, which is addictive.
- The best way to reduce tobacco related health risks is to quit tobacco and nicotine use altogether.

**Nicotine**
- Nicotine is naturally present in the tobacco used in *HeatSticks.*
- Nicotine is addictive and may cause side-effects similar to those associated with other nicotine-containing products, like headache, nausea, or throat irritation. If you experience these symptoms stop using *HeatSticks* and consult a health care professional.
- IQOS is not for people who have heart problems or are diabetic.
- IQOS should not be used during pregnancy or while breast-feeding.
- If you are pregnant, breast-feeding or think you may be pregnant, you should quit tobacco and nicotine use altogether and consult a health care professional.

**Children and adolescents**
- IQOS is intended for adult use only.
- Children and adolescents should not use IQOS under any circumstances.

**⚠ IMPORTANT SAFETY INFORMATION**

**⚠ WARNING**   **Choking and ingestion hazard**

- Keep *HeatSticks* out of reach of children and pets.
- CHOKING HAZARD — *HeatSticks* contain small parts.
- INGESTION HAZARD — If *HeatSticks* are swallowed, seek medical attention immediately due to risk of nicotine ingestion.

**⚠ WARNING**   **Battery risk**

IQOS is powered with sealed Lithium-ion (Li-ion) batteries. Under normal conditions of use, the battery is sealed. If battery fluid leaks, follow these precautions:

- If you swallow fluid, seek medical attention immediately. Do not induce vomiting or ingest food or drink.
- If fluid is inhaled, get fresh air and seek medical attention.
- In case of contact with skin, wash hands and do not touch eyes.
- In case of contact with eyes, immediately flush with running water for at least 15 minutes and seek medical attention.

**⚠ CAUTION**   **Hot aerosol risk**

- When using IQOS under hot and humid weather conditions, the water in the aerosol make the aerosol temperature feel very hot.
- To help avoid this sensation, store your *HeatSticks* in a cool dry place.
  Do not expose product to high humidity conditions or direct sunlight.
  Do not use IQOS during hot conditions or in periods of high humidity
- If you experience discomfort, stop using the product and contact a health care professional.

**⚠ CAUTION**   **Allergic reaction risk**

- IQOS could cause an allergic reaction.
- Stop using IQOS and seek medical attention immediately if you experience any of the following symptoms that may indicate a serious allergic reaction: swelling of the face, lips, tongue, gums, throat, or body, difficulty breathing, or wheezing.

**Reporting of adverse events or incidents**

If you experience any unwanted health effect when using IQOS, consult a health care professional.

You can report any adverse event or incident directly by contacting your local Customer Care (details can be found in the Customer Care & Warranty booklet).

By reporting side effects, you can help provide more information on the safety of this product.

For more information please go to www.iqos.com

## INFORMATION FOR DISPOSING OF IQOS 3

**Valid across European Union and EEA**

This symbol on the product or on its packaging indicates that this product and its individual parts (including batteries) must not be disposed of with your other household waste. Instead, it is your responsibility to dispose of your waste equipment by handing it over to a designated collection point for the recycling of waste electrical and electronic equipment. Amongst others, waste batteries can be returned free of charge at the point of sale.

The separate collection and recycling of your waste equipment (including batteries) at the time of disposal will help to conserve natural resources and ensure that it is recycled in a manner that protects human health and the environment. Disposing waste equipment as unsorted municipal waste (e.g. by waste incineration or land filling) can have negative effects on the environment and human health.

For more information about where you can drop off your waste equipment for recycling, please contact your local city office, your local household waste disposal service or the shop where you purchased the product.

The local importer of the product will provide for the financing of the treatment and recycling of waste equipment returned through these designated collection points in accordance with local requirements.

## TECHNICAL DATA

IQOS 3 Holder - Model: A1404
Battery type:
Li-ion rechargeable battery
Input: 5V ⎓ 1.6A

IQOS AC Power Adaptor
Model: S52A21, S21A20, S21A22,
S21A23, S21A25, S21A27
Input: 100V-240V~ 50/60HZ 0.3A
Output: 5V ⎓ 2A

IQOS 3 Pocket Charger -
Model: A1504
Battery type:
Li-ion rechargeable battery
Input: 5V ⎓ 2A
Bluetooth® 4.1

USB Type C Cable

**Battery removal instructions (for disposal and recycling)**

Batteries must not be removed by the consumer. At end of product life, only an authorized recycler may safely remove batteries by using the following steps.

*IQOS 3 Pocket Charger (A1504):*

Step 1: The device should be fully discharged before disassembling it. Remove the cover, then remove the screw on both sides

Step 2: Detach the charger from the hull.

Step 3: Unscrew to remove the retainer

Step 4: Detach all FPC and connector to remove the charger PCB.

Step 5: Remove battery and dispose according to local regulations.

*IQOS 3 Holder (A1404):*

Step 1: The device should be fully discharged before disassembling it. Remove the front housing from the holder.

Step 2: Remove the rear housing

Step 3: Remove the power button from the holder

Step 4: Remove the glue and solder to detach the battery from the middle part and frame. Middle part must cut open due to glue.

Step 5: Remove battery and dispose according to local regulations

Hereby, Philip Morris Products S.A. declares that IQOS 3 is in compliance with the essential requirements and other relevant provisions of Directive 2014/53/EU. The official Declaration of Conformity may be found at:

www.pmi.com/declarationofconformity

IQOS 3 Model A1504 operates within 2.402 – 2.480GHz frequency band with a maximum RF output power of 7.0dBm.

Designed and manufactured under the authority of Philip Morris Products S.A., Quai Jeanrenaud 3, 2000 Neuchâtel, Switzerland.

**&#8202;Bluetooth®**

The Bluetooth® word mark and logos are registered trademarks owned by the Bluetooth SIG, Inc. and any use of such marks by Philip Morris Products S.A. and its affiliates is under license. Other trademarks and trade names are those of their respective owners.

EXHIBIT M



User Guide

**IQOS** 3 DUO

IQOS 3 DUO Pocket Charger*



IQOS 3 DUO Holder*



*IQOS 3 DUO is compatible with IQOS 3

## Charging and Cleaning



Power Adaptor



Charging Cable



IQOS Cleaning Tool



IQOS Cleaning Sticks

**CUSTOMER CARE**

For the full user guide and
Customer Care visit
**www.iqos.com**

IQOS
CARE PLUS

Extended support services
for IQOS user
**www.iqos.com/careplus\*\***

\*\* IQOS CARE PLUS may not
be available in your country.

**ENGAGE WITH IQOS**

Download the IQOS Connect
App on Google Play to learn
more about IQOS\*




\*Google Play and the Google Play
Logo are trademarks of Google LLC.

\* IQOS Connect App may not
be available in your country.

# Getting Started





### TURN ON

Press and hold IQOS 3 DUO
Pocket Charger Button for
4 seconds, then release. Holder
Status Lights and Pocket Charger
Status Lights will turn on slowly.

### CHARGE HOLDER

Insert IQOS 3 DUO Holder into
the IQOS 3 DUO Pocket Charger,
then close door to charge.

Holder Status Light will show
Holder charge level.

# Check Holder Status



**2 lights**
ready for 2 uses

**1 light**
ready for 1 use

**No lights**
Holder not charged

**2 lights**
ready for 2 uses

**1 light**
ready for 1 use

### CHECK HOLDER STATUS

Press and release the Holder Button to check status.

Holder Lights indicate IQOS 3 DUO Holder battery level.

### CHECK HOLDER STATUS ON **IQOS 3 DUO** POCKET CHARGER

Press and release Pocket Charger Button to check IQOS 3 DUO Holder battery level.



**Blink Twice**
ready for 2 uses

**Blink Once**
ready for 1 use

### CHECK HOLDER STATUS ON **IQOS 3** POCKET CHARGER

Press and release Pocket Charger Button to check IQOS 3 DUO Holder battery level.

How to use your IQOS 3 DUO



**1. INSERT TOBACCO STICK**
Insert and gently press the
tobacco stick to the line on filter
with filter facing outside.



**2. START HEATING**
Press Holder Button until
IQOS 3 DUO Holder vibrates and
Light(s) pulses white.



**3. BEGIN USE**
Start using once IQOS 3 DUO
Holder vibrates twice.



**4. NEARLY COMPLETE**
To signal the last 30 seconds or
last 2 puffs, IQOS 3 DUO Holder
will vibrate twice with Light(s)
pulsing white.

How to use your IQOS 3 DUO



**5. REMOVE TOBACCO STICK**
Slide Cap upward and then
remove used tobacco stick.

How to clean Holder



**1. USE IQOS CLEANING TOOL**
Slide Cap upward and remove
completely. Wait for device to
cool down, insert IQOS Cleaning
Tool and rotate gently.



**2. USE IQOS CLEANING STICK**
Insert IQOS Cleaning Stick
to wipe inside of the holder.
Do not touch the blade with the
IQOS Cleaning Stick.

## Quick Tips



### CHECK POCKET CHARGER STATUS

Press and release Pocket Charger Button to check battery level.

Lights will turn on to indicate battery status.



### TO RESET

Press Pocket Charger Button until lights fade out, then release.

All Status Lights will turn OFF, blink twice, and progressively fade in, to confirm a RESET.



### LIGHTS BLINK WHITE TWICE

IQOS is outside operating temperature range (0°C-50°C) or Holder needs to be inserted in Pocket Charger with door closed until it is fully charged.



### LIGHT BLINKS RED

Reset IQOS 3 DUO.

If red light blinking persists, contact Customer Care.





This symbol indicates that caution is required when operating the product.

**SAFETY WARNINGS AND INSTRUCTIONS**

**PLEASE READ AND SAVE THESE INSTRUCTIONS**

The Safety Warnings and Instructions included in this document cannot cover all possible conditions and situations that could occur. Caution and care must be exercised when using or maintaining any personal electronic product. To reduce the risk of injury, always use this product in accordance with the manufacturer's instructions. This product contains no user-serviceable parts. Do not attempt to open, modify, service or repair any component of this product or to replace any of the components or batteries - doing so may result in personal injury. Never use this product in places where flammable materials, liquids and gases are present. This product must only be charged using Safety Extra Low Voltage. Only charge this product indoors. The following symbol ⊃─□─< indicates that a specific detachable power supply unit is required for connecting the electrical appliance to the supply mains. The type reference of power supply unit is marked near the symbol. The type reference of the power supply is reported as SxxA2x meaning that different adaptor models can be used with the device depending on that region's plugs. Only charge your product with one of the following approved IQOS™ AC Power Adaptor models: S52A21, S21A20, S21A22, S21A23, S21A25, S21A27. Do not touch this product if it becomes wet or immersed in any liquid. Do not drop this product or subject it to strong shock. Never attempt to touch the Heater Blade, this may cause personal injury or damage to the Heater Blade. Keep away from children at all times and ensure that they do not play with this product. This product is not intended for use by persons with reduced physical, sensory or mental capabilities or lack of knowledge unless they have been given supervision or instruction to use the product in a safe way and understand the hazards

involved. Do not use this product under the following circumstances: i) Where the use of electronic devices is prohibited; ii) On or near heat sources i.e. radiators or fires; iii) If it is damaged, tampered or broken and iv) If it has been exposed to excessive heat or moisture.

**ATTENTION**

IQOS works exclusively with HEETS™. Never use IQOS with a cigarette or similar products or with tobacco sticks or accessories not approved by the manufacturer. Do not remove a tobacco stick while in use. Tobacco sticks are single use only and should never be re-used, lit with a match, lighter or any other flame source.

**Tobacco and health effects**
- IQOS is not risk-free.
- Tobacco sticks contain nicotine, which is addictive.
- The best way to reduce tobacco-related health risks is to quit tobacco and nicotine use altogether.

**Nicotine**
- Nicotine is naturally present in the tobacco used in tobacco sticks.
- Nicotine is addictive and may cause side effects similar to those associated with other nicotine-containing products, like headaches, nausea, or throat irritation. If you experience these symptoms stop using tobacco sticks and consult a health care professional.
- IQOS is not for people who have heart problems or are diabetic.
- IQOS should not be used during pregnancy or while breastfeeding.
- If you are pregnant, breastfeeding or think you may be pregnant, you should quit tobacco and nicotine use altogether and consult a health care professional.

**Children and adolescents**
- IQOS is intended for adult use only.
- Children and adolescents should not use IQOS under any circumstances.

### ⚠ IMPORTANT SAFETY INFORMATION

⚠ WARNING   **Choking and ingestion hazard**
- Keep tobacco sticks out of reach of children and pets.
- CHOKING HAZARD — Tobacco sticks contain small parts.
- INGESTION HAZARD — If tobacco sticks are swallowed, seek medical attention immediately due to risk of nicotine ingestion.

⚠ WARNING   **Battery risk**
IQOS is powered with sealed Lithium-ion (Li-ion) batteries. Under normal conditions of use, the battery is sealed. If battery fluid leaks, follow these precautions:
- If you swallow fluid, seek medical attention immediately. Do not induce vomiting or ingest food or drink.

- If fluid is inhaled, get fresh air and seek medical attention.
- In case of contact with skin, wash hands and do not touch eyes.
- In case of contact with eyes, immediately flush with running water for at least 15 minutes and seek medical attention.

**⚠ CAUTION**   **Hot aerosol risk**

- When using IQOS under hot and humid weather conditions, the water in the aerosol makes the aerosol temperature feel very hot.
- To help avoid this sensation, store your tobacco sticks in a cool dry place.
  Do not expose product to high humidity conditions or direct sunlight.
  Do not use IQOS during hot conditions or in periods of high humidity.
- If you experience discomfort, stop using the product and contact a health care professional.

**⚠ CAUTION**   **Allergic reaction risk**

- IQOS could cause an allergic reaction.
- Stop using IQOS and seek medical attention immediately if you experience any of the following symptoms that may indicate a serious allergic reaction:  swelling of the face, lips, tongue, gums, throat, or body, difficulty breathing, or wheezing.

**Reporting of adverse events or incidents**

If you experience any unwanted health effect when using IQOS, consult a health care professional.

You can report any adverse event or incident directly by contacting your local Customer Care (details can be found in the Customer Care & Warranty booklet).

By reporting side effects, you can help provide more information on the safety of this product.

For more information please go to www.iqos.com

## INFORMATION FOR DISPOSING OF IQOS 3 DUO

**Valid across European Union and EEA**

 This symbol on the product or on its packaging indicates that this product and its individual parts (including batteries) must not be disposed of with your other household waste. Instead, it is your responsibility to dispose of your waste equipment by handing it over to a designated collection point for the recycling of waste electrical and electronic equipment. Alternatively, waste batteries can be returned free of charge at the point of sale.

The separate collection and recycling of your waste equipment (including batteries) at the time of disposal will help to conserve natural resources and ensure that it is recycled in a manner that protects human health and the environment. Disposing of waste equipment as unsorted municipal waste (e.g. by waste incineration or landfilling) can have negative effects on the environment and human health.

For more information about where you can drop off your waste equipment for recycling, please contact your local city office, your local household waste disposal service or the shop where you purchased the product.

The local importer of the product will provide for the financing of the treatment and recycling of waste equipment returned through these designated collection points in accordance with local requirements.

**TECHNICAL DATA**

Holder:
IQOS 3 Model A1404/
IQOS 3 DUO Model A1406
Battery type:
Li-ion rechargeable battery
Input: 5V ⎓ 1.6A

IQOS AC Power Adaptor
Model: S52A21, S21A20, S21A22, S21A23,
S21A25, S21A27
Input: 100V-240V~ 50/60Hz 0.3A
Output: 5V ⎓ 2A

USB Type C Cable

Pocket Charger:
IQOS 3 Model A1504/
IQOS 3 DUO Model A1505
Battery type:
Li-ion rechargeable battery
Input: 5V ⎓ 2A

Bluetooth® 4.1

## BATTERY REMOVAL INSTRUCTIONS
## (FOR DISPOSAL AND RECYCLING)

Batteries must not be removed by the consumer. At end of product life, only an authorised recycler may safely remove batteries by using the following steps.

### IQOS 3 DUO Pocket Charger (A1505):

Step 1: The device should be fully discharged before disassembling it. Remove the cover, then remove the screw on both sides.
Step 2: Detach the charger from the hull.
Step 3: Unscrew to remove the retainer.
Step 4: Detach all FPC and connector to remove the charger PCB.
Step 5: Remove battery and dispose of according to local regulations.

### IQOS 3 DUO Holder (A1406):

Step 1: The device should be fully discharged before disassembling it. Remove the front housing from the holder.
Step 2: Remove the rear housing.
Step 3: Remove the power button from the holder.
Step 4: Remove the glue and solder to detach the battery from the middle part and frame. Middle part must be cut open due to glue.
Step 5: Remove battery and dispose of according to local regulations.

Hereby, Philip Morris Products S.A. declares that IQOS 3 DUO is in compliance with the essential requirements and other relevant provisions of Directive 2014/53/EU. The official Declaration of Conformity may be found at:

www.pmi.com/declarationofconformity

IQOS 3 DUO Model A1505 operates within 2.402 – 2.480GHz frequency band with a maximum RF output power below 10.0 dBm. IQOS 3 DUO Model A1505 is equipped with a passive NFC tag that operates at 13.56MHz frequency band.

Designed and manufactured under the authority of Philip Morris Products S.A., Quai Jeanrenaud 3, 2000 Neuchâtel, Switzerland.

### Bluetooth®

The Bluetooth® word mark and logos are registered trademarks owned by the Bluetooth SIG, Inc. and any use of such marks by Philip Morris Products S.A. and its affiliates is under license. Other trademarks and trade names are those of their respective owners.

© 2019 Copyright Philip Morris Products S.A.

EXHIBIT N



User Guide

**IQOS** 3 MULTI

## How to use your IQOS Multi





**1. TURN ON**
Press and hold IQOS Multi
Button for 4 seconds then
release; Battery Status Light
and Button & Status Light
will flash.

**2. OPEN**
Rotate Lid counter-clockwise.

### IQOS 3 Multi



## How to use your IQOS Multi





**3. INSERT HEATSTICK™**
Insert and gently press
the HeatStick to the line
on filter.

**4. START HEATING**
Hold Button until IQOS Multi
vibrates and Button & Status
Light pulses white.



Power Adaptor



Charging Cable

## How to use your IQOS Multi





**5. BEGIN USE**
Start using once IQOS Multi vibrates twice and Button & Status Light is solid white.

**6. NEARLY COMPLETE**
To signal the last 30 seconds, IQOS Multi will vibrate twice and Button & Status Light pulses white.



IQOS Cleaning Tool



IQOS Cleaning Sticks

## How to use your IQOS Multi




**7. REMOVE HEATSTICK™**
Slide Cap upward and then remove used HeatStick.

**TO CLEAN**
Slide Cap upward and remove completely. Insert IQOS Cleaning Tool and rotate gently. Clean daily for optimal experience.

---

**ENGAGE WITH IQOS**

For further instructions and Customer Care support visit **www.iqos.com**

Download the IQOS Connect App on Google Play*




*Google Play and the Google Play logo are trademarks of Google LLC.
*IQOS Connect App may not be available in your country.

## Quick Tips



**TO CHECK BATTERY STATUS**
Tap IQOS Multi Button
to check battery level.



**TO RESET**
Press and hold IQOS Multi
Button for 10 seconds then
release; Battery Status Light
and Button & Status Light
will fade in, blink twice,
then progressively fade in
to confirm a reset.



**LIGHT BLINKS WHITE TWICE**
IQOS Multi is outside
operating temperature
(<0°C/>50°C). Wait until
device is within temperature
limits.



**LIGHT BLINKS RED**
Reset IQOS Multi.
If blinking persists,
please contact
Customer Care.



⚠ This symbol indicates that caution is required when operating the product.

**SAFETY WARNINGS AND INSTRUCTIONS**

**PLEASE READ AND SAVE THESE INSTRUCTIONS**

The Safety Warnings and Instructions included in this document cannot cover all possible conditions and situations that could occur. Caution and care must be exercised when using or maintaining any personal electronic product. To reduce the risk of injury, always use this product in accordance with the manufacturer's instructions. This product contains no user-serviceable parts. Do not attempt to open, modify or repair any component of this product or to replace any of the components or batteries, doing so may result in personal injury. Never use this product in places where flammable materials, liquids and gases are present. This product must only be charged using Safety Extra Low Voltage. Only charge this product indoors. The following symbol ⊃━┐━< indicates that a specific detachable power supply unit is required for connecting the electrical appliance to the supply mains. The type reference of power supply unit is marked near the symbol. The type reference of the power supply is reported as SxxA2x meaning that different adaptor models can be used to charge the product depending on that region's plugs. Only charge your product by using one of the following approved IQOS™ AC Power Adaptor models: S52A21, S21A20, S21A22, S21A23, S21A25, S21A27. Do not touch this product if it becomes wet or immersed in any liquid. Do not drop this product or subject it to strong shock. Never attempt to touch the Heater Blade, this may cause personal injury or damage to the Heater Blade. Keep away from children at

all times and ensure that they do not play with this product. This product is not intended for use by persons with reduced physical, sensory or mental capabilities or lack of knowledge unless they have been given supervision or instruction to use the product in a safe way and understand the hazards involved. Do not use this product under the following circumstances: i) Where the use of electronic devices is prohibited; ii) On or near heat sources i.e. radiators or fires; iii) If it is damaged, tampered or broken and iv) If it has been exposed to excessive heat or moisture.

### ATTENTION

IQOS works exclusively with HeatSticks™. Never use IQOS with a cigarette or similar products or with tobacco sticks or accessories not approved by the manufacturer. Do not remove a *HeatStick* while in use. *HeatSticks* are single use only and should never be re-used, lit with a match, lighter or any other flame source.

**Tobacco and health effects**
- IQOS is not risk-free.
- *HeatSticks* contain nicotine, which is addictive.
- The best way to reduce tobacco related health risks is to quit tobacco and nicotine use altogether.

**Nicotine**
- Nicotine is naturally present in the tobacco used in *HeatSticks.*
- Nicotine is addictive and may cause side-effects similar to those associated with other nicotine-containing products, like headache, nausea, or throat irritation. If you experience these symptoms stop using *HeatSticks* and consult a health care professional.
- IQOS is not for people who have heart problems or are diabetic.
- IQOS should not be used during pregnancy or while breast-feeding.
- If you are pregnant, breast-feeding or think you may be pregnant, you should quit tobacco and nicotine use altogether and consult a health care professional.

**Children and adolescents**
- IQOS is intended for adult use only.
- Children and adolescents should not use IQOS under any circumstances.

### ⚠ IMPORTANT SAFETY INFORMATION

⚠ **WARNING**   **Choking and ingestion hazard**

- Keep *HeatSticks* out of reach of children and pets.
- CHOKING HAZARD — *HeatSticks* contain small parts.
- INGESTION HAZARD — If *HeatSticks* are swallowed, seek medical attention immediately due to risk of nicotine ingestion.

⚠ **WARNING**   **Battery risk**

IQOS is powered with sealed Lithium-ion (Li-ion) batteries. Under normal conditions of use, the battery is sealed. If battery fluid leaks, follow these precautions:

- If you swallow fluid, seek medical attention immediately. Do not induce vomiting or ingest food or drink.
- If fluid is inhaled, get fresh air and seek medical attention.
- In case of contact with skin, wash hands and do not touch eyes.
- In case of contact with eyes, immediately flush with running water for at least 15 minutes and seek medical attention.

⚠ **CAUTION**   **Hot aerosol risk**

- When using IQOS under hot and humid weather conditions, the water in the aerosol make the aerosol temperature feel very hot.
- To help avoid this sensation, store your *HeatSticks* in a cool dry place.
  Do not expose product to high humidity conditions or direct sunlight.
  Do not use IQOS during hot conditions or in periods of high humidity
- If you experience discomfort, stop using the product and contact a health care professional.

⚠ **CAUTION**   **Allergic reaction risk**

- IQOS could cause an allergic reaction.
- Stop using IQOS and seek medical attention immediately if you experience any of the following symptoms that may indicate a serious allergic reaction: swelling of the face, lips, tongue, gums, throat, or body, difficulty breathing, or wheezing.

**Reporting of adverse events or incidents**

If you experience any unwanted health effect when using IQOS, consult a health care professional.

You can report any adverse event or incident directly by contacting your local Customer Care (details can be found in the Customer Care & Warranty booklet).

By reporting side effects, you can help provide more information on the safety of this product.

For more information please go to www.iqos.com

## INFORMATION FOR DISPOSING OF IQOS 3 MULTI

**Valid across European Union and EEA**

This symbol on the product or on its packaging indicates that this product and its individual parts (including batteries) must not be disposed of with your other household waste. Instead, it is your responsibility to dispose of your waste equipment by handing it over to a designated collection point for the recycling of waste electrical and electronic equipment. Amongst others, waste batteries can be returned free of charge at the point of sale.

The separate collection and recycling of your waste equipment (including batteries) at the time of disposal will help to conserve natural resources and ensure that it is recycled in a manner that protects human health and the environment. Disposing waste equipment as unsorted municipal waste (e.g. by waste incineration or land filling) can have negative effects on the environment and human health.

For more information about where you can drop off your waste equipment for recycling, please contact your local city office, your local household waste disposal service or the shop where you purchased the product.

The local importer of the product will provide for the financing of the treatment and recycling of waste equipment returned through these designated collection points in accordance with local requirements.

## TECHNICAL DATA

IQOS 3 Multi - Model: A1405
Battery type:
Li-ion rechargeable battery
Input: 5V ⎓ 2A
Bluetooth® 4.1

IQOS AC Power Adaptor
Model: S52A21, S21A20, S21A22,
S21A23, S21A25, S21A27
Input: 100V-240V~ 50/60HZ 0.3A
Output: 5V ⎓ 2A

USB Type C Cable

**Battery removal instructions (for disposal and recycling)**

Batteries must not be removed by the consumer. At end of product life, only an authorized recycler may safely remove batteries by using the following steps.

*IQOS 3 Multi (A1405):*

Step 1. Check the voltage: The device should be fully discharged before disassembling it.

Step 2. Rear housing removal (the use of a jig is recommended): Remove the housing hooks, which are located on the lower side of the device (on the side, close to the USB socket). The rear housing can now be removed.

Step 3. Sub-assembly removal: Enlarge both sides of the extruded chassis, then remove the core sub-assembly.

Step 4. Battery removal: Gently pull the battery away from the adhesive backing. Remove the screws which secure the PCB, then carefully remove the battery and PCB from the casing. Disconnect the battery cable by using the relevant tool (AVX 06-9296-7001-01-000).

Step 5. Disposal: Recycle the battery, assembly and PCB according to local regulations.

Hereby, Philip Morris Products S.A. declares that IQOS 3 Multi is in compliance with the essential requirements and other relevant provisions of Directive 2014/53/EU. The official Declaration of Conformity may be found at:

www.pmi.com/declarationofconformity

IQOS 3 Multi Model A1405 operates within 2.402 – 2.480GHz frequency band with a maximum RF output power of 7.0dBm.

Designed and manufactured under the authority of Philip Morris Products S.A., Quai Jeanrenaud 3, 2000 Neuchâtel, Switzerland.

**Bluetooth**®

The Bluetooth® word mark and logos are registered trademarks owned by the Bluetooth SIG, Inc. and any use of such marks by Philip Morris Products S.A. and its affiliates is under license. Other trademarks and trade names are those of their respective owners.

EXHIBIT O



USER GUIDE

# SAFETY WARNING & INSTRUCTIONS ⚠ *

## PLEASE READ AND SAVE THESE INSTRUCTIONS

Safety Warnings and Instructions included in this user guide cannot cover all possible conditions and situations that could occur. Caution and care must be exercised when using or maintaining any personal electronic product. To reduce the risk of injury, always use this product in accordance with the manufacturer's instructions. This product contains no user-serviceable parts. Do not attempt to open, service, modify or repair any component of this product or to replace any of the components or batteries – doing so may result in personal injury. Never switch ON this product in places where flammable materials, liquids and gases are present. This product must only be charged at Safety Extra Low Voltage. Only charge this product indoors using the manufacturer approved AC Power Adaptor – refer to 'Technical Data' section for details. Do not touch this product if it becomes wet or immersed in any liquid. Do not drop this product or subject it to strong shock. Never attempt to touch the Holder Heater Blade, this may cause personal injury or damage to the Holder Heater Blade. Unless they have been given supervision or instruction to use the product in a safe way and understand the hazards involved, this product must not be used by persons with reduced physical, sensory or mental capabilities or lack of experience and knowledge. Keep away from children at all times and ensure that they do not play with this product. Do not use this product: – Where the use of electronic devices is prohibited. – On or near heat sources i.e. radiators or fires. – If it is damaged, tampered or broken. – If it has been exposed to excessive heat or moisture. – If its batteries appear to be leaking.

## ATTENTION

The IQOS™ Device works exclusively with HEETS™ tobacco sticks. Never use the Holder with a cigarette or similar products or with tobacco sticks or accessories not approved by the manufacturer. Never light a tobacco stick with a match, lighter or any other flame source. Do not remove tobacco stick while in use. Store in a clean, dry, cool place.

# HOLDER

Cap

Heater Blade

Heating Button

Charging Contacts

⚠ * This symbol indicates that caution is required when operating the product.

# POCKET CHARGER

1 Lid Opening Button

2 Bluetooth® Button

3 Power Button (To switch ON/OFF).

4 Charging Port (Use the provided cable and AC Power Adaptor. A full charge can recharge the Holder at least 20 times).



Holder Battery Status

100%

Pocket Charger Battery Status

25%

OR

Bluetooth Status

## Pocket Charger Lights Display Logic

– Pulsing white light(s) indicate(s) it is charging.
– Solid white light(s) indicate(s) it is charged.
– No light(s) indicate(s) it is on stand-by, or switched OFF mode.
– Red light(s) indicate(s) it is malfunctioning, or defective.

# GET STARTED

## 1 CHARGE 

Insert the Holder into the Pocket Charger as shown below.

Press and hold the Pocket Charger Power Button to switch ON *IQOS*.

Once the lights stop pulsing (up to 4 minutes) then the Holder is charged and ready for use, remove it from the Pocket Charger.

1 

2 

3 

## 2 INSERT 

Insert the tobacco stick into the Holder up to the printed line as shown below.

Never twist the tobacco stick, as you could break the Holder Heater Blade.

1 

2 

3 

Heater Blade

## 3 HEAT 

Press and hold the Heating Button until the light pulses white and vibration is felt. Pre-heat duration is 20 seconds.

When the light turns solid white you can enjoy a tobacco stick for 6 minutes or 14 puffs, whichever comes first.

The last 30 seconds or 2 puffs are indicated when the light blinks white and vibration is felt, after which it will automatically switch off.

1 

2 

3 

## 4 REMOVE 

To remove a tobacco stick from the Holder, first slide the Cap as shown below (1) and then remove (2). It is normal to notice some discoloration of the tobacco stick after use. Dispose as normal household waste.

After every tobacco stick consumption, place the Holder back in the Pocket Charger. It takes up to 4 minutes to charge it.

1 

2 

Tobacco stick is designed for one time use only

3 

# BLUETOOTH®

## 1 PAIRING



**Press** the *Bluetooth* button (1) for **3 seconds** to start pairing.

**Blue light blinks** during 30 seconds to indicate pairing mode is activated and ready to be paired with a smartphone.

*IQOS* is paired with your smartphone when the **blue light remains solid** during 3 seconds.




## 2 SWITCH OFF

To interrupt pairing and/or switch OFF *Bluetooth* **press** the *Bluetooth* button (1) for 6 seconds. The **blue light will switch off** (2) to confirm this.



## 3 STATUS

A quick press (less than 1 second) of the *Bluetooth* button (1) indicates: **blue light remains solid** during **1 second** – ON, **no light** – OFF.



# HOLDER MAINTENANCE

## 1 PREPARE



For optimal performance and consistent taste, we recommend that you clean the Holder after every 20 **tobacco sticks**.

**Always** remove the Cap before cleaning as shown opposite:

**To open** the *IQOS* Cleaner, unclip the Cap Brush from the Heater Brush (1) and remove the Pin (2):




 Make sure the Holder is switched OFF before cleaning it. Avoid contact of any *IQOS* cleaning accessories (*IQOS* Cleaner, *IQOS* Cleaning Sticks) with any source of ignition, or eyes and skin. Dispose as normal household waste.

## 2 CLEAN



You can either use the *IQOS* Cleaner, or the *IQOS* Cleaning Stick, or one after the other to clean the Holder.

Cleaning the Holder in 4 steps with the *IQOS* Cleaner:






Cleaning the Holder in 4 steps with the *IQOS* Cleaning Stick:






 To avoid breaking the Heater Blade employ a gentle circular motion when using the *IQOS* Cleaning Stick.

# TROUBLESHOOTING

**1** **The Holder Cap does not close properly.**

Check alignment between the Holder Cap and Heating button, if the problem persists, clean the Holder as shown on previous page.




**2** **The Pocket Charger Lid does not close.**

a. Check the Holder Cap closes properly. If not, please go to troubleshooting #1.
b. The Pocket Charger Lid Opening Button may be broken. Please contact Customer Care.

**3** **I cannot insert the tobacco stick into the Holder.**

A tobacco portion from a previous tobacco stick is stuck in the Cap, use the Pin (1) from the *IQOS* Cleaner, then push the tobacco out as shown below (2 & 3). To avoid this from happening again, see page 5, step #4 REMOVE.

1

2

3


**4** **Extreme temperatures affect the *IQOS* Device.**

If the *IQOS* Device is exposed to extreme temperatures for a certain period of time, it might stop working until it is back within normal ambient conditions. Try to shield it from such exposure.

**5** **Blinking red light on the Pocket Charger.**

a. Holder light on the Pocket Charger, this indicates a Holder malfunction. A slowly pulsing red light while charging means the Holder battery is reaching the end of its life cycle.

b. The bottom light on the Pocket Charger Battery Status indicates a Pocket Charger malfunction.

For a. and b., before calling Customer Care please perform a reset of the *IQOS* Device, to do so please go to troubleshooting #6.

a

b


**6** **How to do a reset of the *IQOS* Device.**

Simultaneously press and then release the *Bluetooth* and Power Buttons until all lights briefly blink. If the problem remains, please contact Customer Care.



**7** **The light is red on my Holder.**

a. This could indicate that the Holder is not charged. Place the Holder in the Pocket Charger and wait until it is fully charged (up to 4 minutes).

b. Check that the Pocket Charger is switched ON and is charged enough.

c. If none of the above, perform a reset of the *IQOS* Device. To do so please go to troubleshooting #6. If the problem remains, please contact Customer Care.





**8**  The **tobacco stick** duration is too short.

a. If you puff rapidly, the duration will be shorter as the Holder firmware is designed for 6 minutes or 14 puffs, whichever comes first. Try to pace yourself between puffs.

b. When you activate the Holder, wait for the solid white light before using it, you can then enjoy a **tobacco stick** for 6 minutes or 14 puffs, whichever comes first.

c. It might be time to replace your Holder as the battery may have reached its end of life cycle.



# INFORMATION FOR DISPOSING OF THE *IQOS* DEVICE

### VALID ACROSS EUROPEAN UNION AND EEA

This symbol on the device or on its packaging indicates that this product and its individual parts (including batteries) must not be disposed of with your other household waste. Instead, it is your responsibility to dispose of your waste equipment by handing it over to a designated collection point for the recycling of waste electrical and electronic equipment. Amongst others, waste batteries can be returned free of charge at the point of sale.

The separate collection and recycling of your waste equipment (including batteries) at the time of disposal will help to conserve natural resources and ensure that it is recycled in a manner that protects human health and the environment. Disposing waste equipment as unsorted municipal waste (e.g. by waste incineration or land filling) can have negative effects on the environment and human health.

For more information about where you can drop off your waste equipment for recycling, please contact your local city office, your local household waste disposal service or the shop where you purchased the device.

The local importer of the device will provide for the financing of the treatment and recycling of waste equipment returned through these designated collection points in accordance with local requirements.

Instructions for the designated recycler only for the safe removal of batteries from the Pocket Charger (A1503) at the end of the product's life cycle. Batteries must never be removed by the end user.

Step 1: Open Pocket Charger and remove the Holder. Step 2: Insert small tool into left top side of Pocket Charger cover, unclip and remove. Step 3: Disconnect red battery connector from PCB. Step 4: Unscrew 2 x PCB securing screws and remove chassis. Step 5: Remove battery and dispose according to local regulations. End.

## TECHNICAL DATA

**Holder** - Model: A1403
Battery type:
Li-ion rechargeable battery
Nominal capacity (mAh): 120
Rated voltage: 3.7V    1A

**Pocket Charger** - Model: A1503
Battery type:
Li-ion rechargeable battery
Nominal capacity (mAh): 2900
Input: 5V    2A

**AC Power Adaptor**
Model: SXXXXX
Input: 100V–240V~ 50/60HZ 0.3A
Output: 5V    2A

**USB Cable**