IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HEALTHIER CHOICES MANAGEMENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> PHILIP MORRIS USA, INC. and PHILIP MORRIS PRODUCTS S.A., <br><br> Defendants. | Case No. 1:20-cv-04816-TCB |

## CERTIFICATE OF CONSENT OF WITHDRAWAL OF STEPHEN P. BOSCO

Notice is respectfully given of the withdrawal of Stephen P. Bosco as counsel of record for Defendant Philip Morris USA, Inc., in this matter. Stephen P. Bosco left the law firm of Weil Gotshal & Manges LLP on November 30, 2021. Defendant Philip Morris USA, Inc., will continue to be represented by Elizabeth S. Weiswasser with the law firm Weil, Gotshal & Manges LLP and Charles Adam Pannell, III with the law firm AddyHart P.C.

Defendant Philip Morris USA, Inc., certifies it has been advised pursuant to L.R. 83.1(E)(2)(b)(B) through (H) of the following:

(A) The Court's retention of jurisdiction over the action;

1

(B)   Defendant's obligation to keep the Court informed of a location where notices, pleadings, or other papers may be served;

(C)   That, if a trial date has been set, the client's obligation to prepare for trial or hire other counsel to prepare for trial;

(D)   That failure or refusal to satisfy court-related obligations could result in adverse consequences including, in criminal cases, bond forfeiture and arrest;

(E)   The dates of any scheduled proceedings, including trial, and that these dates will not be affected by the withdrawal of counsel;

(F)   That notices may be served on the counsel of record or the client at the client's last known address;

(G)   That Defendant may only be represented by an attorney, who must sign all pleadings and papers submitted to the Court and that a corporate officer may not represent the client unless that officer is admitted to the bar of this Court as a regular member or has been admitted pro hac vice in the case; and failure to comply with this rule could result in a default judgment against the client.

Defendant Philip Morris USA, Inc., has indicated consent by signature below.

Dated: January 5, 2022.

CONSENTED TO BY:

| | |
|---|---|
| /s/ <u>Charles A. Pannell, III</u><br>Charles A. Pannell, III<br>Georgia Bar No. 141535<br>**ADDYHART P.C.**<br>10 Glenlake Parkway, Suite 130<br>Atlanta, GA 30328<br>(770) 715-2020<br>cpannell@addyhart.com | /s/ <u>Michael E. Klein</u><br>Michael E. Klein<br>Philip Morris USA, Inc.<br>6601 West Broad Street<br>Richmond, VA  23230<br><br>/s/ <u>Stephen P. Bosco</u><br>Stephen P. Bosco |

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14 point Times New Roman font in accordance with Local Rule 5.1(C).

/s/ *Charles A. Pannell, III*
Charles A. Pannell, III

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 5, 2022, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system which will send electronic notification of such filing to all counsel of record.

/s/ *Charles A. Pannell, III*
Charles A. Pannell, III

***Attorney for Defendant***
***Philip Morris USA, Inc.***
