# EXHIBIT 1

**Query**   **Reports**▾   **Utilities**▾   **Help**   Log Out

4months,CLOSED,JCF,SUBMDJ

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CIVIL DOCKET FOR CASE #: 1:17-cv-03804-AT

Cross et al v. Equityexperts.org, LLC  
Assigned to: Judge Amy Totenberg  
Case in other court: USCA- 11th Circuit, 19-14067-DD  
Cause: 15:1692 Fair Debt Collection Act  

Date Filed: 09/28/2017  
Date Terminated: 09/12/2019  
Jury Demand: Plaintiff  
Nature of Suit: 480 Consumer Credit  
Jurisdiction: Federal Question  

**Plaintiff**

**Jeffrey Cross**     represented by     **Clifton R. Dorsen**  
Skaar and Feagle  
Suite B  
2374 Main Street  
Tucker, GA 30084  
404-373-1978  
Email: cdorsen@skaarandfeagle.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**James Marvin Feagle**  
Skaar and Feagle  
Suite B  
2374 Main Street  
Tucker, GA 30084  
404-373-1970  
Fax: 404-601-1855  
Email: jfeagle@skaarandfeagle.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Justin Tharpe Holcombe**  
Skaar & Feagle, LLP -Woodstock  
133 Mirramont Lake Drive  
Woodstock, GA 30189  
770-427-5600  
Fax: 404-601-1855  
Email: jholcombe@skaarandfeagle.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Kris Kelly Skaar**  
Skaar & Feagle, LLP -Woodstock  
133 Mirramont Lake Drive  
Woodstock, GA 30189  
770-427-5600

Fax: 404-601-1855
Email: kskaar@skaarandfeagle.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Pamela Cross      represented by      **Clifton R. Dorsen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Marvin Feagle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin Tharpe Holcombe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kris Kelly Skaar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Equityexperts.org, LLC**
c/o Jacqueline Galofaro
6632 Telegraph Road, #399
Bloomfield Hills, MI 48301
*doing business as*
Equity Experts

represented by **Arthur Allen Ebbs**
Womble Bond Dickinson (US), LLP-Atl
Suite 2400
271 17th Street, NW
Atlanta, GA 30363-1017
404-872-7000
Fax: 404-870-8183
Email: arthur.ebbs@wbd-us.com
*TERMINATED: 05/30/2019*

**James Owen Bass**
Law Offices of James O. Bass, PC
420 Creekstone Ridge
Woodstock, GA 30188
770-874-6464
Fax: 770-874-6465
Email: jim@bass.law
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/28/2017 | 1 | COMPLAINT with Jury Demand filed by Pamela Cross and Jeffrey Cross; and Summon(s) issued. ( Filing fee $ 400.00 receipt number 113E-7413294.) (Attachments: # 1 Civil Cover Sheet)(eop) Please visit our website at |

| | | |
|---|---|---|
| | | http://www.gand.uscourts.gov/commonly-used-forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 09/29/2017) |
| 09/28/2017 | 2 | Electronic Summons Issued as to Equityexperts.org, LLC. (eop) (Entered: 09/29/2017) |
| 12/27/2017 | 3 | MOTION for Extension of Time to Perfect Service of Process by Jeffrey Cross, Pamela Cross. (Attachments: # 1 Text of Proposed Order)(Dorsen, Clifton) (Entered: 12/27/2017) |
| 12/27/2017 | 4 | NOTICE to Include Omitted Documents re 3 MOTION for Extension of Time to Perfect Service of Process, by Jeffrey Cross, Pamela Cross. (Attachments: # 1 Exhibit)(Dorsen, Clifton) (Entered: 12/27/2017) |
| 01/09/2018 | 5 | ORDER GRANTING 3 Motion for Extension of Time. Accordingly, Plaintiffs' the time for service of the summons and complaint on Defendant is extended until March 28, 2018. Signed by Magistrate Judge J. Clay Fuller on 1/9/18. (bnw) (Entered: 01/09/2018) |
| 03/29/2018 | 6 | ORDER: The Plaintiff is ORDERED to either submit documentation that service was waived or timely effectuated or TO SHOW CAUSE, within 14 days from the date of entry of this Order, why the complaint should not be dismissed without prejudice for failure to serve Defendants. Plaintiff is ADVISED that failure to comply with this Order will result in a recommendation to the District Judge that the complaint be dismissed. The Clerk is DIRECTED to re-submit this matter to the undersigned Magistrate Judge at the expiration of the allotted time if Plaintiff fails to comply with this Order. Signed by Magistrate Judge J. Clay Fuller on 3/29/2018. (sap) (Entered: 03/29/2018) |
| 03/29/2018 | 7 | Return of Service Executed by Pamela Cross, Jeffrey Cross. Equityexperts.org, LLC served on 3/28/2018, answer due 4/18/2018. (Skaar, Kris) (Entered: 03/29/2018) |
| 04/23/2018 | 8 | ORDER: The Plaintiff is hereby ORDERED to provide a status report to the Court within 14 days from the date of entry of this Order. Signed by Magistrate Judge J. Clay Fuller on 4/23/2018. (sap) (Entered: 04/23/2018) |
| 05/07/2018 | 9 | MOTION for Clerks Entry of Default by Jeffrey Cross, Pamela Cross. (Skaar, Kris) (Entered: 05/07/2018) |
| 05/07/2018 | 10 | STATUS REPORT re 8 Order filed by Jeffrey Cross, Pamela Cross. (Skaar, Kris) Event Modified on 5/8/2018 (sap). (Entered: 05/07/2018) |
| 05/08/2018 | | Clerks Entry of Default as to Equityexperts.org, LLC (sap) (Entered: 05/08/2018) |
| 06/07/2018 | 11 | ORDER DIRECTING the Plaintiffs to file a motion for default judgment within 14 days of the date of entry of this Order. The Clerk is DIRECTED to resubmit this matter to the undersigned upon expiration of the allotted time if Plaintiffs fail to comply with this Order. Signed by Magistrate Judge J. Clay Fuller on 6/7/2018. (sap) (Entered: 06/07/2018) |
| 06/21/2018 | 12 | MOTION for Default Judgment as to Equityexperts.org, LLC doing business as Equity Experts with Brief In Support by Jeffrey Cross, Pamela Cross. (Attachments: # 1 Brief, # 2 Exhibit, # 3 Exhibit, # 4 Affidavit, # 5 Affidavit, # 6 Affidavit, # 7 Affidavit, # 8 Affidavit, # 9 Affidavit)(Dorsen, Clifton) (Entered: 06/21/2018) |
| 07/03/2018 | 13 | ORDER DIRECTING the Defendant to file a response to Plaintiffs' 12 Motion for Default Judgment no later than 14 days from the date of entry of this Order, showing cause why Plaintiffs' Motion should not be granted. The Court also finds that a hearing is required pursuant to FED. R. CIV. P. 55(b)(2) in order to determine whether default judgment should be entered and if so, in what amount. Accordingly, the Parties are DIRECTED to appear at a hearing before the undersigned on Thursday, August 23, 2018 at 10:30 a.m. in Courtroom 2022 of the United States Courthouse, 75 Ted Turner Dr., S.W., Atlanta, Georgia. Signed by Magistrate Judge J. Clay Fuller on 7/3/2018. (sap) (Entered: 07/03/2018) |

| | | |
|---|---|---|
| 07/03/2018 | | Clerk's Certificate of Mailing as to Equityexperts.org, LLC re 13 Order. Notice of street name change for the Atlanta courthouse included. (sap) (Entered: 07/03/2018) |
| 07/26/2018 | | Submission of 13 Order to Show Cause to Magistrate Judge J. Clay Fuller. (sap) (Entered: 07/26/2018) |
| 08/23/2018 | 14 | Minute Entry for proceedings held before Magistrate Judge J. Clay Fuller: Evidentiary Hearing held on 8/23/2018. Plaintiff's Exhibits 1-9 ADMITTED; Plaintiff shall order transcript from the court reporter; Plaintiff's supplemental brief regarding interest calculations as well as time counsel spent preparing for the hearing shall be filed within 21 days. (Court Reporter Wynette Blaters)(clk) (Entered: 08/23/2018) |
| 08/23/2018 | 15 | Exhibit List of Evidentiary Hearing held 8/23/2018. (clk) (Additional attachment(s) added on 9/4/2018: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9) (jtj). (Entered: 08/24/2018) |
| 09/13/2018 | 16 | Supplemental Brief Regarding Interest Calculations and Time in Preparation for Hearing by Jeffrey Cross, Pamela Cross. (Attachments: # 1 Exhibit)(Dorsen, Clifton) Modified on 9/14/2018 to edit docket entry (ddm). (Entered: 09/13/2018) |
| 09/26/2018 | 17 | TRANSCRIPT of Evidentiary Hearing held on August 23, 2018, before Judge J. Clay Fuller. Court Reporter Wynette C. Blathers, Telephone number (404) 215-1547. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/17/2018. Redacted Transcript Deadline set for 10/29/2018. Release of Transcript Restriction set for 12/26/2018. (Attachments: # 1 Notice of Filing Transcript) (wxb) (Entered: 09/26/2018) |
| 09/27/2018 | | Submission of 12 MOTION for Default Judgment as to Equityexperts.org, LLC doing business as Equity Experts, to Magistrate Judge J. Clay Fuller. (clk) (Entered: 09/27/2018) |
| 11/19/2018 | 18 | FINAL REPORT AND RECOMMENDATION RECOMMENDING 12 MOTION for Default Judgment be GRANTED in part and DENIED in part. Specifically, it is RECOMMENDED that Plaintiffs' motion be GRANTED as to their claims under the FDCPA, the GFBPA, and their state law claims of slander of title and abusive collection. It is RECOMMENDED that Plaintiffs' motion be DENIED with respect to their state law claims of invasion of privacy and tortious infliction of emotional distress. It is further RECOMMENDED that Plaintiffs be awarded: $2,000.00 in statutory damages under the FDCPA; $36,076.16 in actual damages trebled to $108,228.48 under O.C.G.A. § 10-1-399(c); $25,000.00 in punitive damages; $11,426.00 in reasonable attorney's fees; and $1,047.87 in litigation costs, for a total recovery of $147,702.35. Signed by Magistrate Judge J. Clay Fuller on 11/19/2018. (jtj) (Entered: 11/19/2018) |
| 11/19/2018 | | FINAL REPORT AND RECOMMENDATION re 1 Complaint. Recommended by Magistrate Judge J. Clay Fuller on 11/19/2018. (jtj) Modified on 1/18/2019 to terminate pending entry (bdb). (Entered: 11/19/2018) |
| 11/19/2018 | 19 | ORDER for Service of 18 Final Report and Recommendation, by Magistrate Judge J. Clay Fuller. Each party may file written objections to the Report & Recommendation within 14 days of service. If no objections are filed, the Report & Recommendation may be adopted as the opinion and order of the District Court. Signed by Magistrate Judge J. Clay Fuller on 11/19/2018. (jtj) (Entered: 11/19/2018) |
| 11/19/2018 | | Clerk's Certificate of Mailing as to Equityexperts.org, LLC re 19 Order for Service of Report and Recommendation, 18 FINAL REPORT AND RECOMMENDATION. (jtj) (Entered: 11/19/2018) |
| 12/03/2018 | 20 | NOTICE of Appearance by Arthur Allen Ebbs on behalf of Equityexperts.org, LLC (Ebbs, |

| | | |
|---|---|---|
| | | Arthur) (Entered: 12/03/2018) |
| 12/03/2018 | 21 | OBJECTIONS to 18 Report and Recommendation filed by Equityexperts.org, LLC. (Ebbs, Arthur) (Entered: 12/03/2018) |
| 12/05/2018 | 22 | MOTION to Set Aside Default with Brief In Support by Equityexperts.org, LLC. (Attachments: # 1 Declaration of Jacqueline Galofaro)(Ebbs, Arthur) (Entered: 12/05/2018) |
| 12/05/2018 | 23 | ANSWER to 1 COMPLAINT by Equityexperts.org, LLC. Discovery ends on 5/6/2019. (Ebbs, Arthur) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 12/05/2018) |
| 12/13/2018 | | Submission of 18 FINAL REPORT AND RECOMMENDATION re 12 MOTION for Default Judgment as to Equityexperts.org, LLC doing business as Equity Experts filed by Pamela Cross, Jeffrey Cross, to District Judge Amy Totenberg. (bdb) (Entered: 12/13/2018) |
| 12/17/2018 | 24 | REPLY to Objection to Report and Recommendation re 21 Objections to Report and Recommendation filed by Jeffrey Cross, Pamela Cross. (Skaar, Kris) (Entered: 12/17/2018) |
| 12/19/2018 | 25 | RESPONSE in Opposition re 22 MOTION to Set Aside Default filed by Jeffrey Cross, Pamela Cross. (Attachments: # 1 Exhibit Annual Statement, # 2 Affidavit, # 3 Exhibit A, # 4 Exhibit B)(Skaar, Kris) (Entered: 12/19/2018) |
| 01/02/2019 | 26 | REPLY to Response to Motion re 22 MOTION to Set Aside Default filed by Equityexperts.org, LLC. (Attachments: # 1 Supplemental Declaration of Jacqueline Galofaro)(Ebbs, Arthur) (Entered: 01/02/2019) |
| 01/03/2019 | | Submission of 22 MOTION to Set Aside Default, to District Judge Amy Totenberg. (bdb) (Entered: 01/03/2019) |
| 01/11/2019 | 27 | ORDER declining to adopt 18 Final Report and Recommendation and denying without prejudice 12 Motion for Default Judgment and (2) hereby refers this matter back to the assigned Magistrate Judge for decision on Defendant's 22 motion to vacate the default. Accordingly, the Clerk's Office is directed to terminate the pending R&R 18 and refer Defendant's motion to vacate the default to the Magistrate Judge for decision. In the event the Magistrate Judge denies the motion to vacate, Plaintiff may refile its motion for entry of default judgment at that time. Signed by Judge Amy Totenberg on 1/11/2019. (bdb) Modified on 1/24/2019 in order to update the docket text to reflect that the Court declined to adopt the Report and Recommendation (anc). (Entered: 01/14/2019) |
| 01/14/2019 | | CASE REFERRED to Magistrate Judge J. Clay Fuller for ruling on Defendant's 22 motion to vacate the default. (See 27 order). (bdb) (Entered: 01/14/2019) |
| 01/16/2019 | 28 | MOTION for Leave to File Plaintiff's Surreply in Opposition to Defendant's Motion to Set Aside Clerk's Entry of Default with Brief In Support by Jeffrey Cross, Pamela Cross. (Attachments: # 1 Plaintiff's Surreply in Opposition to Defendant's Motion to Set Aside Clerk's Entry of Default, # 2 Declaration (Original signature), # 3 Exhibit A, # 4 Exhibit B, # 5 Defendant's Response to Order Requiring Disclosure [&c.])(Skaar, Kris) (Entered: 01/16/2019) |
| 01/17/2019 | 29 | ORDER: Plaintiffs' Motion for Leave to File Surreply 28 is GRANTED, and the Clerk is directed to file Plaintiffs' surreply and attached exhibits (Docs. 28-1 through 28-5). Defendant may file a response to Plaintiffs' surreply NO LATER THAN 14 DAYS from the date of entry of this Order. That response shall conclude briefing on Defendant's motion to set aside entry of default (Doc. 22) unless the Court requests additional briefing. Signed by Magistrate Judge J. Clay Fuller on 1/17/19. (rlb) (Entered: 01/17/2019) |

| | | |
|---|---|---|
| 01/17/2019 | 30 | Plaintiff's Surreply in Opposition to Defendant's 22 MOTION to Set Aside Default filed by Jeffrey Cross and Pamela Cross. (Attachments: # 1 Declaration (Original Signature), # 2 Exhibit A, # 3 Exhibit B, # 4 Defendant's Response to Order Requiring Disclosure [&c.}) (rlb) (Entered: 01/17/2019) |
| 01/31/2019 | 31 | RESPONSE in Support re 22 MOTION to Set Aside Default *Response to Sur-Reply filed by Plaintiffs on January 16, 2019* filed by Equityexperts.org, LLC. (Ebbs, Arthur) (Entered: 01/31/2019) |
| 02/12/2019 | | Submission of 22 MOTION to Set Aside Default , to Magistrate Judge J. Clay Fuller. (clk) (Entered: 02/12/2019) |
| 03/04/2019 | 32 | NOTICE TO COUNSEL OF RECORD: Kris Skarr for Jeffrey Cross, Pamela Cross regarding RECLAMATION AND DISPOSITION OF UNCLAIMED Documentary EXHIBITS pursuant to Local Rule 79.1D. Plaintiff's Exhibits 1-9. (bdb) (Entered: 03/04/2019) |
| 04/17/2019 | 33 | REPORT AND RECOMMENDATION re 1 Complaint Signed by Magistrate Judge J. Clay Fuller on 4/17/2019. (bnp) (Entered: 04/17/2019) |
| 04/17/2019 | | REPORT AND RECOMMENDATION: RECOMMENDING that Defendant's 22 Motion To Set Aside Clerk's Entry Of Default be DENIED. If the District Judge adopts this R&R, it is further RECOMMENDED that the Clerk be DIRECTED to docket the undersigned's previous R&R (Doc. 18) on Plaintiffs' motion for default judgment. The Clerk is directed to terminate reference of this case to the undersigned Magistrate Judge. Ruled on by Magistrate Judge J. Clay Fuller on 4/17/2019 within the 33 R&R. (bnp) (Entered: 04/17/2019) |
| 04/17/2019 | 34 | ORDER for Service of 33 Report and Recommendation by Magistrate Judge J. Clay Fuller. Each party may file written objections to the Report & Recommendation within 14 days of service. If no objections are filed, the Report & Recommendation may be adopted as the opinion and order of the District Court. Signed by Magistrate Judge J. Clay Fuller on 4/17/2019. (bnp) (Entered: 04/17/2019) |
| 04/25/2019 | | Plaintiff's documentary exhibits 15 from the hearing held on 8/23/18, were destroyed as directed in 32 Exhibit Return Notification (mec) (Entered: 04/25/2019) |
| 05/01/2019 | 35 | OBJECTION re 33 REPORT AND RECOMMENDATION by Equityexperts.org, LLC. (Ebbs, Arthur) Modified on 5/1/2019 to edit text (bnp). (Entered: 05/01/2019) |
| 05/08/2019 | 36 | MOTION to Withdraw Arthur Allen Ebbs as Attorneyby Equityexperts.org, LLC. (Attachments: # 1 Exhibit Notice to Client, # 2 Text of Proposed Order)(Ebbs, Arthur) (Entered: 05/08/2019) |
| 05/14/2019 | | Submission of 33 FINAL REPORT AND RECOMMENDATION to District Judge Amy Totenberg. (bnp) (Entered: 05/14/2019) |
| 05/15/2019 | 37 | REPLY to 35 Objection to 33 Report and Recommendation filed by Jeffrey Cross, Pamela Cross. (Skaar, Kris) Modified on 5/16/2019 to edit text and link to 33 R&R (bnp). Modified on 5/16/2019 (bnp). (Entered: 05/15/2019) |
| 05/28/2019 | | Submission of 36 MOTION to Withdraw Arthur Allen Ebbs as Attorney to District Judge Amy Totenberg. (bnp) (Entered: 05/28/2019) |
| 05/30/2019 | 38 | ORDER granting 36 Motion to Withdraw as Attorney. The Clerk is DIRECTED to terminate Arthur A. Ebbs, Brittany Crosby and the law firm of Womble Bond Dickinson (US), LLP as counsel of record for the Defendant as of the date of this Order. Defendant shall have thirty (30) days from the date of this Order to find and appoint new counsel to |

| | | |
|---|---|---|
| | | represent it in these proceedings. In addition, successor counsel must file an appearance on the docket during this thirty (30) day timeframe. The Court ADVISES Defendant that failure to comply may result in an entry of default against them. Outgoing counsel, as a final act, is hereby DIRECTED to serve a copy of this Order upon Defendant forthwith by email, overnight mail and first class mail and file proof of such service on the Courts electronic docket expeditiously. Signed by Judge Amy Totenberg on 5/30/2019. (bnp) (Entered: 05/30/2019) |
| 05/30/2019 | 39 | NOTICE by Equityexperts.org, LLC re 38 Order on Motion to Withdraw as Attorney,,, *Certificate of Service of Order* (Ebbs, Arthur) (Entered: 05/30/2019) |
| 06/14/2019 | 40 | NOTICE of Appearance by James Owen Bass on behalf of Equityexperts.org, LLC (Bass, James) (Entered: 06/14/2019) |
| 08/16/2019 | 41 | ORDER: Defendant's objections are OVERRULED and the Magistrate Judge's 33 Report and Recommendation is ADOPTED, in its entirety. As such, Defendant's 22 Motion to Set Aside Clerk's Entry of Default is DENIED. The Clerk's Office is DIRECTED to resubmit the Magistrate Judge's previous R&R (Doc. 18) concerning Plaintiff's motion for default judgment. Signed by Judge Amy Totenberg on 8/16/19. (bnp) (Entered: 08/16/2019) |
| 08/16/2019 | | Submission of 18 FINAL REPORT AND RECOMMENDATION to District Judge Amy Totenberg. (bnp) (Entered: 08/16/2019) |
| 09/12/2019 | 42 | ORDER: The Court ADOPTS IN PART and DECLINES TO ADOPT IN PART the 18 R&R. The Court GRANTS Plaintiffs' 12 Motion for Default Judgment as to their claims under the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq., the Georgia Fair Business Practices Act, O.C.G.A. § 10-1-390 et seq., for the Georgia tort of slander of title, and for the Georgia tort of abusive collection. Judgment in the following amounts is granted: $147,702.35 in the total amount, consisting of $135,228.48 in damages, attorney's fees of $11,426.00, and costs of $1,047.87. The Clerk is DIRECTED to close this case. Signed by Judge Amy Totenberg on 9/12/19. (bnp) (Entered: 09/12/2019) |
| 09/12/2019 | | Civil Case Terminated. (bnp) (Entered: 09/12/2019) |
| 09/12/2019 | 43 | DEFAULT JUDGMENT in favor of Plaintiffs against Equityexperts.org, LLC in the amount of $147,702.35 (bnp)--Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist-- (Entered: 09/12/2019) |
| 09/26/2019 | 44 | MOTION for Attorney Fees *(Supplemental)* with Brief In Support by Jeffrey Cross, Pamela Cross. (Attachments: # 1 Brief, # 2 Exhibit Declaration of Kris Skaar, # 3 Exhibit Invoice for Supplemental Fees of Skaar & Feagle, LLP, # 4 Exhibit Declaration of James Hurt)(Feagle, James) (Entered: 09/26/2019) |
| 10/10/2019 | 45 | NOTICE OF APPEAL as to 43 Order-Default Judgment, 42 Order on Motion for Default Judgment,,, Order on Final Report and Recommendation,, by Equityexperts.org, LLC. Filing fee $ 505, receipt number AGANDC-8998751. Transcript Order Form due on 10/24/2019 (Bass, James) (Entered: 10/10/2019) |
| 10/11/2019 | 46 | USCA Appeal Transmission Letter to 11th Circuit re: 45 Notice of Appeal filed by Equityexperts.org, LLC. (kac) (Entered: 10/11/2019) |
| 10/11/2019 | | Transmission of Certified Copy of Notice of Appeal, Clerk's Judgment, Orders, Report and Recommendation, and Docket Sheet to US Court of Appeals re: 45 Notice of Appeal. (kac) (Entered: 10/11/2019) |
| 10/15/2019 | | Submission of 44 MOTION for Attorney Fees *(Supplemental)* to District Judge Amy Totenberg. (bnp) (Entered: 10/15/2019) |
| 10/16/2019 | 47 | USCA Acknowledgment of 45 Notice of Appeal filed by Equityexperts.org, LLC. Case |

| | | |
|---|---|---|
| | | Appealed to USCA - 11th Circuit. USCA Case Number 19-14067-D. (kac) (Entered: 10/16/2019) |
| 10/21/2019 | 48 | TRANSCRIPT ORDER FORM re 45 Notice of Appeal,. (Bass, James) (Entered: 10/21/2019) |
| 10/21/2019 | | Set F.R.A.P. 11 Certification of the Record on Appeal due deadline re: 48 Transcript Order Form. Fed.R.App.P. 11 Certification due on 11/4/2019. (All necessary transcript(s) on file.) (kac) (Entered: 10/22/2019) |
| 11/06/2019 | | Pursuant to F.R.A.P.11(c), the Clerk certifies that the record is complete for purposes of this appeal re: 45 Notice of Appeal. Case Appealed to USCA - 11th Circuit. USCA Case Number 19-14055-FF. The entire record on appeal is available electronically. (kac) (Entered: 11/06/2019) |
| 08/03/2020 | 49 | ORDER denying without prejudice 44 Motion for Supplemental Attorney Fees. Plaintiffs may refile a Motion for Attorneys' Fees, if appropriate, within twenty (20) days of the date that the Eleventh Circuit Court of Appeals issues its Mandate on the pending appeal. Signed by Judge Amy Totenberg on 8/3/2020. (bnp) (Entered: 08/03/2020) |
| 11/12/2021 | 50 | USCA Opinion received (AFFIRMING) re: 45 Notice of Appeal filed by Equityexperts.org, LLC. In accordance with FRAP 41(b), the USCA mandate will issue at a later date. Case Appealed to USCA- 11th Circuit. Case Number 19-14067-DD. (pjm) Modified on 11/16/2021 (kac). (Entered: 11/12/2021) |
| 12/14/2021 | 51 | Certified copy of MANDATE of USCA AFFIRMING the decision of the District Court 45 Notice of Appeal filed by Equityexperts.org, LLC. Case Appealed to USCA - 11th Circuit. USCA Case Number 19-14067-DD. (kac) (Entered: 12/14/2021) |
| 12/22/2021 | 52 | CERTIFICATION of Judgment to be registered in another district (four copies) of 9/12/2019 Default Judgment against Equityexperts.org, LLC d/b/a Equity Experts in the amount of $147,702.35. (bgt) (Entered: 12/22/2021) |
| 12/22/2021 | | Clerk's Certificate of Mailing as to The Law Offices of Skaar & Feagle, LLP re four copies of 52 Certification of Judgment. (bgt) (Entered: 12/22/2021) |
| 12/22/2021 | 53 | Renewed MOTION for Attorney Fees *(renewal of prior motion [Doc. 44])* with Brief In Support by Jeffrey Cross, Pamela Cross. (Skaar, Kris) Text modified on 1/2/2022 (adg). (Entered: 12/22/2021) |
| 12/27/2021 | 54 | CERTIFICATE OF SERVICE *OF PLAINTIFFS FIRST POST-JUDGMENT DISCOVERY REQUESTS TO DEFENDANT* by Jeffrey Cross, Pamela Cross.(Skaar, Kris) (Entered: 12/27/2021) |
| 01/05/2022 | 55 | RESPONSE in Opposition re 53 Renewed MOTION for Attorney Fees *(renewal of prior motion [Doc. 44])* filed by Equityexperts.org, LLC. (Attachments: # 1 Exhibit 1: Fee Schedule, # 2 Exhibit 2: Thomas v Smith, Dean & Associates)(Bass, James) (Entered: 01/05/2022) |
| 01/12/2022 | 56 | USCA Order: Appellees Jeffrey Cross and Pamela Cross Application for Attorneys Fees is TRANSFERRED to the district court for its consideration of whether Appellees are entitled to appellate attorneys fees and the amount of appellate attorneys fees to which Appellees are entitled, if any re: 45 Notice of Appeal, filed by Equityexperts.org, LLC. Case Appealed to USCA- 11th Circuit. Case Number 19-14067-DD. (pjm) (Entered: 01/12/2022) |
| 01/19/2022 | 57 | REPLY BRIEF re 53 Renewed MOTION for Attorney Fees *(renewal of prior motion [Doc. 44])* filed by Jeffrey Cross, Pamela Cross. (Skaar, Kris) (Entered: 01/19/2022) |

| | | |
|---|---|---|
| 01/20/2022 | | Submission of 53 Renewed MOTION for Attorney Fees *(renewal of prior motion [Doc. 44])*, to District Judge Amy Totenberg. (vs) (Entered: 01/20/2022) |
| 01/20/2022 | 58 | NOTICE Of Filing Documents Relating to Application for Attorney's Fees Transferred by Court of Appeals by Jeffrey Cross, Pamela Cross re 56 USCA Order, (Attachments: # 1 Appellees Jeffrey Cross and Pamela Cross Application for Attorneys Fees, # 2 Appell[ant] EquityExperts.Org, LLCs Objection to Appellees Jeffrey Cross & Pamela Crosss Application for Attorneys Fees, # 3 Appellees Jeffrey Cross and Pamela Cross Reply to Appellant Equity Experts.Org, LLCS Objection to Appellees Application for Attorneys Fees)(Skaar, Kris) (Entered: 01/20/2022) |