# EXHIBIT 2

CLOSED,MEDIATION-MPT,PATENT

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:18-cv-00707-RGA

| | |
|---|---|
| Baggage Airline Guest Services, Inc. v. Roadie, Inc. | Date Filed: 05/11/2018 |
| Assigned to: Judge Richard G. Andrews | Date Terminated: 01/07/2019 |
| Case in other court: the Federal Circuit, 19-01511 | Jury Demand: Both |
| the Federal Circuit, 20-01540 | Nature of Suit: 830 Patent |
| Florida Middle, 6:17-cv-01549 | Jurisdiction: Federal Question |
| Cause: 35:271 Patent Infringement | |

**Plaintiff**

**Baggage Airline Guest Services, Inc.**             represented by **Eve H. Ormerod**
Smith, Katzenstein, & Jenkins LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
302-652-8400
Fax: 302-652-8405
Email: eormerod@skjlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cole Y. Carlson**
Email: cole.carlson@gray-robinson.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Neal C. Belgam**
Smith, Katzenstein, & Jenkins LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
Email: nbelgam@skjlaw.com
*ATTORNEY TO BE NOTICED*

**Stefan V. Stein**
Email: stefan.stein@gray-robinson.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William V. Stein**
Email: william.stein@gray-robinson.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Roadie, Inc.**        represented by   **Pilar Gabrielle Kraman**
Young, Conaway, Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 576-3586
Email: pkraman@ycst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darlene K. Tzou**
Email: dtzou@sgrlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward A. Pennington**
Email: epennington@sgrlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John P. Moy**
Email: jmoy@sgrlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/24/2017 | 1 | COMPLAINT against Roadie, Inc. with Jury Demand (Filing fee $ 400 receipt number ORL-66453) filed by Baggage Airline Guest Services, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Civil Cover Sheet)(LMM) [Transferred from Florida Middle on 5/11/2018.] (Entered: 08/25/2017) |
| 08/25/2017 | 2 | SUMMONS issued as to Roadie, Inc. (LMM) [Transferred from Florida Middle on 5/11/2018.] (Entered: 08/25/2017) |
| 08/28/2017 | 3 | Patent Report sent to Alexandria, VA. (Attachments: # 1 Complaint) (LMM) [Transferred from Florida Middle on 5/11/2018.] (Entered: 08/28/2017) |
| 08/29/2017 | 4 | **RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 - track 2. Notice of pendency of other actions due by 9/12/2017. Signed by Deputy Clerk on 8/29/2017. (Attachments: # 1, # 2, # 3 )(VMF)(ctp)** [Transferred from Florida Middle on 5/11/2018.] (Entered: 08/29/2017) |
| 08/29/2017 | 5 | **INTERESTED PERSONS ORDER Certificate of interested persons and corporate disclosure statement due by 9/12/2017. Signed by Judge Roy B. Dalton, Jr. on 8/29/2017. (VMF) (ctp)** [Transferred from Florida Middle on 5/11/2018.] (Entered: 08/29/2017) |
| 09/28/2017 | 6 | CERTIFICATE of interested persons and corporate disclosure statement re 5 Interested persons order by Baggage Airline Guest Services, Inc.. (Stein, Stefan) [Transferred from Florida Middle on 5/11/2018.] (Entered: 09/28/2017) |
| 10/02/2017 | 7 | Remark: Doc. 6 has been reviewed. Signed by Judge Roy B. Dalton, Jr. on 09/29/17. (PKK) [Transferred from Florida Middle on 5/11/2018.] (Entered: 10/02/2017) |

| 11/10/2017 | 8 | MOTION to Dismiss Complaint or Transfer for Improper Venue by Roadie, Inc.. (Brust, Steven) [Transferred from Florida Middle on 5/11/2018.] (Entered: 11/10/2017) |
|---|---|---|
| 11/10/2017 | 9 | NOTICE by Roadie, Inc. re 8 MOTION to Dismiss Complaint or Transfer for Improper Venue (Attachments: # 1 Affidavit Declaration of Charles Farrahar)(Brust, Steven) [Transferred from Florida Middle on 5/11/2018.] (Entered: 11/10/2017) |
| 11/13/2017 | 10 | NOTICE to counsel of Local Rule 2.02 for Edward A. Pennington (signed by deputy clerk). (RMF) [Transferred from Florida Middle on 5/11/2018.] (Entered: 11/13/2017) |
| 11/13/2017 | 11 | NOTICE to counsel of Local Rule 2.02 for John P. Moy (signed by deputy clerk). (RMF) [Transferred from Florida Middle on 5/11/2018.] (Entered: 11/13/2017) |
| 11/13/2017 | 12 | NOTICE to counsel of Local Rule 2.02 for John P. Pennington (signed by deputy clerk). (RMF) [Transferred from Florida Middle on 5/11/2018.] (Entered: 11/13/2017) |
| 11/13/2017 | 13 | NOTICE to counsel of Local Rule 2.02 for Darlene Tzou (signed by deputy clerk). (RMF) [Transferred from Florida Middle on 5/11/2018.] (Entered: 11/13/2017) |
| 11/13/2017 | 14 | PROOF of service by Baggage Airline Guest Services, Inc. (Carlson, Cole) Modified on 11/14/2017 (LMM). **COUNSEL TO REFILE USING CORRECT EVENT CODE** [Transferred from Florida Middle on 5/11/2018.] (Entered: 11/13/2017) |
| 11/13/2017 | 15 | PROOF of service by Baggage Airline Guest Services, Inc. (Carlson, Cole) Modified on 11/14/2017 (LMM). **COUNSEL TO REFILE USING CORRECT EVENT CODE** [Transferred from Florida Middle on 5/11/2018.] (Entered: 11/13/2017) |
| 11/14/2017 | 16 | RETURN of service executed on 10/30/2017 by Baggage Airline Guest Services, Inc. as to Roadie, Inc.. (Carlson, Cole) [Transferred from Florida Middle on 5/11/2018.] (Entered: 11/14/2017) |
| 11/14/2017 | 17 | SUMMONS returned unexecuted by Baggage Airline Guest Services, Inc. as to Roadie, Inc.. (Carlson, Cole) [Transferred from Florida Middle on 5/11/2018.] (Entered: 11/14/2017) |
| 11/15/2017 |  | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Darlene Tzou, appearing on behalf of Roadie, Inc. (Filing fee $150 receipt number ORL-68714.). (LMM) [Transferred from Florida Middle on 5/11/2018.] (Entered: 11/15/2017) |
| 11/15/2017 |  | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Edward A. Pennington, appearing on behalf of Roadie, Inc. (Filing fee $150 receipt number ORL-68711.). (LMM) [Transferred from Florida Middle on 5/11/2018.] (Entered: 11/15/2017) |
| 11/15/2017 |  | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney John P. Moy, appearing on behalf of Roadie, Inc. (Filing fee $150 receipt number ORL-68712.). (LMM) [Transferred from Florida Middle on 5/11/2018.] (Entered: 11/15/2017) |
| 11/15/2017 |  | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney John P. Pennington, appearing on behalf of Roadie, Inc. (Filing fee $150 receipt number ORL-68713.). (LMM) [Transferred from Florida Middle on 5/11/2018.] (Entered: 11/15/2017) |
| 11/16/2017 | 18 | Unopposed MOTION for Edward A. Pennington to appear pro hac vice by Roadie, Inc.. (Brust, Steven) Motions referred to Magistrate Judge Thomas B. Smith. [Transferred from Florida Middle on 5/11/2018.] (Entered: 11/16/2017) |
| 11/16/2017 | 19 | Unopposed MOTION for John P. Pennington to appear pro hac vice by Roadie, Inc.. |

| | | |
|---|---|---|
| | | (Brust, Steven) Motions referred to Magistrate Judge Thomas B. Smith. [Transferred from Florida Middle on 5/11/2018.] (Entered: 11/16/2017) |
| 11/16/2017 | 20 | Unopposed MOTION for John P. Moy to appear pro hac vice by Roadie, Inc.. (Brust, Steven) Motions referred to Magistrate Judge Thomas B. Smith. [Transferred from Florida Middle on 5/11/2018.] (Entered: 11/16/2017) |
| 11/16/2017 | 21 | Unopposed MOTION for Darlene K. Tzou to appear pro hac vice by Roadie, Inc.. (Brust, Steven) Motions referred to Magistrate Judge Thomas B. Smith. [Transferred from Florida Middle on 5/11/2018.] (Entered: 11/16/2017) |
| 11/16/2017 | 22 | **ORDER granting 18 motion for Edward A. Pennington to appear pro hac vice; granting 19 motion for John P. Pennington to appear pro hac vice; granting 20 motion for John P. Moy to appear pro hac vice. Signed by Magistrate Judge Thomas B. Smith on 11/16/2017. (Smith, Thomas)** [Transferred from Florida Middle on 5/11/2018.] (Entered: 11/16/2017) |
| 11/16/2017 | 23 | **ORDER granting 21 motion for Darlene K. Tzou to appear pro hac vice. Signed by Magistrate Judge Thomas B. Smith on 11/16/2017. (Smith, Thomas)** [Transferred from Florida Middle on 5/11/2018.] (Entered: 11/16/2017) |
| 11/20/2017 | 24 | Unopposed MOTION for Trace Jackson to withdraw as attorney by Baggage Airline Guest Services, Inc.. (Carlson, Cole) Motions referred to Magistrate Judge Thomas B. Smith. [Transferred from Florida Middle on 5/11/2018.] (Entered: 11/20/2017) |
| 11/20/2017 | 25 | **ORDER granting 24 Motion to Withdraw. Attorney Trace Hunter Jackson terminated as counsel for Plaintiff. Signed by Magistrate Judge Thomas B. Smith on 11/20/2017. (Smith, Thomas)** [Transferred from Florida Middle on 5/11/2018.] (Entered: 11/20/2017) |
| 11/22/2017 | 26 | RESPONSE to Motion re 8 MOTION to Dismiss Complaint or Transfer for Improper Venue filed by Baggage Airline Guest Services, Inc.. (Stein, Stefan) [Transferred from Florida Middle on 5/11/2018.] (Entered: 11/22/2017) |
| 12/14/2017 | 27 | CASE MANAGEMENT REPORT. (Stein, Stefan) [Transferred from Florida Middle on 5/11/2018.] (Entered: 12/14/2017) |
| 12/29/2017 | 28 | STIPULATION re 27 Case Management Report *to Selection of Mediator* by Baggage Airline Guest Services, Inc.. (Carlson, Cole) [Transferred from Florida Middle on 5/11/2018.] (Entered: 12/29/2017) |
| 12/29/2017 | 29 | **CASE MANAGEMENT AND SCHEDULING ORDER: Amended Pleadings due by 2/23/2018, Joinder of Parties due by 2/23/2018, Discovery due by 1/18/2019, Dispositive motions due by 3/29/2018, Pretrial statement due by 7/11/2019, All other motions due by 6/27/2019, Final Pretrial Conference set for 7/18/2019 at 10:00 AM in Orlando Courtroom 4 A before Judge Roy B. Dalton, Jr., Jury Trial set for 8/5/2019 at 09:00 AM in Orlando Courtroom 4 A before Judge Roy B. Dalton, Jr.., Conduct mediation hearing by 2/15/2019. Lead counsel to coordinate dates. Signed by Judge Roy B. Dalton, Jr. on 12/29/2017. (CAC)** [Transferred from Florida Middle on 5/11/2018.] (Entered: 12/29/2017) |
| 01/02/2018 | 30 | CASE REFERRED to Mediation. (LMM) [Transferred from Florida Middle on 5/11/2018.] (Entered: 01/02/2018) |
| 01/11/2018 | 31 | CERTIFICATE of interested persons and corporate disclosure statement re 5 Interested persons order by Roadie, Inc.. (Brust, Steven) [Transferred from Florida Middle on 5/11/2018.] (Entered: 01/11/2018) |
| 01/12/2018 | 32 | Remark: Doc. 31 has been reviewed. Signed by Judge Roy B. Dalton, Jr. on 1/12/18. |

| | | (PKK) [Transferred from Florida Middle on 5/11/2018.] (Entered: 01/12/2018) |
|---|---|---|
| 01/12/2018 | 33 | NOTICE of mediation conference/hearing to be held on 5/17/2018 at 9 AM before Jay Cohen. (Carlson, Cole) [Transferred from Florida Middle on 5/11/2018.] (Entered: 01/12/2018) |
| 01/16/2018 | 34 | NOTICE to counsel, William Stein, of Local Rule 2.01 (signed by deputy clerk). See 33 . (LMM) [Transferred from Florida Middle on 5/11/2018.] (Entered: 01/16/2018) |
| 01/17/2018 | 35 | MOTION to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) for Lack of Patentable Subject Matter Under 35 U.S.C. Section 101, or Alternatively, for Failure to State a Claim of Infringement by Roadie, Inc.. (Attachments: # 1 Exhibit A)(Brust, Steven) [Transferred from Florida Middle on 5/11/2018.] (Entered: 01/17/2018) |
| 01/29/2018 | 36 | NOTICE of withdrawal of motion by Roadie, Inc. re 35 MOTION to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) for Lack of Patentable Subject Matter Under 35 U.S.C. Section 101, or Alternatively, for Failure to State a Claim of Infringement filed by Roadie, Inc. (Brust, Steven) [Transferred from Florida Middle on 5/11/2018.] (Entered: 01/29/2018) |
| 01/29/2018 | 37 | NOTICE of supplemental authority re 8 MOTION to Dismiss Complaint or Transfer for Improper Venue by Roadie, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Brust, Steven) [Transferred from Florida Middle on 5/11/2018.] (Entered: 01/29/2018) |
| 02/06/2018 | 38 | ANSWER and affirmative defenses to 1 Complaint with Jury Demand by Roadie, Inc.. (Brust, Steven) [Transferred from Florida Middle on 5/11/2018.] (Entered: 02/06/2018) |
| 02/06/2018 | 39 | MOTION for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c) for Lack of Patentable Subject Matter Under 35 U.S.C. Sec.101, or Alternatively, for Failure to State a Claim of Infringement, by Roadie, Inc.. (Attachments: # 1 Exhibit A)(Brust, Steven) [Transferred from Florida Middle on 5/11/2018.] Modified on 6/1/2018 (nms). (Entered: 02/06/2018) |
| 02/15/2018 | 40 | MOTION to extend time to 3/6/18 to Respond to 39 MOTION for Judgment on Pleadings by Baggage Airline Guest Services, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Carlson, Cole) Motions referred to Magistrate Judge Thomas B. Smith. Modified on 2/16/2018 (LMM). [Transferred from Florida Middle on 5/11/2018.] (Entered: 02/15/2018) |
| 02/16/2018 | 41 | **ORDER shortening time for Defendant to respond to Plaintiff's motion for extension of time. Response due by February 20, 2018. Signed by Magistrate Judge Thomas B. Smith on 2/16/2018. (Smith, Thomas)** [Transferred from Florida Middle on 5/11/2018.] (Entered: 02/16/2018) |
| 02/19/2018 | 42 | NOTICE of Supplement to 3.01(g) Certification by Baggage Airline Guest Services, Inc. re 40 MOTION to extend time to 3/6/18 to Respond to 39 MOTION for Judgment on Pleadings by Baggage Airline Guest Services, Inc (Carlson, Cole) Modified on 2/20/2018 (LMM). [Transferred from Florida Middle on 5/11/2018.] (Entered: 02/19/2018) |
| 02/20/2018 | 43 | **ORDER granting 40 Motion to extend time. Signed by Magistrate Judge Thomas B. Smith on 2/20/2018. (EC)** [Transferred from Florida Middle on 5/11/2018.] (Entered: 02/20/2018) |
| 02/21/2018 | 44 | Unopposed MOTION to extend time to Serve Non-Infringement and Invalidity Contentions by Roadie, Inc.. (Brust, Steven) Motions referred to Magistrate Judge Thomas B. Smith. [Transferred from Florida Middle on 5/11/2018.] (Entered: 02/21/2018) |
| 02/21/2018 | 45 | **ORDER granting 44 Motion to extend time for Defendant to serve its non-infringement and invalidity contentions. New deadline is March 15, 2018. Signed by** |

| | | **Magistrate Judge Thomas B. Smith on 2/21/2018. (Smith, Thomas)** [Transferred from Florida Middle on 5/11/2018.] (Entered: 02/21/2018) |
|---|---|---|
| 03/06/2018 | 46 | RESPONSE to 39 MOTION for Judgment on the Pleadings, or Alternatively, for Failure to State a Claim of Infringement, filed by Baggage Airline Guest Services, Inc.. (Attachments: # 1 Exhibit A part 1, # 2 Exhibit A part 2, # 3 Exhibit A part 3)(Stein, Stefan) Modified on 3/7/2018 (LMM). [Transferred from Florida Middle on 5/11/2018.] Modified on 11/30/2018 (nms). (Entered: 03/06/2018) |
| 03/13/2018 | 47 | NOTICE of supplemental authority re 46 Response to motion by Baggage Airline Guest Services, Inc.. (Attachments: # 1 Exhibit A)(Stein, Stefan) [Transferred from Florida Middle on 5/11/2018.] (Entered: 03/13/2018) |
| 03/13/2018 | 48 | NOTICE of supplemental authority re 39 MOTION for judgment on the pleadings *Pursuant to Fed. R. Civ. P. 12(c) for Lack of Patentable Subject Matter Under 35 U.S.C. Sec.101, or Alternatively, for Failure to State a Claim of Infringement* by Roadie, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Brust, Steven) [Transferred from Florida Middle on 5/11/2018.] (Entered: 03/13/2018) |
| 04/10/2018 | 49 | NOTICE of hearing: Claim Construction Hearing set for 8/21/2018 at 09:00 AM in Orlando Courtroom 4 A before Judge Roy B. Dalton, Jr. (ctp)(JLC) [Transferred from Florida Middle on 5/11/2018.] (Entered: 04/10/2018) |
| 04/10/2018 | 50 | NOTICE of hearing: Technology Tutorial Conference set for 5/29/2018 at 01:30 PM in Orlando Courtroom 4 A before Judge Roy B. Dalton, Jr. (ctp)(JLC) [Transferred from Florida Middle on 5/11/2018.] (Entered: 04/10/2018) |
| 04/10/2018 | 51 | Second Notice of Supplemental Authority re 39 MOTION for Judgment on the Pleadings, by Roadie, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Brust, Steven) Modified on 4/11/2018 (LMM). [Transferred from Florida Middle on 5/11/2018.] Modified on 6/5/2018 (nms). (Entered: 04/10/2018) |
| 04/23/2018 | 52 | MOTION to Stay Pending Resolution of Motion for Judgment on the Pleadings, by Roadie, Inc.. (Attachments: # 1 Declaration)(Moy, John) [Transferred from Florida Middle on 5/11/2018.] Modified on 6/5/2018 (nms). (Entered: 04/23/2018) |
| 04/24/2018 | 53 | CORRECTED Declaration of John P. Moy to 52 MOTION to stay *the Litigation Pending Resolution of Defendant's Motion for Judgment on the Pleadings* by Roadie, Inc. (Moy, John) Modified on 4/24/2018 (LMM). [Transferred from Florida Middle on 5/11/2018.] (Entered: 04/24/2018) |
| 04/30/2018 | 54 | Joint Notice Regarding the Technology Tutorial Conference, by Roadie, Inc.. (Moy, John) Modified on 5/1/2018 (LMM). [Transferred from Florida Middle on 5/11/2018.] Modified on 6/5/2018 (nms). (Entered: 04/30/2018) |
| 04/30/2018 | 55 | Unopposed MOTION to modify Case Management and Scheduling Order by Roadie, Inc.. (Moy, John) [Transferred from Florida Middle on 5/11/2018.] (Entered: 04/30/2018) |
| 04/30/2018 | 56 | MOTION to extend time to Respond to Discovery by Baggage Airline Guest Services, Inc.. (Stein, Stefan) Motions referred to Magistrate Judge Thomas B. Smith. [Transferred from Florida Middle on 5/11/2018.] (Entered: 04/30/2018) |
| 05/01/2018 | 57 | NOTICE canceling Technology Tutorial Conference scheduled for 5/29/2018. (ctp) (JLC) [Transferred from Florida Middle on 5/11/2018.] (Entered: 05/01/2018) |
| 05/01/2018 | 58 | **ORDER granting 55 Motion to permit counsel to meet and confer telephonically about the claims in dispute. Signed by Magistrate Judge Thomas B. Smith on 5/1/2018. (Smith, Thomas)** [Transferred from Florida Middle on 5/11/2018.] (Entered: 05/01/2018) |

| 05/07/2018 | 59 | **ORDER directing Roadie, Inc. to respond to 26 RESPONSE to Motion re 8 MOTION to Dismiss Complaint or Transfer for Improper Venue. Responses due by 5/11/2018. Signed by Judge Roy B. Dalton, Jr. on 5/7/2018. (JLC)** [Transferred from Florida Middle on 5/11/2018.] (Entered: 05/07/2018) |
|---|---|---|
| 05/07/2018 | 60 | RESPONSE to 52 MOTION to Stay Pending Resolution of Motion for Judgment on the Pleadings, filed by Baggage Airline Guest Services, Inc.. (Attachments: # 1 Exhibit A part 1, # 2 Exhibit A part 2, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E) (Carlson, Cole) [Transferred from Florida Middle on 5/11/2018.] Modified on 6/5/2018 (nms). (Entered: 05/07/2018) |
| 05/07/2018 | 61 | RESPONSE in Opposition re 56 MOTION to extend time to Respond to Discovery filed by Roadie, Inc.. (Attachments: # 1 Declaration of Darlene K. Tzou ISO Opposition to Motion for Enlargement of Time)(Tzou, Darlene) [Transferred from Florida Middle on 5/11/2018.] (Entered: 05/07/2018) |
| 05/08/2018 | 62 | REPLY to Response to Motion re 8 MOTION to Dismiss Complaint or Transfer for Improper Venue filed by Roadie, Inc.. (Attachments: # 1 Exhibit A, # 2 Declaration of Dennis Moon in Support of Motion to Dismiss or Transfer for Improper Venue)(Moy, John) [Transferred from Florida Middle on 5/11/2018.] (Entered: 05/08/2018) |
| 05/09/2018 | 63 | **ORDER to show cause why sanctions should not be imposed for failure to comply with the Related Case Order. Signed by Magistrate Judge Thomas B. Smith on 5/9/2018. (EC)** [Transferred from Florida Middle on 5/11/2018.] (Entered: 05/09/2018) |
| 05/09/2018 | 64 | **ORDER granting 56 Motion to extend time. Signed by Magistrate Judge Thomas B. Smith on 5/9/2018. (EC)** [Transferred from Florida Middle on 5/11/2018.] (Entered: 05/09/2018) |
| 05/09/2018 | 65 | MOTION for leave to file SUR-REPLY AND REQUEST FOR JURISDICTIONAL DISCOVERY by Baggage Airline Guest Services, Inc.. (Stein, Stefan) [Transferred from Florida Middle on 5/11/2018.] (Entered: 05/09/2018) |
| 05/09/2018 | 66 | Joint Claim Construction Chart by Baggage Airline Guest Services, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Stein, Stefan) Modified on 5/10/2018 (ALL).[Transferred from Florida Middle on 5/11/2018.] Modified on 6/5/2018 (nms). (Entered: 05/09/2018) |
| 05/09/2018 | 67 | **ORDER granting in part and denying in part 8 Motion to Dismiss or Transfer for Improper Venue. The Clerk of the Court is directed to TRANSFER this action to the U.S. District Court for the District of Delaware for all further proceedings. Signed by Judge Roy B. Dalton, Jr. on 5/9/2018. (ctp) (JLC)** [Transferred from Florida Middle on 5/11/2018.] (Entered: 05/10/2018) |
| 05/10/2018 | 68 | **ENDORSED ORDER denying 65 Motion for Leave to File Sur-Reply and Request for Jurisdictional Discovery. Plaintiff may seek further venue relief vis--vis Georgia in the District of Delaware. Signed by Judge Roy B. Dalton, Jr. on 5/10/2018. (Dalton, Jr., Roy)** [Transferred from Florida Middle on 5/11/2018.] (Entered: 05/10/2018) |
| 05/11/2018 | 69 | Record of case transferred in from District of Florida Middle; Case Number in Other District: 6:17-cv-01549. Copy of Docket Sheet and original file (Entered: 05/11/2018) |
| 05/11/2018 | 70 | Local Counsel Letter sent. Notice of Compliance deadline set for 6/11/2018. (jcs) (Entered: 05/11/2018) |
| 05/14/2018 | 71 | NOTICE of Appearance by Pilar Gabrielle Kraman on behalf of Roadie, Inc. (Kraman, Pilar) (Entered: 05/14/2018) |

| | | |
|---|---|---|
| 05/14/2018 | 72 | NOTICE of Appearance by Eve H. Ormerod on behalf of Baggage Airline Guest Services, Inc. (Ormerod, Eve) (Entered: 05/14/2018) |
| 05/14/2018 | 73 | NOTICE OF SERVICE of Plaintiff Baggage Airlines Guest Services, Inc.'s Answers to First Set of Interrogatories; Plaintiff Baggage Airlines Guest Services, Inc.'s Response to First Set of Requests for Production; Plaintiff Baggage Airlines Guest Services, Inc.'s Second Set of Interrogatories; and Plaintiff Baggage Airlines Guest Services, Inc.'s Second Set of Requests for Production filed by Baggage Airline Guest Services, Inc.. (Belgam, Neal) (Entered: 05/14/2018) |
| 05/16/2018 | | Case Assigned to Judge Richard G. Andrews. Please include the initials of the Judge (RGA) after the case number on all documents filed. (nms) (Entered: 05/16/2018) |
| 05/16/2018 | 74 | MOTION for Pro Hac Vice Appearance of Attorney Stefan V. Stein, Cole Y. Carlson and William V. Stein - filed by Baggage Airline Guest Services, Inc.. (Ormerod, Eve) (Entered: 05/16/2018) |
| 05/17/2018 | | SO ORDERED, re 74 MOTION for Pro Hac Vice Appearance of Attorney Stefan V. Stein, Cole Y. Carlson and William V. Stein, filed by Baggage Airline Guest Services, Inc.. Signed by Judge Richard G. Andrews on 5/17/2018. (nms) (Entered: 05/17/2018) |
| 05/17/2018 | 75 | MOTION for Pro Hac Vice Appearance of Attorney Edward A. Pennington, John P. Moy, John P. Pennington and Darlene K. Tzou - filed by Roadie, Inc.. (Kraman, Pilar) (Entered: 05/17/2018) |
| 05/21/2018 | | SO ORDERED, re 75 MOTION for Pro Hac Vice Appearance of Attorney Edward A. Pennington, John P. Moy, John P. Pennington and Darlene K. Tzou, filed by Roadie, Inc.. Signed by Judge Richard G. Andrews on 5/21/2018. (nms) (Entered: 05/21/2018) |
| 05/22/2018 | 76 | Order Setting Rule 16(b) Conference: A Scheduling Conference is set for 6/15/2018, at 3:30 PM in Chambers before Judge Richard G. Andrews (see Order for further details). Signed by Judge Richard G. Andrews on 5/22/2018. (nms) (Entered: 05/22/2018) |
| 05/30/2018 | | Pro Hac Vice Attorney William V. Stein,Cole Y. Carlson,Stefan V. Stein for Baggage Airline Guest Services, Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (fms) (Entered: 05/30/2018) |
| 05/31/2018 | | Pro Hac Vice Attorney Darlene K. Tzou,Edward A. Pennington,John P. Moy for Roadie, Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (fms) (Entered: 05/31/2018) |
| 06/01/2018 | 77 | NOTICE OF SERVICE of Plaintiff's Supplemental Responses and Objections to Defendant's First Set of Interrogatories (Nos. 1, 2, 3, 4, 5, 6, 7, 8, 11, 13 and 14) filed by Baggage Airline Guest Services, Inc..(Ormerod, Eve) (Entered: 06/01/2018) |
| 06/01/2018 | 78 | Joint Statement Pursuant to Local Rule 81.2, by Baggage Airline Guest Services, Inc.. (Ormerod, Eve) Modified on 6/1/2018 (nms). (Entered: 06/01/2018) |
| 06/08/2018 | 79 | NOTICE OF SERVICE of Plaintiff's Amended Infringement Contentions Concerning U.S. Patent No. 9,659,336 filed by Baggage Airline Guest Services, Inc..(Belgam, Neal) (Entered: 06/08/2018) |
| 06/11/2018 | 80 | NOTICE OF SERVICE of Roadies Supplemental Objections and Responses to Plaintiff Baggage Airline Guest Services Inc.s First Set of Interrogatories filed by Roadie, Inc.. (Kraman, Pilar) (Entered: 06/11/2018) |
| 06/13/2018 | 81 | Third NOTICE of Subsequent Authority by Roadie, Inc. (Attachments: # 1 Exhibit A - |

| | | |
|---|---|---|
| | | K)(Kraman, Pilar) (Entered: 06/13/2018) |
| 06/13/2018 | 82 | PROPOSED Scheduling Order, by Baggage Airline Guest Services, Inc.. (Ormerod, Eve) Modified on 6/13/2018 (nms). (Entered: 06/13/2018) |
| 06/13/2018 | 83 | NOTICE OF SERVICE of 1) Roadies Objections and Responses to Plaintiff Baggage Airline Guest Services Inc.s Second Set of Interrogatories and 2) Roadies Objections and Responses to Plaintiff Baggage Airline Guest Services Inc.s Second Set of Request for Production filed by Roadie, Inc..(Kraman, Pilar) (Entered: 06/13/2018) |
| 06/15/2018 | | Minute Entry for proceedings held before Judge Richard G. Andrews - Scheduling Conference held on 6/15/2018. (Court Reporter Valerie Gunning.) (ksr, ) (Entered: 06/15/2018) |
| 06/18/2018 | 84 | ORAL ORDER Denying 52 MOTION to Stay Pending Resolution of Motion for Judgment on the Pleadings. Signed by Judge Richard G. Andrews on 6/18/2018. (ksr, ) (Entered: 06/18/2018) |
| 06/22/2018 | 85 | SCHEDULING ORDER: Case referred to the Magistrate Judge for the purpose of exploring ADR. Joinder of Parties due by 7/30/2018. Amended Pleadings due by 7/30/2018. Fact Discovery completed by 5/22/2019. Dispositive Motions due by 10/30/2019. Joint Claim Construction Brief due by 12/14/2018. A Markman Hearing is set for 1/10/2019, at 9:00 AM in Courtroom 6A before Judge Richard G. Andrews. A Pretrial Conference is set for 3/6/2020, at 9:00 AM in Courtroom 6A before Judge Richard G. Andrews. A Jury Trial is set for 3/23/2020, at 9:30 AM in Courtroom 6A before Judge Richard G. Andrews (see Order for further details). Signed by Judge Richard G. Andrews on 6/15/2018. (nms) (Entered: 06/22/2018) |
| 06/22/2018 | 86 | NOTICE of Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action by Baggage Airline Guest Services, Inc. (Attachments: # 1 Exhibit 1)(Ormerod, Eve) (Entered: 06/22/2018) |
| 06/25/2018 | | CASE REFERRED to Chief Magistrate Judge Thynge for Mediation. Please see Standing Order dated January 20, 2016, regarding disclosure of confidential ADR communications. A link to the standing order is provided here for your convenience at http://www.ded.uscourts.gov/general-orders/magistrate-judges-standing-order-adr-mediation (fms) (Entered: 06/25/2018) |
| 06/25/2018 | 87 | ORDER Setting Teleconference: Plaintiff's counsel to initiate the call. A Telephone Conference is set for 8/13/2018 at 09:00 AM Eastern Time before Judge Mary Pat Thynge to discuss ADR. Signed by Judge Mary Pat Thynge on 6/25/2018. (fms) (Entered: 06/25/2018) |
| 06/28/2018 | 88 | STIPULATION TO EXTEND TIME to file a Proposed Protective Order to July 5, 2018 - filed by Baggage Airline Guest Services, Inc.. (Ormerod, Eve) Modified on 6/28/2018 (nms). (Entered: 06/28/2018) |
| 06/28/2018 | | SO ORDERED, re 88 STIPULATION TO EXTEND TIME to file a Proposed Protective Order to July 5, 2018. Signed by Judge Richard G. Andrews on 6/28/2018. (nms) (Entered: 06/28/2018) |
| 06/29/2018 | 89 | SUBPOENA Returned Executed as to Big Nerd Ranch, LLC on June 28, 2018 (Ormerod, Eve) (Entered: 06/29/2018) |
| 07/05/2018 | 90 | STIPULATION to Extend the Time to File a Proposed Protective Order, by Baggage Airline Guest Services, Inc.. (Ormerod, Eve) Modified on 7/6/2018 (nms). (Entered: 07/05/2018) |
| 07/06/2018 | | SO ORDERED, re 90 Stipulation and Order to Extend Time. Signed by Judge Richard G. |

| | | |
|---|---|---|
| | | Andrews on 7/6/2018. (nms) (Entered: 07/06/2018) |
| 07/11/2018 | 91 | Letter to The Honorable Richard G. Andrews, from Eve H. Ormerod, regarding Proposed Protective Order. (Attachments: # 1 Proposed Order)(Ormerod, Eve) Modified on 7/12/2018 (nms). (Entered: 07/11/2018) |
| 07/17/2018 | 92 | Letter to The Honorable Richard G. Andrews, from Pilar G. Kraman, regarding dispute concerning proposed protective order. (Attachments: # 1 Exhibit A)(Kraman, Pilar) Modified on 7/18/2018 (nms). (Entered: 07/17/2018) |
| 07/25/2018 | 93 | ORAL ORDER: Defendant is requested to advise whether it is going to file an IPR on the asserted patent. Ordered by Judge Richard G. Andrews on 7/25/2018. (nms) (Entered: 07/25/2018) |
| 07/30/2018 | 94 | NOTICE OF SERVICE of Roadies Second Supplemental Responses to Plaintiff Baggage Airline Guest Services Inc.s First Set of Interrogatories filed by Roadie, Inc..(Kraman, Pilar) (Entered: 07/30/2018) |
| 08/01/2018 | 95 | Letter to The Honorable Richard G. Andrews, from Pilar G. Kraman, regarding response to the Court's Oral Order (D.I. 93 ). (Kraman, Pilar) Modified on 8/1/2018 (nms). (Entered: 08/01/2018) |
| 08/01/2018 | 96 | ORAL ORDER: In view of Roadie's letter (D.I. 95 ), could the parties meet and confer and advise whether they still have a dispute about the protective order (see D.I. 91 , 92 ). Ordered by Judge Richard G. Andrews on 8/1/2018. (nms) (Entered: 08/01/2018) |
| 08/13/2018 | 97 | PROPOSED Protective Order, by Baggage Airline Guest Services, Inc.. (Belgam, Neal) Modified on 8/14/2018 (nms). (Entered: 08/13/2018) |
| 08/14/2018 | 98 | ORDER Setting Mediation Conferences: A Mediation Conference is set for 3/19/2019 at 10:00 AM in Courtroom 2B before Judge Mary Pat Thynge. SEE ORDER FOR FURTHER DETAILS. Signed by Judge Mary Pat Thynge on 8/14/2018. (fms) (Entered: 08/14/2018) |
| 08/15/2018 | 99 | SO ORDERED Granting 97 Proposed Protective Order. Signed by Judge Richard G. Andrews on 8/14/2018. (nms) (Entered: 08/15/2018) |
| 08/31/2018 | 100 | NOTICE OF SERVICE of Plaintiff's Opening Claim Construction Brief filed by Baggage Airline Guest Services, Inc..(Ormerod, Eve) (Entered: 08/31/2018) |
| 10/05/2018 | 101 | NOTICE OF SERVICE of Roadie, Inc.'s Answering Claim Construction Brief filed by Roadie, Inc..(Kraman, Pilar) (Entered: 10/05/2018) |
| 10/25/2018 | 102 | ORAL ORDER: Defendant is directed to file a reply brief by November 9, 2018, in connection with its section 101 motion. (D.I. 39 ). Plaintiff is directed to file any proposed claim constructions that it wants the court to accept by the same date. The Court will hold oral argument on the section 101 motion on November 26, 2018, at 9 a.m in Courtroom 6A. Ordered by Judge Richard G. Andrews on 10/25/2018. (nms) (Entered: 10/25/2018) |
| 10/31/2018 | 103 | Letter to The Honorable Richard G. Andrews, from Eve H. Ormerod, regarding request for continuance of the Section 101 Hearing. (Attachments: # 1 Proposed Order) (Ormerod, Eve) Modified on 10/31/2018 (nms). (Entered: 10/31/2018) |
| 11/01/2018 | 104 | ORDER: Plaintiff's request to continue the November 26, 2018, hearing is GRANTED. The hearing is now reset for 12/4/2018, at 2:00 PM in Courtroom 6A. Signed by Judge Richard G. Andrews on 11/1/2018. (nms) (Entered: 11/01/2018) |
| 11/09/2018 | 105 | Letter to The Honorable Richard G. Andrews, from Eve H. Ormerod, responding to the Court's Oral Order (D.I. 102]) regarding claim constructions. (Ormerod, Eve) Modified |

| | | |
|---|---|---|
| | | on 11/9/2018 (nms). (Entered: 11/09/2018) |
| 11/09/2018 | 106 | NOTICE OF SERVICE of Plaintiff's Reply Counterclaim Brief filed by Baggage Airline Guest Services, Inc..(Ormerod, Eve) (Entered: 11/09/2018) |
| 11/09/2018 | 107 | REPLY BRIEF re 39 MOTION for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c) for Lack of Patentable Subject Matter Under 35 U.S.C. Sec.101, or Alternatively, for Failure to State a Claim of Infringement, filed by Roadie, Inc.. (Attachments: # 1 Exhibits A-C)(Kraman, Pilar) Modified on 11/9/2018 (nms). (Entered: 11/09/2018) |
| 12/04/2018 | | Minute Entry for proceedings held before Judge Richard G. Andrews - Oral Argument held on 12/4/2018. (Court Reporter Heather Triozzi.) (ksr, ) (Entered: 12/04/2018) |
| 12/07/2018 | 108 | NOTICE OF SERVICE of Roadie, Inc.s Sur-Reply Claim Construction Brief filed by Roadie, Inc..(Kraman, Pilar) (Entered: 12/07/2018) |
| 12/10/2018 | 109 | Official Transcript of Oral Argument held on 12/4/18 before Judge Richard G. Andrews. Court Reporter/Transcriber Heather M. Triozzi,Telephone number 302-573-6195. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/31/2018. Redacted Transcript Deadline set for 1/10/2019. Release of Transcript Restriction set for 3/11/2019. (Triozzi, Heather) (Entered: 12/10/2018) |
| 12/13/2018 | 110 | Official Transcript of scheduling conference held on June 15, 2018 before Judge Andrews. Court Reporter/Transcriber Valerie Gunning. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/3/2019. Redacted Transcript Deadline set for 1/14/2019. Release of Transcript Restriction set for 3/13/2019. (vjg) (Entered: 12/13/2018) |
| 12/13/2018 | 111 | NOTICE OF SERVICE of Plaintiff's Third Set of Interrogatories filed by Baggage Airline Guest Services, Inc..(Belgam, Neal) (Entered: 12/13/2018) |
| 12/14/2018 | 112 | Joint Claim Construction Brief, filed by Baggage Airline Guest Services, Inc.. (Belgam, Neal) Modified on 12/14/2018 (nms). (Entered: 12/14/2018) |
| 12/14/2018 | | CORRECTING ENTRY: The joint appendix attached to the brief at D.I. 112 has been removed from the filing. Briefs and appendices should not be coupled together at one docket item entry. Counsel will refile the appendix accordingly. (nms) (Entered: 12/14/2018) |
| 12/14/2018 | 113 | Joint Appendix to 112 Joint Claim Construction Brief, by Baggage Airline Guest Services, Inc.. (Belgam, Neal) Modified on 12/14/2018 (nms). (Entered: 12/14/2018) |
| 01/07/2019 | 114 | ORAL ORDER: Due to a scheduling conflict the Markman Hearing scheduled for 1/10/2019, is CANCELED and will be rescheduled for a date to be determined. Ordered by Judge Richard G. Andrews on 1/7/2019. (nms) (Entered: 01/07/2019) |
| 01/07/2019 | 115 | MEMORANDUM OPINION. Signed by Judge Richard G. Andrews on 1/7/2019. (nms) (Entered: 01/07/2019) |
| 01/07/2019 | 116 | ORDER: Defendant's Motion for Judgment on the Pleadings (D.I. 39 ) is GRANTED. Signed by Judge Richard G. Andrews on 1/7/2019. (nms) (Entered: 01/07/2019) |
| 01/07/2019 | 117 | JUDGMENT in favor of Roadie, Inc. against Baggage Airline Guest Services, Inc. (CASE CLOSED). Signed by Judge Richard G. Andrews on 1/7/2019. (nms) (Entered: 01/07/2019) |

| | | |
|---|---|---|
| 01/07/2019 | 118 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) US 9,659,336 B2. (Attachments: # 1 Judgment)(nms) (Entered: 01/07/2019) |
| 01/22/2019 | 119 | MOTION to Declare This Case Exceptional and Award Attorneys' Fees - filed by Roadie, Inc.. (Attachments: # 1 7.1.1 Certification, # 2 Proposed Order, # 3 Certificate of Service) (Kraman, Pilar) Modified on 1/23/2019 nms). (Entered: 01/22/2019) |
| 01/22/2019 | 120 | OPENING BRIEF in Support re 119 MOTION to Declare This Case Exceptional and Award Attorneys' Fees, filed by Roadie, Inc..Answering Brief/Response due date per Local Rules is 2/5/2019. (Kraman, Pilar) Modified on 1/23/2019 (nms). (Entered: 01/22/2019) |
| 01/22/2019 | 121 | DECLARATION of John P. Moy re 119 MOTION to Declare This Case Exceptional and Award Attorneys' Fees, by Roadie, Inc.. (Attachments: # 1 Exhibits A-U)(Kraman, Pilar) Modified on 1/23/2019 (nms). (Entered: 01/22/2019) |
| 02/04/2019 | 122 | NOTICE OF APPEAL to the Federal Circuit of 116 Order, 117 Judgment, 115 Memorandum Opinion . Appeal filed by Baggage Airline Guest Services, Inc.. (Ormerod, Eve) (Entered: 02/04/2019) |
| 02/04/2019 | | APPEAL - Credit Card Payment of $505.00 received re 122 Notice of Appeal (Federal Circuit) filed by Baggage Airline Guest Services, Inc.. ( Filing fee $505, receipt number 0311-2561152.) (Ormerod, Eve) (Entered: 02/04/2019) |
| 02/04/2019 | | Notification regarding 122 Notice of Appeal (Federal Circuit) sent to Reporter Gunning (nmg) (Entered: 02/04/2019) |
| 02/04/2019 | | Notification regarding 122 Notice of Appeal (Federal Circuit) sent to Reporter Triozzi (nmg) (Entered: 02/04/2019) |
| 02/04/2019 | | Notice of Appeal and Docket Sheet to US Court of Appeals for the Federal Circuit re 122 Notice of Appeal (Federal Circuit). (nmg) (Entered: 02/04/2019) |
| 02/05/2019 | 123 | ANSWERING BRIEF in Opposition re 119 MOTION to Declare This Case Exceptional and Award Attorneys' Fees filed by Baggage Airline Guest Services, Inc..Reply Brief due date per Local Rules is 2/12/2019. (Ormerod, Eve) (Entered: 02/05/2019) |
| 02/05/2019 | 124 | DECLARATION of William Stein, Esq. re 123 Answering Brief in Opposition, by Baggage Airline Guest Services, Inc.. (Attachments: # 1 Exhibit A)(Ormerod, Eve) Modified on 2/6/2019 (nms). (Entered: 02/05/2019) |
| 02/06/2019 | 125 | NOTICE of Docketing Record on Appeal from USCA for the Federal Circuit re 122 Notice of Appeal (Federal Circuit), filed by Baggage Airline Guest Services, Inc.. USCA Case Number 19-1511. (nms) (Entered: 02/06/2019) |
| 02/12/2019 | 126 | REPLY BRIEF re 119 MOTION to Declare This Case Exceptional and Award Attorneys' Fees filed by Roadie, Inc.. (Kraman, Pilar) (Entered: 02/12/2019) |
| 02/12/2019 | 127 | DECLARATION of Dennis Moon re 119 MOTION to Declare This Case Exceptional and Award Attorneys' Fees, by Roadie, Inc.. (Kraman, Pilar) Modified on 2/13/2019 (nms). (Entered: 02/12/2019) |
| 02/15/2019 | 128 | MEMORANDUM ORDER: Defendant's Motion to Declare This Case Exceptional and Award Attorneys' Fees (D.I. 119 ) is DISMISSED WITHOUT PREJUDICE. The time for Roadie to file a renewed motion to declare the case exceptional is EXTENDED thirty days from the date when the Court of Appeals for the Federal Circuit issues the mandate in appeal No. 19-01511. Signed by Judge Richard G. Andrews on 4/15/2019. (nms) (Entered: 02/15/2019) |
| 02/19/2019 | 129 | TRANSCRIPT REQUEST by Baggage Airline Guest Services, Inc. for proceedings held |

| | | |
|---|---|---|
| | | on 12/04/2018 before Judge The Honorable Richard G. Andrews, (Ormerod, Eve) (Entered: 02/19/2019) |
| 03/11/2019 | 130 | ORAL ORDER: The mediation set for 3/19/19 at 10:00 AM and the submission due date of 3/7/19 are cancelled. Ordered by Judge Mary Pat Thynge on 3/11/19. (cak) (Entered: 03/11/2019) |
| 07/16/2019 | 131 | ORDER of USCA as to 122 Notice of Appeal, (Federal Circuit) filed by Baggage Airline Guest Services, Inc.. Decision of USCA: ORDER On Motion: The motion to strike is granted to the extent that the court strikes Bags' reply brief and the joint appendix. Bags may file a corrected reply brief and a corrected joint appendix without reference to the slides within 14 days of the date of filing of this order. (nms) (Entered: 07/16/2019) |
| 12/12/2019 | 132 | MANDATE of USCA for the Federal Circuit as to 122 Notice of Appeal (Federal Circuit), filed by Baggage Airline Guest Services, Inc.. USCA Decision: Affirmed. (Attachments: # 1 Judgment)(nms) (Entered: 12/12/2019) |
| 12/26/2019 | 133 | Renewed Motion to Declare This Case Exceptional and Award Attorneys' Fees Under 35 U.S.C. § 285 - filed by Roadie, Inc.. (Attachments: # 1 Proposed Order)(Kraman, Pilar) Modified on 12/27/2019 (nms). (Entered: 12/26/2019) |
| 12/26/2019 | 134 | OPENING BRIEF in Support re 133 Renewed Motion to Declare This Case Exceptional and Award Attorneys' Fees Under 35 U.S.C. § 285, filed by Roadie, Inc..Answering Brief/Response due date per Local Rules is 1/9/2020. (Kraman, Pilar) Modified on 12/27/2019 (nms). (Entered: 12/26/2019) |
| 12/26/2019 | 135 | DECLARATION of John P. Moy re 133 Renewed Motion to Declare This Case Exceptional and Award Attorneys' Fees Under 35 U.S.C. § 285, by Roadie, Inc.. (Attachments: # 1 Exhibits A-Z)(Kraman, Pilar) Modified on 12/27/2019 (nms). (Entered: 12/26/2019) |
| 01/09/2020 | 136 | ANSWERING BRIEF in Opposition re 133 Renewed Motion to Declare This Case Exceptional and Award Attorneys' Fees Under 35 U.S.C. § 285 filed by Baggage Airline Guest Services, Inc..Reply Brief due date per Local Rules is 1/16/2020. (Ormerod, Eve) (Entered: 01/09/2020) |
| 01/09/2020 | 137 | DECLARATION of William Stein, Esq. re 136 Answering Brief in Opposition, by Baggage Airline Guest Services, Inc.. (Attachments: # 1 Exhibit A)(Ormerod, Eve) Modified on 1/9/2020 (nms). (Entered: 01/09/2020) |
| 01/16/2020 | 138 | REPLY BRIEF re 133 Renewed Motion to Declare This Case Exceptional and Award Attorneys' Fees Under 35 U.S.C. § 285 filed by Roadie, Inc.. (Kraman, Pilar) (Entered: 01/16/2020) |
| 01/22/2020 | 139 | REQUEST for Oral Argument by Baggage Airline Guest Services, Inc. re 133 Renewed Motion to Declare This Case Exceptional and Award Attorneys' Fees Under 35 U.S.C. § 285. (Ormerod, Eve) (Entered: 01/22/2020) |
| 02/14/2020 | 140 | MEMORANDUM OPINION. Signed by Judge Richard G. Andrews on 2/14/2020. (nms) (Entered: 02/14/2020) |
| 02/14/2020 | 141 | ORDER: The Renewed Motion to Declare This Case Exceptional and Award Attorneys' Fees Under 35 U.S.C. § 285 (D.I. 133 ) is DENIED. Signed by Judge Richard G. Andrews on 2/14/2020. (nms) (Entered: 02/14/2020) |
| 02/27/2020 | 142 | NOTICE OF APPEAL to the Federal Circuit of 141 Order, 140 Memorandum Opinion . Appeal filed by Roadie, Inc.. (Kraman, Pilar) (Entered: 02/27/2020) |
| 02/27/2020 | | APPEAL - Credit Card Payment of $505.00 received re 142 Notice of Appeal (Federal |

| | | |
|---|---|---|
| | | Circuit) filed by Roadie, Inc.. ( Filing fee $505, receipt number 0311-2865418.) (Kraman, Pilar) (Entered: 02/27/2020) |
| 02/27/2020 | | Notification regarding 142 Notice of Appeal (Federal Circuit) sent to Reporter Triozzi. (amf) (Entered: 02/27/2020) |
| 02/27/2020 | | Notification regarding 142 Notice of Appeal (Federal Circuit) sent to Reporter Gunning. (amf) (Entered: 02/27/2020) |
| 02/27/2020 | | Notice of Appeal and Docket Sheet to US Court of Appeals for the Federal Circuit re 142 Notice of Appeal (Federal Circuit). (amf) (Entered: 02/27/2020) |
| 03/06/2020 | 144 | NOTICE of Docketing Record on Appeal from USCA for the Federal Circuit re 142 Notice of Appeal (Federal Circuit), filed by Roadie, Inc.. USCA Case Number 2020-1540. (nms) (Entered: 03/12/2020) |
| 03/11/2020 | 143 | TRANSCRIPT REQUEST by Roadie, Inc. TRANSCRIPT NOT NEEDED (Kraman, Pilar) (Entered: 03/11/2020) |
| 12/11/2020 | 145 | MANDATE of USCA for the Federal Circuit as to 142 Notice of Appeal (Federal Circuit), filed by Roadie, Inc.. USCA Decision: Affirmed. (Attachments: # 1 Judgment) (nms) (Entered: 12/11/2020) |