# EXHIBIT 3

APPEAL,CLOSED,JG,MEDREQ,PART_CONS,PERMSEAL,REF_DISCOV,STAYED

**U.S. District Court**
**Southern District of Florida (Miami)**
**CIVIL DOCKET FOR CASE #: 1:15-cv-20941-JAL**

| | |
|---|---|
| Liberty Mutual Fire Insurance Company v. State Farm Florida Insurance Company | Date Filed: 03/06/2015 |
| Assigned to: Judge Joan A. Lenard | Date Terminated: 07/14/2020 |
| Referred to: Magistrate Judge Jonathan Goodman | Jury Demand: Defendant |
| Case in other court:  USCA, 18-11652-AA | Nature of Suit: 110 Insurance |
|                                   USCA, 18-11652-AA | Jurisdiction: Diversity |
|                                   USCA, 19-12833-JJ | |
|                                   USCA, 20-12970-GG | |
|                                   USCA, 20-12970-GG | |
|                                   USCA, 20-13637-GG | |
| Cause: 28:1332 Diversity-Insurance Contract | |

**Plaintiff**

**Liberty Mutual Fire Insurance Company**       represented by       **Alejandra Arroyave Lopez**
Lapin & Leichtling, LLP
255 Alhambra Circle
Suite 1250
Coral Gables, FL 33134
305-569-4107
Fax: 569-0000
Email: alopez@ll-lawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan R. Rosenn**
Lapin & Leichtling LLP
255 Alhambra Circle, Suite 1250
Coral Gables, FL 33134
305-569-4100
Fax: 305-569-0000
Email: jrosenn@ll-lawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jan Timothy Williams**
Lapin & Leichtling, LLP
255 Alhambra Circle
Suite 1250
Coral Gables, FL 33134
3058300421
Email: jwilliams@ll-lawfirm.com
*ATTORNEY TO BE NOTICED*

**Jeffrey Scott Lapin**
Lapin & Leichtling, LLP
255 Alhambra Circle
Suite 1250
Coral Gables, FL 33134
305-569-4100
Fax: 305-569-0000
Email: JLapin@LL-Lawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**State Farm Florida Insurance Company**          represented by  **Jay Barry Green**
Green Ackeerman & Frost
1200 N Federal Highway
Suite 301
Boca Raton, FL 33432
561-347-2400
Fax: 561-955-9555
Email: jgreen@gaflaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Koebel Russo**
Russo Appellate Firm
6101 SW 76th Street
Miami, FL 33143
305-666-4660
Fax: 666-4470
Email: ekr@russoappeals.com
*ATTORNEY TO BE NOTICED*

**Kevin David Franz**
Lane Reese Summers Ennis & Perdomo PA
Suite 304
2600 Douglas Road
Coral Gables, FL 33134
305-666-4660
Fax: 305-666-4470
Email: kdf@russoappeals.com
*TERMINATED: 05/25/2018*

**Laurea Ann Faller**
Green & Ackerman, P.A.
1200 N. Federal Hwy.
Ste 301
Boca Raton, FL 33432
(561) 347-2400
Email: lfaller@gaflaw.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**State Farm Florida Insurance Company**                represented by **Jay Barry Green**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Koebel Russo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin David Franz**
(See above for address)
*TERMINATED: 05/25/2018*

**Laurea Ann Faller**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

<u>**Counter Defendant**</u>

**Liberty Mutual Fire Insurance Company**                represented by **Jonathan R. Rosenn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Scott Lapin**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/06/2015 | 1 | COMPLAINT *for Breach of Contract and Declaratory Judgment* against State Farm Florida Insurance Company. Filing fees $ 400.00 receipt number 113C-7534970, filed by Liberty Mutual Fire Insurance Company. (Attachments: # 1 Civil Cover Sheet, # 2 Summon(s), # 3 Exhibit Exhibit 1, # 4 Exhibit Exhibit 2, # 5 Exhibit Exhibit 3, # 6 Exhibit Exhibit 4, # 7 Exhibit Exhibit 5, # 8 Exhibit Exhibit 6)(Lapin, Jeffrey) (Entered: 03/06/2015) |
| 03/06/2015 | 2 | Judge Assignment to Judge Joan A. Lenard (jua) (Entered: 03/09/2015) |
| 03/06/2015 | 3 | Clerks Notice pursuant to 28 USC 636(c). Parties are hereby notified that the U.S. Magistrate Judge Jonathan Goodman is available to handle any or all proceedings in this case. If agreed, parties should complete and file the attached form. (jua) (Entered: 03/09/2015) |
| 03/09/2015 | 4 | Summons Issued as to State Farm Florida Insurance Company. (jua) (Entered: 03/09/2015) |
| 04/28/2015 | 5 | NOTICE of Attorney Appearance by Jay Barry Green on behalf of State Farm Florida Insurance Company. Attorney Jay Barry Green added to party State Farm Florida Insurance Company(pty:dft). (Green, Jay) (Entered: 04/28/2015) |
| 04/28/2015 | 6 | AGREED MOTION for Extension of Time to File Response/Reply/Answer as to 1 Complaint, by State Farm Florida Insurance Company. (Attachments: # 1 Text of Proposed Order)(Green, Jay) Modified text on 4/28/2015 (jua). (Entered: 04/28/2015) |

| 04/30/2015 | 7 | ORDER GRANTING Defendant' s 6 Agreed Motion for Extension of Time to Respond to Complaint. Defendant shall have until and including May 1, 2015, to respond to Plaintiff's Complaint. This entry constitutes the ENDORSED ORDER in its entirety. Signed by Judge Joan A. Lenard on 4/30/2015. (jn) (Entered: 04/30/2015) |
|---|---|---|
| 04/30/2015 | 8 | NOTICE of Attorney Appearance by Laurea Ann Faller on behalf of State Farm Florida Insurance Company. Attorney Laurea Ann Faller added to party State Farm Florida Insurance Company(pty:dft). (Faller, Laurea) (Entered: 04/30/2015) |
| 04/30/2015 | 9 | *State Farm's* ANSWER and Affirmative Defenses to Complaint with Jury Demand by State Farm Florida Insurance Company. (Faller, Laurea) (Entered: 04/30/2015) |
| 04/30/2015 | 10 | Defendant's COUNTERCLAIM against Liberty Mutual Fire Insurance Company, filed by State Farm Florida Insurance Company.(Faller, Laurea) (Entered: 04/30/2015) |
| 04/30/2015 | 11 | NOTICE of Attorney Appearance by Elizabeth Koebel Russo on behalf of State Farm Florida Insurance Company. Attorney Elizabeth Koebel Russo added to party State Farm Florida Insurance Company(pty:cc), Attorney Elizabeth Koebel Russo added to party State Farm Florida Insurance Company(pty:dft). (Russo, Elizabeth) (Entered: 04/30/2015) |
| 05/04/2015 | 12 | Order Referring Preliminary Status Conference, Discovery Disputes and Certain Pretrial Motions to Magistrate Judge Jonathan Goodman; Directing Parties to File Certificates of Interested Parties; Directing Parties to File a Notice of Refiling And/or of Related Cases; Requiring Completion of Form Consenting to Jurisdiction by Magistrate Judge; and Requiring Completion of Joint Scheduling Report and Form. Signed by Judge Joan A. Lenard on 05/04/15. (Attachments: # 1 Appendix, # 2 Appendix) (dp) (Entered: 05/04/2015) |
| 05/19/2015 | 13 | Certificate of Interested Parties/Corporate Disclosure Statement by Liberty Mutual Fire Insurance Company identifying Corporate Parent Liberty Mutual Group, Inc., Corporate Parent Liberty Mutual Holding Company, Inc., Corporate Parent LMHC Massachusetts Holding, Inc. for Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company (Lapin, Jeffrey) (Entered: 05/19/2015) |
| 05/19/2015 | 14 | NOTICE by State Farm Florida Insurance Company *of Refiling and/or Related Cases* (Faller, Laurea) (Entered: 05/19/2015) |
| 05/19/2015 | 15 | Certificate of Interested Parties/Corporate Disclosure Statement by State Farm Florida Insurance Company (Faller, Laurea) (Entered: 05/19/2015) |
| 05/19/2015 | 16 | NOTICE by Liberty Mutual Fire Insurance Company *of Refiling and/or Related Cases* (Lapin, Jeffrey) (Entered: 05/19/2015) |
| 05/26/2015 | 17 | MOTION for Extension of Time to File Response/Reply/Answer as to 10 Counterclaim by Liberty Mutual Fire Insurance Company. (Attachments: # 1 Text of Proposed Order) (Lapin, Jeffrey) (Entered: 05/26/2015) |
| 05/27/2015 | 18 | ORDER GRANTING Plaintiff's 17 Motion for Extension of Time to Serve its Response to Defendant's Counterclaim. Plaintiff shall have until and including June 2, 2015, to serve its Response. This entry constitutes the ENDORSED ORDER in its entirety. Signed by Judge Joan A. Lenard on 6/2/2015. (jn) (Entered: 05/27/2015) |
| 06/02/2015 | 19 | MOTION TO DISMISS 10 Counterclaim FOR FAILURE TO STATE A CLAIM , MOTION to Strike 10 Counterclaim by Liberty Mutual Fire Insurance Company. Responses due by 6/19/2015 (Rosenn, Jonathan) (Entered: 06/02/2015) |
| 06/03/2015 | 20 | Agreed MOTION for Extension of Time for Parties to File Joint Scheduling Report re 12 Order Referring Case to Judge,, by Liberty Mutual Fire Insurance Company. Responses |

| | | due by 6/22/2015 (Attachments: # 1 Text of Proposed Order)(Lapin, Jeffrey) (Entered: 06/03/2015) |
|---|---|---|
| 06/03/2015 | 21 | CONSENT to Jurisdiction by US Magistrate Judge by Liberty Mutual Fire Insurance Company (Lapin, Jeffrey) (Entered: 06/03/2015) |
| 06/04/2015 | 22 | ORDER GRANTING Plaintiff's 20 Agreed Motion for Extension of Time for the Parties to File their Joint Scheduling Report. The parties shall have until and including June 8, 2015, to file their Joints Scheduling Report and Form. This entry constitutes the ENDORSED ORDER in its entirety. Signed by Judge Joan A. Lenard on 6/4/2015. (jn) (Entered: 06/04/2015) |
| 06/08/2015 | 23 | JOINT SCHEDULING REPORT - Rule 16.1 by Liberty Mutual Fire Insurance Company (Lapin, Jeffrey) Modified text on 6/9/2015 (jua). (Entered: 06/08/2015) |
| 06/15/2015 | 24 | Defendant's MOTION for Extension of Time to file Response to Plaintiff's Motion to Dismiss with Prejudice or Strike Counterclaim re 19 MOTION TO DISMISS 10 Counterclaim FOR FAILURE TO STATE A CLAIM MOTION to Strike 10 Counterclaim by State Farm Florida Insurance Company. Responses due by 7/2/2015 (Attachments: # 1 Text of Proposed Order)(Russo, Elizabeth) (Entered: 06/15/2015) |
| 06/16/2015 | 25 | ORDER GRANTING Defendant's 24 Unopposed Motion for 7-Day Extension of Time to File Response to Plaintiff's Motion to Dismiss With Prejudice or Alternatively Strike State Farm's Counterclaim. Defendant shall have until and including June 26, 2015, to respond to Plaintiff's Motion to Dismiss. This entry constitutes the ENDORSED ORDER in its entirety. Signed by Judge Joan A. Lenard on 6/16/2015. (jn) (Entered: 06/16/2015) |
| 06/19/2015 | 26 | ORDER ADOPTING JOINT SCHEDULING REPORT,SETTING PRETRIAL CONFERENCE AND TRIAL,ESTABLISHING PRETRIAL DEADLINES, AND ESTABLISHING PRETRIAL AND TRIAL PROCEDURES Amended Pleadings due by 8/31/2015. Expert Discovery due by 1/22/2016. Fact Discovery due by 12/18/2015. Expert Witness List due by 11/20/2015. Joinder of Parties due by 8/31/2015. Mediation Deadline 2/19/2016. Dispositive Motions due by 2/12/2016. In Limine Motions due by 2/26/2016. Pretrial Stipulation due by 3/4/2016. Calendar Call set for 3/16/2016 04:00 PM in Miami Division before Judge Joan A. Lenard. Jury Trial set for 3/21/2016 in Miami Division before Judge Joan A. Lenard. Pretrial Conference set for 3/7/2016 03:00 PM in Miami Division before Judge Joan A. Lenard. Signed by Judge Joan A. Lenard on 6/19/2015. (pm) (Entered: 06/19/2015) |
| 06/24/2015 | 27 | RESPONSE in Opposition re 19 MOTION TO DISMISS 10 Counterclaim FOR FAILURE TO STATE A CLAIM MOTION to Strike 10 Counterclaim filed by State Farm Florida Insurance Company. Replies due by 7/6/2015. (Faller, Laurea) (Entered: 06/24/2015) |
| 07/08/2015 | 28 | AMENDED Order Adopting Joint Scheduling Report, setting Pretrial Conference and Trial, Establishing Pretrial Deadlines, and Establishing Pretrial and Trial Procedures: Pretrial Conference set for 8/15/2016 02:00 PM in Miami Division before Judge Joan A. Lenard. Jury Trial set for 9/6/2016 09:00 AM in Miami Division before Judge Joan A. Lenard. Calendar Call set for 8/31/2016 04:00 PM before Judge Joan A. Lenard. Amended Pleadings due by 8/31/2015. Expert Discovery due by 1/22/2016. Fact Discovery due by 12/18/2015. Joinder of Parties due by 8/31/2015. Mediation Deadline 2/19/2016. In Limine Motions due by 7/5/2016. Dispositive Motions due by 2/12/2016. Pretrial Stipulation due by 7/18/2016. Signed by Judge Joan A. Lenard on 07/08/15. (dp) (Entered: 07/08/2015) |
| 07/08/2015 | 29 | ORDER of Referral to Mediation and Directing Plaintiff's Counsel to Submit (Within Fourteen Days) Proposed Order Scheduling Mediation. Mediation Deadline 02/19/16. |

| | | |
|---|---|---|
| | | Signed by Judge Joan A. Lenard on 07/08/15. (Attachments: # 1 Appendix) (dp) (Entered: 07/08/2015) |
| 07/08/2015 | 30 | Order Setting Forth the Court's Policy on Motions for Extension or Stay of the Scheduling Order Deadlines. Signed by Judge Joan A. Lenard on 07/08/15. (dp) (Entered: 07/08/2015) |
| 07/23/2015 | 31 | ORDER TO SHOW CAUSE. On July 8, 2015, the Court issued an 29 Order of Referral to Mediation and therein provided Plaintiff's counsel fourteen days to complete and file a proposed order on mediation. To date, Plaintiff's counsel has not submitted a proposed order on mediation. Accordingly, it is ORDERED AND ADJUDGED that Plaintiff's counsel is provided until July 27, 2015, to complete and file a proposed order on mediation or show cause why this case should not be dismissed for non-compliance with the Court's Orders. This entry constitutes the ENDORSED ORDER in its entirety. Signed by Judge Joan A. Lenard on 7/23/2015. (jn) (Entered: 07/23/2015) |
| 07/27/2015 | 32 | NOTICE by Liberty Mutual Fire Insurance Company re 31 Order to Show Cause,, 29 Order Referring Case to Mediation, *of Filing Proposed Order Scheduling Mediation* (Attachments: # 1 Text of Proposed Order Order Scheduling Mediation) (Lapin, Jeffrey) (Entered: 07/27/2015) |
| 07/28/2015 | 33 | ORDER Scheduling Mediation before John Freud. Mediation Deadline 2/19/2015. Mediation Hearing set for 1/27/2016 09:00 AM. Signed by Judge Joan A. Lenard on 07/28/15. (dp) (Entered: 07/28/2015) |
| 08/31/2015 | 34 | Plaintiff's MOTION for Leave to File *Amended Complaint* by Liberty Mutual Fire Insurance Company. (Attachments: # 1 Exhibit A (form of proposed Amended Complaint))(Lapin, Jeffrey) (Entered: 08/31/2015) |
| 09/01/2015 | 35 | ORDER granting 34 Plaintiff's Unopposed Motion for Leave to File Amended Complaint. This entry constitutes the ENDORSED ORDER in its entirety. *Clerks Notice: Filer must separately re-file the amended pleading pursuant to Local Rule 15.1, unless otherwise ordered by the Judge.* Signed by Judge Joan A. Lenard on 9/1/2015. (tj00) (Entered: 09/01/2015) |
| 09/01/2015 | 36 | Plaintiff's AMENDED COMPLAINT against State Farm Florida Insurance Company filed in response to Order Granting Motion for Leave, filed by Liberty Mutual Fire Insurance Company. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6) (Lapin, Jeffrey) (Entered: 09/01/2015) |
| 09/15/2015 | 37 | *State Farm's* ANSWER and Affirmative Defenses to Amended Complaint with Jury Demand by State Farm Florida Insurance Company. (Faller, Laurea) (Entered: 09/15/2015) |
| 10/15/2015 | 38 | Defendant's MOTION for Extension of Time to Extend Pretrial Deadlines by State Farm Florida Insurance Company. Responses due by 11/2/2015 (Attachments: # 1 Text of Proposed Order)(Faller, Laurea) (Entered: 10/15/2015) |
| 10/19/2015 | 39 | ORDER denying 38 Defendant's Motion for Extension of Pretrial Deadlines. THIS CAUSE is before the Court on 38 Defendant's Motion for Extension of Pretrial Deadlines, filed on October 15, 2015. On July 8, 2015, the Court entered an 28 Amended Order Adopting Joint Scheduling Report that retained all of the Parties' proposed deadlines but reset the trial date to September 6, 2016. The Court also entered an 30 Order Setting Forth the Court's Policy on Motions for Extension or Stay of the Scheduling Order Deadlines. Therein, the Court advised that "in order to preserve the trial date and the administration of the court's docket, the court will only grant [extensions] in the rarest of circumstances such as an interlocutory appeal." (D.E. 30 .) |

| | | |
|---|---|---|
| | | Defendant's instant motion seeking an extension of certain deadlines does not cite sufficient grounds to grant an extension. Accordingly, it is ORDERED AND ADJUDGED that 38 Defendant's Motion for Extension of Pretrial Deadlines is DENIED. This entry constitutes the ENDORSED ORDER in its entirety. Signed by Judge Joan A. Lenard on 10/19/2015. (tj00) (Entered: 10/19/2015) |
| 11/05/2015 | 40 | NOTICE of Change of Address by Elizabeth Koebel Russo (Russo, Elizabeth) (Entered: 11/05/2015) |
| 11/06/2015 | 41 | ORDER Denying 19 Liberty Mutual Fire Insurance's Motion to Dismiss with Prejudice or Alternatively Strike State Farm's Counterclaim. Please see Order for details. Signed by Judge Joan A. Lenard on 11/6/2015. (tj00) (Entered: 11/06/2015) |
| 11/20/2015 | 42 | ANSWER to Counterclaim by Liberty Mutual Fire Insurance Company. (Lapin, Jeffrey) (Entered: 11/20/2015) |
| 01/27/2016 | 43 | MEDIATION REPORT by John Freud. Disposition: Adjourned.(Freud, John) (Entered: 01/27/2016) |
| 02/12/2016 | 44 | MOTION for Summary Judgment by State Farm Florida Insurance Company. Responses due by 2/29/2016 (Faller, Laurea) (Entered: 02/12/2016) |
| 02/12/2016 | 45 | Statement of: *Material Facts* by State Farm Florida Insurance Company re 44 MOTION for Summary Judgment (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23)(Faller, Laurea) (Entered: 02/12/2016) |
| 02/12/2016 | 46 | Plaintiff's MOTION for Partial Summary Judgment *against Defendant/Counter-Claimant State Farm and Incorporated Memorandum of Law* by Liberty Mutual Fire Insurance Company. Attorney Jan Timothy Williams added to party Liberty Mutual Fire Insurance Company(pty:pla). Responses due by 2/29/2016 (Attachments: # 1 Appendix Statement of Material Facts, # 2 Appendix Notice of Filing Summary Judgment Evidence, # 3 Deposition of Bertha Sanchez, # 4 Deposition of Ivan Cintron, # 5 Exhibit State Farm's Objections and Answers to Interrogatories)(Williams, Jan) (Entered: 02/12/2016) |
| 02/12/2016 | 47 | Plaintiff's MOTION to Seal *and Memorandum of Law* per Local Rule 5.4 by Liberty Mutual Fire Insurance Company. (Williams, Jan) (Entered: 02/12/2016) |
| 02/12/2016 | | SYSTEM ENTRY - Docket Entry 48 [misc] restricted/sealed until further notice. (1261520) (Entered: 02/12/2016) |
| 02/12/2016 | 49 | Clerks Notice to Filer re 48 Sealed Document. **Docket Text Does Not Match Document;** ERROR - The Filer failed to enter a title in the docket text that matches the title of the document. The correction was made by the Clerk. It is not necessary to refile the document. (nc) (Entered: 02/16/2016) |
| 02/16/2016 | 50 | ORDER GRANTING 47 Plaintiff's Motion to Seal underlying settlement agreement and other related documents. The documents described in Plaintiff's Motion should remain sealed permanently. Signed by Judge Joan A. Lenard on 2/16/2016. (jts) (Entered: 02/16/2016) |
| 02/16/2016 | 51 | Unopposed MOTION to Withdraw Document *[DE 45-21]* by State Farm Florida Insurance Company. Responses due by 3/4/2016 (Faller, Laurea) (Entered: 02/16/2016) |
| 02/17/2016 | 52 | ENDORSED ORDER GRANTING 51 Defendant's Motion to Withdraw. State Farm may withdraw Exhibit 21 of its Statement of Material Facts (D.E. [45-21]) from the public |

| | | record, and refile an amended exhibit which is properly redacted. |
|---|---|---|
| | | IT IS SO ORDERED. Signed by Judge Joan A. Lenard on 2/17/2016. (jts) (Entered: 02/17/2016) |
| 02/24/2016 | 53 | NOTICE by State Farm Florida Insurance Company *of Filing Amended Exhibit 21* (Faller, Laurea) (Entered: 02/24/2016) |
| 02/24/2016 | 54 | MOTION for Reconsideration re 50 Order on Motion to Seal, by State Farm Florida Insurance Company. (Faller, Laurea) (Entered: 02/24/2016) |
| 02/25/2016 | 55 | ENDORSED ORDER SETTING BRIEFING SCHEDULE. On February 24, 2016, Defendant State Farm Florida Ins. Co. filed its Motion for Reconsideration (D.E. 54 ). Plaintiff Liberty Mutual Fire Ins. Co.'s response, should it wish to file one, is due on or before March 2, 2016. If Plaintiff responds, Defendant's reply shall be due on or before March 4, 2016. Signed by Judge Joan A. Lenard on 2/25/2016. (jts) (Entered: 02/25/2016) |
| 02/29/2016 | 56 | RESPONSE to Motion re 46 Plaintiff's MOTION for Partial Summary Judgment *against Defendant/Counter-Claimant State Farm and Incorporated Memorandum of Law* filed by State Farm Florida Insurance Company. Replies due by 3/10/2016. (Faller, Laurea) (Entered: 02/29/2016) |
| 02/29/2016 | 57 | RESPONSE/REPLY *to Plaintiff/Counter-Defendant's Statement of Material Facts in Support of Motion for Partial Summary Judgment* by State Farm Florida Insurance Company. (Faller, Laurea) (Entered: 02/29/2016) |
| 02/29/2016 | 58 | RESPONSE in Opposition re 44 MOTION for Summary Judgment filed by Liberty Mutual Fire Insurance Company. Replies due by 3/10/2016. (Lapin, Jeffrey) (Entered: 02/29/2016) |
| 02/29/2016 | 59 | Statement of Material Facts in Opposition to 44 Motion for Summary Judgment and 45 Statement, by Liberty Mutual Fire Insurance Company. (Lapin, Jeffrey) Modified text and added link on 3/1/2016 (jua). (Entered: 02/29/2016) |
| 03/01/2016 | | **Set/Reset Deadlines/Hearings:** Pretrial Conference set for 8/15/2016 at 2:00 PM in Miami Division before Judge Joan A. Lenard; Calendar Call set for 8/31/2016 at 4:00 PM in Miami Division before Judge Joan A. Lenard; Jury Trial set for 9/6/2016 at 9:00 AM in Miami Division before Judge Joan A. Lenard. (jts) (Entered: 03/01/2016) |
| 03/01/2016 | | **Set/Reset Deadlines/Hearings:** In Limine Motions due by 7/5/2016; Pretrial Stipulation due by 7/18/2016. (jts) (Entered: 03/01/2016) |
| 03/02/2016 | 60 | RESPONSE in Opposition re 54 MOTION for Reconsideration re 50 Order on Motion to Seal, filed by Liberty Mutual Fire Insurance Company. Replies due by 3/14/2016. (Attachments: # 1 Exhibit 1 (Lapin Declaration))(Lapin, Jeffrey) (Entered: 03/02/2016) |
| 03/04/2016 | 61 | NOTICE of Attorney Appearance by Kevin David Franz on behalf of State Farm Florida Insurance Company. Attorney Kevin David Franz added to party State Farm Florida Insurance Company(pty:cc), Attorney Kevin David Franz added to party State Farm Florida Insurance Company(pty:dft). (Franz, Kevin) (Entered: 03/04/2016) |
| 03/04/2016 | 62 | REPLY to Response to Motion re 54 MOTION for Reconsideration re 50 Order on Motion to Seal, filed by State Farm Florida Insurance Company. (Franz, Kevin) (Entered: 03/04/2016) |
| 03/07/2016 | 63 | ENDORSED ORDER DENYING 54 Defendant's Motion for Reconsideration. On February 24, 2016, the Defendant filed its Motion asking the Court to reconsider its previous Order (D.E. 50) sealing the confidential settlement agreement between the |

Plaintiff and a third party. Defendant argues that the Court's earlier Order violates the public's common-law right of access.

"The common-law right of access includes the right to inspect and copy public records and documents." Chicago Tribune Co. v. Bridgestone/Firestone, Inc., 263 F.3d 1304, 1311 (11th Cir. 2001)(citing Nixon v. Warner Comm., Inc., 435 U.S. 589, 597(1978)). "The right to inspect and copy is not absolute, however, and a judge's exercise of discretion in deciding whether to release judicial records should be informed by a 'sensitive appreciation of the circumstances that led to... [the] production [of the particular document in question].'" Id. (citing Nixon at 598) (internal citations omitted). Not unlike the Rule 26 standard, the common-law right of access requires a balancing of competing interests. "The right of access does not apply to discovery and, where it does apply, may be overcome by a showing of good cause." Romero v. Drummond Co., 480 F.3d 1234, 1245 (11th Cir. 2007). "[M]aterial filed in connection with pretrial motions that require judicial resolution of the merits is subject to the common-law right...." Id.

In this case, the disputed document is subject to the common law right. In determining whether good cause exists to overcome the common law right to access, courts "balance the asserted right of access against the other party's interest in keeping the information confidential." Chicago Tribune, 263 F.3d at 1309. "[W]hether good cause exists... is... decided by the nature and character of the information in question." Id. at 1315. In balancing the public's right against the asserted individual interest, courts weigh several factors including: (1) whether allowing access would impair court functions or harm legitimate privacy interests; (2) the degree of and likelihood of injury if made public; (3) the reliability of the information; (4) whether there will be an opportunity to respond to the information; (5) whether the information concerns public officials or public concerns; and (6) the availability of a less onerous alternative to sealing the documents. See In re Alexander Grant & Co. Litig., 820 F.2d 352, 356 (11th Cir. 1987).

Here, Defendant argues that the confidential settlement agreement between Plaintiff and a third-party should be made available to the public. The Court disagrees. The agreement in this case was negotiated between the parties with the expectation that it would remain private and confidential. If a non-party to a confidential agreement could force that agreement to be made public simply by suing one of the parties, then confidentiality provisions would have little value in American law. Additionally, if the Court required Plaintiff to make its agreement public, then it would simultaneously force the Plaintiff to breach the very terms of that agreement. Having considered and weighed all of the factors, the Court concludes that the confidential settlement agreement in dispute should remain sealed. See, e.g., Local Access, LLC v. Peerless Network, Inc., No. 6:14-CV-399-ORL-40, 2015 WL 5307729, at *2 (M.D. Fla. Sept. 10, 2015) ("A party's interest in the privacy of... the terms of confidential agreements oftentimes outweighs the public's right of access."); Graphic Packaging Int'l, Inc. v. C.W. Zumbiel Co., No. 3:10-CV-891-J-JBT, 2010 WL 6790538, at *2 (M.D. Fla. Oct. 28, 2010) (same).

Furthermore, Defendant will suffer no prejudice by the seal, because the Court will require Plaintiff to provide an un-redacted copy of the settlement agreement to the Defendant pursuant to the strictest terms of confidentiality. This will permit Defendant to rigorously defend its case while protecting the Plaintiff's right to contract.

Finally, the Court expresses concern that this matter required court-intervention in the first place.

IT IS SO ORDERED. Signed by Judge Joan A. Lenard on 3/7/2016. (jts) (Entered: 03/07/2016)

| | | |
|---|---|---|
| 03/10/2016 | 64 | REPLY to Response to Motion re 46 Plaintiff's MOTION for Partial Summary Judgment *against Defendant/Counter-Claimant State Farm and Incorporated Memorandum of Law* filed by Liberty Mutual Fire Insurance Company. (Rosenn, Jonathan) (Entered: 03/10/2016) |
| 03/10/2016 | 65 | REPLY to Response to Motion re 44 MOTION for Summary Judgment filed by State Farm Florida Insurance Company. (Faller, Laurea) (Entered: 03/10/2016) |
| 06/20/2016 | 66 | Joint Notification of Ninety Days Expiring by Liberty Mutual Fire Insurance Company re 46 Plaintiff's MOTION for Partial Summary Judgment *against Defendant/Counter-Claimant State Farm and Incorporated Memorandum of Law* filed by Liberty Mutual Fire Insurance Company, 44 MOTION for Summary Judgment filed by State Farm Florida Insurance Company (Lapin, Jeffrey) Modified title text on 6/21/2016 (asl). (Entered: 06/20/2016) |
| 07/05/2016 | 67 | Statement of: Deposition Designations by Liberty Mutual Fire Insurance Company re 28 Scheduling Order,,, (Lapin, Jeffrey) (Entered: 07/05/2016) |
| 07/05/2016 | 68 | Statement of: *Deposition Designations* by State Farm Florida Insurance Company re 28 Scheduling Order,,, (Faller, Laurea) (Entered: 07/05/2016) |
| 07/12/2016 | 69 | Statement of: *Objections and Cross Designations* by State Farm Florida Insurance Company re 67 Statement (Faller, Laurea) (Entered: 07/12/2016) |
| 07/12/2016 | 70 | Statement of: Objections and Cross-Designations to State Farm's Deposition Designations by Liberty Mutual Fire Insurance Company (Rosenn, Jonathan) (Entered: 07/12/2016) |
| 07/18/2016 | 71 | PRETRIAL STIPULATION *Joint* by Liberty Mutual Fire Insurance Company (Rosenn, Jonathan) (Entered: 07/18/2016) |
| 07/19/2016 | 72 | Statement of: *Objections to Cross Designations of Liberty Mutual Fire Insurance Company* by State Farm Florida Insurance Company re 70 Statement (Faller, Laurea) (Entered: 07/19/2016) |
| 07/26/2016 | 73 | NOTICE by Liberty Mutual Fire Insurance Company re 28 Scheduling Order,,, *of Joint Filing of Annotated Deposition Transcripts* (Attachments: # 1 Deposition Annotated Sanchez Deposition, # 2 Deposition Annotated Cintron Deposition) (Lapin, Jeffrey) (Entered: 07/26/2016) |
| 08/03/2016 | | ENDORSED ORDER RESETTING DEADLINES. Pretrial conference set for 9/19/2016 at 2:15 PM in Miami Division before Judge Joan A. Lenard; trial set for period commencing 10/17/2016.<br><br>Signed by Judge Joan A. Lenard on 8/3/2016. (jts) (Entered: 08/03/2016) |
| 08/25/2016 | 74 | NOTICE Resetting of Hearing: Calendar Call reset for 10/12/2016 04:00 AM in Miami Division before Judge Joan A. Lenard. (pm) (Entered: 08/25/2016) |
| 08/30/2016 | | Set/Reset Scheduling Order Deadlines: Calendar Call set for 10/12/2016 04:00 PM in Miami Division before Judge Joan A. Lenard. (dp) (Entered: 08/30/2016) |
| 09/12/2016 | 75 | STIPULATION re 28 Scheduling Order,,, 71 Pretrial Stipulation *of No Fact Issues to Be Tried by a Jury* by Liberty Mutual Fire Insurance Company (Lapin, Jeffrey) (Entered: 09/12/2016) |
| 09/15/2016 | 76 | ENDORSED ORDER CANCELLING Pretrial Conference and all remaining hearings and deadlines. Based on the parties' Joint Pretrial Stipulation (D.E. 75 ) filed on September 12, 2016, this case presents pure questions of law that must be resolved by the |

| | | |
|---|---|---|
| | | Court. Accordingly, the parties need not attend pretrial conference or calendar call and this case is removed from the Court's civil trial calendar.<br><br>IT IS SO ORDERED. Signed by Judge Joan A. Lenard on 9/15/2016. (jts) (Entered: 09/15/2016) |
| 09/29/2016 | 77 | ORDER GRANTING IN PART AND DENYING IN PART 44 State Farm's Motion for Summary Judgment; GRANTING IN PART AND DENYING IN PART 46 Liberty Mutual's Motion for Summary Judgment; and CLOSING case.<br><br>Final Judgment shall be entered by separate order.<br><br>Signed by Judge Joan A. Lenard on 9/29/2016. (jts) (Entered: 09/29/2016) |
| 09/29/2016 | 78 | Clerk's Notice Administratively Closing Case. (jts) (Entered: 09/29/2016) |
| 10/07/2016 | 79 | Plaintiff's MOTION for Reconsideration re 77 Order on Motion for Summary Judgment, Order on Motion for Partial Summary Judgment,, by Liberty Mutual Fire Insurance Company. (Lapin, Jeffrey) (Entered: 10/07/2016) |
| 10/11/2016 | 80 | NOTICE by Liberty Mutual Fire Insurance Company re 77 Order on Motion for Summary Judgment, Order on Motion for Partial Summary Judgment,, *of Jointly Filing Proposed Final Judgments* (Attachments: # 1 Text of Proposed Order Final Judgment, # 2 Text of Proposed Order Final Judgment) (Lapin, Jeffrey) (Entered: 10/11/2016) |
| 10/12/2016 | 81 | ENDORSED ORDER. State Farm Florida Insurance Company is ORDERED to file a response to Liberty Mutual Fire Insurance Company's Motion for Reconsideration (D.E. 79 ) on or before October 19, 2016 at 5:00 p.m. Liberty Mutual will then have until October 26, 2016 at 5:00 p.m., to file its reply.<br><br>IT IS SO ORDERED. Signed by Judge Joan A. Lenard on 10/12/2016. (jts) (Entered: 10/12/2016) |
| 10/19/2016 | 82 | RESPONSE to Motion re 79 Plaintiff's MOTION for Reconsideration re 77 Order on Motion for Summary Judgment, Order on Motion for Partial Summary Judgment,, filed by State Farm Florida Insurance Company. Replies due by 10/31/2016. (Russo, Elizabeth) (Entered: 10/19/2016) |
| 10/26/2016 | 83 | REPLY to Response to Motion re 79 Plaintiff's MOTION for Reconsideration re 77 Order on Motion for Summary Judgment, Order on Motion for Partial Summary Judgment,, filed by Liberty Mutual Fire Insurance Company. (Lapin, Jeffrey) (Entered: 10/26/2016) |
| 02/10/2017 | 84 | Notification of Ninety Days Expiring *Filed Jointly by Liberty Mutual Fire Insurance Company and* by State Farm Florida Insurance Company (Faller, Laurea) (Entered: 02/10/2017) |
| 07/21/2017 | 85 | Notification of Ninety Days Expiring *Filed Jointly by Liberty Mutual Fire Insurance Company and* by State Farm Florida Insurance Company (Faller, Laurea) (Entered: 07/21/2017) |
| 01/29/2018 | 86 | Joint Motion for Case Management Conference by State Farm Florida Insurance Company *of Filing Joint Motion for Case Management Conference* (Faller, Laurea) Modified on 1/30/2018 (dj). (Entered: 01/29/2018) |
| 01/29/2018 | 87 | Clerks Notice to Filer re 86 Notice (Other). **Wrong Event Selected - Document is a Motion**; ERROR - The Filer selected the wrong event. A motion event must always be selected when filing a motion. The correction was made by the Clerk. It is not necessary to refile this document. (dj) (Entered: 01/30/2018) |

| 03/22/2018 | 88 | ORDER GRANTING IN PART AND DENYING IN PART <u>79</u> Plaintiff/Counter-Defendant Liberty Mutual's Motion for Reconsideration of this Court's Omnibus Order Granting in Part and Denying in Part Motions for Summary Judgment. Liberty Mutual does not identify the legal authority for its Motion for Reconsideration. However, because the Motion was filed within twenty-eight days of the Court's Omnibus Order on the Parties' Cross Motions for Summary Judgment ("Omnibus Order"), it is properly construed as a Motion under Rule 59(e). <u>See, e.g.,</u> <u>Beach Terrace Condo. Ass'n v. Goldring Invs.,</u> No. 8:15-cv-1117-T-33TBM, 2015 WL 4548721, at *1 (M.D. Fla. July 28, 2015). "'The only grounds for granting [a Rule 59] motion are newly-discovered evidence or manifest errors of law or fact.'" <u>Arthur v. King,</u> 500 F.3d 1335, 1343 (11th Cir. 2007) (quoting <u>In re Kellogg,</u> 197 F.3d 1116, 1119 (11th Cir. 1999)). "'[A] Rule 59(e) motion [cannot be used] to relitigate old matters, raise argument or present evidence that could have been raised prior to the entry of judgment.'" <u>Id.</u> (quoting <u>Michael Linet, Inc. v. Vill. of Wellington, Fla.,</u> 408 F.3d 757, 763 (11th Cir. 2005)). Whether to grant a Rule 59(e) motion to alter or amend a summary judgment order is a matter left to the district court's discretion. <u>See</u> <u>Solutia, Inc. v. McWane, Inc.,</u> 672 F.3d 1230, 1238-39 (11th Cir. 2012); <u>see also</u> <u>Lussier v. Dugger,</u> 904 F.2d 661, 667 (11th Cir. 1990) ("Motions for relief from judgment are subject to the trial court's discretion.") (citation omitted).<br><br>Here, the Parties agree that the Court's Omnibus Order incorrectly found that the Certificate of Insurance issued to Liberty Mutual did not reference the Contractor's Policy. However, the Parties disagree as to whether that factual error warrants reconsideration of the Court's legal conclusions.<br><br>The Court accepts the Parties' stipulation that the Omnibus Order contains a factual error regarding the Certificate of Insurance. Therefore, it is ORDERED AND ADJUDGED that the Motion for Reconsideration is GRANTED IN PART and the Omnibus Order is hereby AMENDED to reflect that the Certificate of Insurance references the Contractor's Policy.<br><br>However, the Court finds that Liberty Mutual is not entitled to reconsideration of the Court's legal conclusions. The fact that both Parties present plausible arguments on the issue demonstrates that the Court did not make a "<u>manifest</u> error of law" necessitating reconsideration. A "manifest error" is "[a]n error that is plain and indisputable, and that amounts to a complete disregard of the controlling law or the credible evidence in the record." <u>Error,</u> Black's Law Dictionary (10th ed. 1014); <u>see also</u> <u>Daughtry v. Army Fleet Support, LLC,</u> Civil Action No. 1:11cv153MHT, 2014 WL 466100, at *2 (M.D. Ala. Feb. 5, 2014). Here, it is a least disputable whether the Court's ruling was erroneous. Consequently, Liberty Mutual has not demonstrated that it is entitled to further reconsideration under Rule 59(e).<br><br>Accordingly, it is ORDERED AND ADJUDGED that Liberty Mutual's Motion for Reconsideration is GRANTED IN PART AND DENIED IN PART consistent with this Order. It is FURTHER ORDERED AND ADJUDGED that the Parties' Joint Motion for Case Management Conference is DENIED AS MOOT. This entry constitutes the ENDORSED ORDER in its entirety. Signed by Judge Joan A. Lenard on 3/22/2018. (gie) (Entered: 03/22/2018) |
| 04/11/2018 | <u>89</u> | FINAL JUDGMENT in favor of Plaintiff Liberty Mutual Fire Insurance Company and against Defendant State Farm Florida Insurance Company in the amount of $284,414.40, plus pre- and post-judgment interest as set forth herein. Signed by Judge Joan A. Lenard on 4/11/2018. (ae00) (Entered: 04/11/2018) |
| 04/19/2018 | <u>90</u> | Notice of Appeal as to <u>89</u> Judgment, 88 Order on Motion for Reconsideration,,,,,,,,,,,,,,,, Order on Motion for Miscellaneous Relief,,,,,,,,,,,,,,,, <u>77</u> Order on Motion for Summary |

| | | |
|---|---|---|
| | | Judgment,, Order on Motion for Partial Summary Judgment, by Liberty Mutual Fire Insurance Company. Filing fee $ 505.00 receipt number 113C-10585206. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under Transcript Information. (Attachments: # 1 Final Judgment, # 2 Omnibus Order, # 3 Order on Reconsideration)(Lopez, Alejandra) (Entered: 04/19/2018) |
| 04/20/2018 | | Transmission of Notice of Appeal, Order/Judgment under appeal and Docket Sheet to US Court of Appeals re 90 Notice of Appeal, Notice has been electronically mailed. (apz) (Entered: 04/20/2018) |
| 04/20/2018 | 91 | MOTION to Remove Kevin D. Franz as Counsel of Record by State Farm Florida Insurance Company. (Attachments: # 1 Text of Proposed Order)(Russo, Elizabeth) (Entered: 04/20/2018) |
| 04/23/2018 | 92 | Acknowledgment of Receipt of NOA from USCA re 90 Notice of Appeal,, filed by Liberty Mutual Fire Insurance Company. Date received by USCA: 4/20/2018. USCA Case Number: 18-11652-AA. (apz) (Entered: 04/23/2018) |
| 04/24/2018 | 93 | ORDER GRANTING 91 Defendant's Motion to Remove Kevin D. Franz as Counsel of Record, filed April 20, 2018. Counsel at Russo Appellate Firm, P.A., one of the law firms representing Defendant in this action, advises that Mr. Franz no longer works at the Russo firm and should no longer be an attorney of record in the case. It is ORDERED AND ADJUDGED that Attorney Kevin D. Franz is REMOVED as counsel of record for Defendant in this action. This entry constitutes the ENDORSED ORDER in its entirety. Signed by Judge Joan A. Lenard on 4/24/2018. (ae00) (Entered: 04/24/2018) |
| 04/25/2018 | 94 | **STRICKEN** Defendant's MOTION for Attorney Fees *and Costs* by State Farm Florida Insurance Company. Responses due by 5/9/2018 (Attachments: # 1 Exhibit A - Offer of Judgment/Proposal for Settlement)(Faller, Laurea) Text Modified on 5/2/2018 per DE 97 ORDER (ail). (Entered: 04/25/2018) |
| 04/25/2018 | 95 | **STRICKEN** MOTION for Attorney Fees *and Costs* by Liberty Mutual Fire Insurance Company. Attorney Alejandra Arroyave Lopez added to party Liberty Mutual Fire Insurance Company(pty:pla). Responses due by 5/9/2018 (Lopez, Alejandra) Text Modified on 5/2/2018 per DE 97 ORDER (ail). (Entered: 04/25/2018) |
| 04/26/2018 | 96 | ORDER REFERRING to Magistrate Judge Jonathan Goodman pursuant to 28 U.S.C. § 636(b)(1)(A) to hear and determine 94 Defendant State Farm Florida Insurance Company's Verified Motion for Attorneys' Fees and Costs; and 95 Plaintiff/Counter-Defendant Liberty Mutual's Motion for Attorney's Fees and Costs, both filed on April 25, 2018, and all related motions and pleadings. This entry constitutes the ENDORSED ORDER in its entirety. Signed by Judge Joan A. Lenard on 4/26/2018. (ae00) (Entered: 04/26/2018) |
| 05/01/2018 | 97 | Omnibus ORDER striking 94 95 Fee Motions. Signed by Magistrate Judge Jonathan Goodman on 5/1/2018. (jdo) (Entered: 05/01/2018) |
| 05/03/2018 | 98 | TRANSCRIPT INFORMATION FORM by Liberty Mutual Fire Insurance Company re 90 Notice of Appeal,. No Transcript Requested. (Rosenn, Jonathan) (Entered: 05/03/2018) |
| 05/04/2018 | 99 | Notice of Appeal as to 89 Judgment, 77 Order on Motion for Summary Judgment,, Order on Motion for Partial Summary Judgment, by State Farm Florida Insurance Company. Filing fee $ 505.00 receipt number 113C-10626336. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP |

| | | |
|---|---|---|
| | | 10(b)]. For information go to our FLSD website under Transcript Information. (Russo, Elizabeth) (Entered: 05/04/2018) |
| 05/07/2018 | | Transmission of Notice of Appeal, Order/Judgment under appeal and Docket Sheet to US Court of Appeals re 99 Notice of Appeal, Notice has been electronically mailed. (apz) (Entered: 05/07/2018) |
| 05/09/2018 | 100 | Acknowledgment of Receipt of NOA from USCA re 99 Notice of Appeal,, filed by State Farm Florida Insurance Company. Date received by USCA: 5/7/2018. USCA Case Number: 18-11652-AA. (apz) (Entered: 05/09/2018) |
| 05/10/2018 | 101 | TRANSCRIPT INFORMATION FORM by State Farm Florida Insurance Company re 99 Notice of Appeal,,. No Transcript Requested. (Russo, Elizabeth) (Entered: 05/10/2018) |
| 05/11/2018 | 102 | MOTION for Bill of Costs by Liberty Mutual Fire Insurance Company. Responses due by 5/25/2018 (Attachments: # 1 Memorandum in Support of Bill of Costs)(Lapin, Jeffrey) (Entered: 05/11/2018) |
| 05/11/2018 | 103 | MOTION for Bill of Costs by State Farm Florida Insurance Company. Responses due by 5/25/2018 (Attachments: # 1 Memorandum in support of Bill of Costs)(Faller, Laurea) (Entered: 05/11/2018) |
| 05/15/2018 | 104 | ORDER REFERRING to Magistrate Judge to Magistrate Judge Jonathan Goodman pursuant to 28 U.S.C. § 636(b)(1)(A) to hear and determine 102 Plaintiff/Counter-Defendant Liberty Mutual's Motion for Bill of Costs, and 103 State Farm Insurance Company's Motion for Bill of Costs, and all related pleadings. This entry constitutes the ENDORSED ORDER in its entirety. Signed by Judge Joan A. Lenard on 5/15/2018. (gie) (Entered: 05/15/2018) |
| 05/18/2018 | 105 | MOTION to Stay *Consideration of All Fee and Cost Matters Until Conclusion of Appeal* by State Farm Florida Insurance Company. Responses due by 6/1/2018 (Faller, Laurea) (Entered: 05/18/2018) |
| 05/18/2018 | 106 | ENDORSED ORDER requiring State Farm Florida Insurance Company to file any request for extension of time as a separate motion, which must comply with the Local Rule's requirements and set forth how much time the movant actually needs. This does not constitute a ruling on the motion to stay. Signed by Magistrate Judge Jonathan Goodman on 5/18/2018. (jdo) (Entered: 05/18/2018) |
| 05/21/2018 | 107 | Unopposed MOTION for Extension of Time To Complete Attorney's Fee and Cost Matters by State Farm Florida Insurance Company. Responses due by 6/4/2018 (Attachments: # 1 Text of Proposed Order Exhibit 1)(Faller, Laurea) (Entered: 05/21/2018) |
| 05/22/2018 | 108 | ENDORSED ORDER granting 107 unopposed Motion for Extension of Time. If the Undersigned denies Defendant's 105 Motion to Stay, then Defendant shall have 30 days to file its response to Plaintiff's 102 Bill of Costs and to file a revised Motion for Attorney's Fees. Signed by Magistrate Judge Jonathan Goodman on 5/22/2018. (jdo) (Entered: 05/22/2018) |
| 05/23/2018 | 109 | Supplemental MOTION for Extension of Time To Complete Attorney's Fee and Cost Matters *(Unopposed)* by State Farm Florida Insurance Company. Responses due by 6/6/2018 (Attachments: # 1 Text of Proposed Order Exhibit 1)(Faller, Laurea) (Entered: 05/23/2018) |
| 05/24/2018 | 110 | ENDORSED ORDER granting 109 supplemental Motion for Extension of Time. If the Undersigned denies Defendant's 105 Motion to Stay, then Plaintiff shall have 30 days to file its response to Defendant's 103 Bill of Costs and to file a revised Motion for |

|  |  | Attorney's Fees. Signed by Magistrate Judge Jonathan Goodman on 5/24/2018. (jdo) (Entered: 05/24/2018) |
|---|---|---|
| 05/25/2018 |  | Attorney Kevin David Franz terminated per Order at DE 93. (bb) (Entered: 05/25/2018) |
| 06/01/2018 | 111 | RESPONSE in Opposition re 105 MOTION to Stay *Consideration of All Fee and Cost Matters Until Conclusion of Appeal* filed by Liberty Mutual Fire Insurance Company. Replies due by 6/8/2018. (Lopez, Alejandra) (Entered: 06/01/2018) |
| 06/08/2018 | 112 | REPLY to Response to Motion re 105 MOTION to Stay *Consideration of All Fee and Cost Matters Until Conclusion of Appeal* filed by State Farm Florida Insurance Company. (Faller, Laurea) (Entered: 06/08/2018) |
| 06/19/2018 | 113 | Pursuant to F.R.A.P. 11(c), the Clerk of the District Court for the Southern District of Florida certifies that the record is complete for purposes of this appeal re: 99 Notice of Appeal,, 90 Notice of Appeal, Appeal No. 18-11652-AA. The entire record on appeal is available electronically. (apz) (Entered: 06/19/2018) |
| 09/05/2018 | 114 | ORDER Deferring Motions for Attorney's Fees and Costs. Signed by Magistrate Judge Jonathan Goodman on 9/5/2018. *See attached document for full details.* (jdo) (Entered: 09/05/2018) |
| 05/30/2019 | 115 | MANDATE of USCA (certified copy). AFFIRMED in part, VACATED in part, and REMANDED. In sum, we affirm that part of the district court's summary-judgment order holding that State Farm had a duty to defend Liberty Mutual against vicarious liability claims starting on October 18, 2012. But as to the question of whether either the contractors policy or the umbrella policy imposed a broader duty to defend against claims seeking to hold Liberty Mutual liable for Liberty Mutual's own acts, the district court's summary-judgment order and subsequent order on a motion for reconsideration left several questions of fact and law unresolved. We therefore vacate that part of the summary-judgment order and remand for further proceedings consistent with this opinion re 99 Notice of Appeal, filed by State Farm Florida Insurance Company, 90 Notice of Appeal, filed by Liberty Mutual Fire Insurance Company; Date Issued: 5/30/2019; USCA Case Number: 18-11652-AA. (apz) (Entered: 05/31/2019) |
| 06/17/2019 | 116 | ORDER on Remand GRANTING Plaintiff Liberty Mutual's 46 Motion for Partial Summary Judgment. Signed by Judge Joan A. Lenard on 6/17/2019. *See attached document for full details.* (gie) (Entered: 06/17/2019) |
| 06/27/2019 | 117 | ORDER of USCA. Because numerous other issues from the main appeal remain pending before the district court on remand, this Court TRANSFERS Liberty Mutual's motion for attorneys' fees to the district court for its consideration re 90 Notice of Appeal, filed by Liberty Mutual Fire Insurance Company. USCA #18-11652-AA. (apz) (Entered: 06/27/2019) |
| 06/27/2019 | 118 | MOTION for Attorney Fees. (Per DE 117 USCA Order transferring Motion for Attorneys' fees to District Court - Record Received). Motion found at page no. 2. Response found at page no. 32. Reply found at page no. 41. (apz) (Entered: 06/27/2019) |
| 06/27/2019 | 119 | Defendant's MOTION for Reconsideration re 116 Order *on Remand* by State Farm Florida Insurance Company. (Russo, Elizabeth) (Entered: 06/27/2019) |
| 06/27/2019 | 120 | Defendant's MOTION for Extension of Time to File Proposed Final Judgment by State Farm Florida Insurance Company. Responses due by 7/11/2019 (Russo, Elizabeth) (Entered: 06/27/2019) |
| 06/27/2019 | 121 | NOTICE by Liberty Mutual Fire Insurance Company *of Filing Declaration of Gary Guzzi, Esq.* (Attachments: # 1 Exhibit) (Rosenn, Jonathan) (Entered: 06/27/2019) |

| 06/27/2019 | 122 | NOTICE by Liberty Mutual Fire Insurance Company *of Filing Declaration of John A. Moore, Esq.* (Rosenn, Jonathan) (Entered: 06/27/2019) |
|---|---|---|
| 06/27/2019 | 123 | NOTICE by Liberty Mutual Fire Insurance Company re 116 Order *Proposed Final Judgment* (Rosenn, Jonathan) (Entered: 06/27/2019) |
| 06/28/2019 | 124 | Defendant's MOTION for Leave to File *Document Under Seal* by State Farm Florida Insurance Company. (Russo, Elizabeth) (Entered: 06/28/2019) |
| 06/28/2019 | 125 | NOTICE by State Farm Florida Insurance Company re 123 Notice (Other) *Objection to Plaintiff's Proposed Final Judgment* (Russo, Elizabeth) (Entered: 06/28/2019) |
| 07/01/2019 | 126 | PAPERLESS ORDER GRANTING 120 Defendant's Motion for Extension of Time to File Proposed Final Judgment. Defendant shall file a proposed final judgment withing ten days of the Court's order on the Motion for Reconsideration. This entry constitutes the PAPERLESS ORDER in its entirety. Signed by Judge Joan A. Lenard on 7/1/2019. (gie) (Entered: 07/01/2019) |
| 07/01/2019 | 127 | PAPERLESS ORDER REFERRING to Magistrate Judge Jonathan Goodman pursuant to 28 U.S.C. § 636(b)(1)(A) to hear and determine 118 Liberty Mutual Fire Insurance Company's Motion for Prevailing Party Attorneys' Fees. This entry constitutes the PAPERLESS ORDER in its entirety. Signed by Judge Joan A. Lenard on 7/1/2019. (gie) (Entered: 07/01/2019) |
| 07/01/2019 | 128 | PAPERLESS ORDER GRANTING 124 Defendant State Farm's Motion for Leave to File Document Under Seal. (See D.E. 63.) State Farm shall provide an un-redacted copy of the settlement agreement to Liberty Mutual pursuant to the strictest terms of confidentiality. This entry constitutes the ENDORSED ORDER in its entirety. Signed by Judge Joan A. Lenard on 7/1/2019. (gie) (Entered: 07/01/2019) |
| 07/01/2019 | 129 | Amended MOTION for Reconsideration re 116 Order *on Remand* by State Farm Florida Insurance Company. (Russo, Elizabeth) (Entered: 07/01/2019) |
| 07/01/2019 | | SYSTEM ENTRY - Docket Entry 130 [misc] restricted/sealed until further notice. (522627) (Entered: 07/01/2019) |
| 07/01/2019 | 131 | Clerks Notice to Filer re 130 Sealed Document. **Document Not Captioned**; It is not necessary to refile this document but future filings must have the proper caption pursuant to Local Rules. (mc) (Entered: 07/01/2019) |
| 07/11/2019 | 132 | Defendant's MOTION to Seal per Local Rule 5.4 by State Farm Florida Insurance Company. (Russo, Elizabeth) (Entered: 07/11/2019) |
| 07/12/2019 | 133 | RESPONSE in Opposition re 129 Amended MOTION for Reconsideration re 116 Order *on Remand* filed by Liberty Mutual Fire Insurance Company. Replies due by 7/19/2019. (Rosenn, Jonathan) (Entered: 07/12/2019) |
| 07/15/2019 | 134 | PAPERLESS ORDER GRANTING 132 Motion to Seal Defendant State Farm's Motion for Leave to File Documents Under Seal. State Farm may file the Declaration of Marykate Bernhardt and its attachments under seal. This entry constitutes the PAPERLESS ORDER in its entirety. Signed by Judge Joan A. Lenard on 7/15/2019. (gie) (Entered: 07/15/2019) |
| 07/17/2019 | | SYSTEM ENTRY - Docket Entry 135 [misc] restricted/sealed until further notice. (522627) (Entered: 07/17/2019) |
| 07/17/2019 | 136 | Notice of Appeal as to 116 Order by Liberty Mutual Fire Insurance Company. Filing fee $ 505.00 receipt number 113C-11823816. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order |

| | | |
|---|---|---|
| | | Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under Transcript Information. (Rosenn, Jonathan) (Entered: 07/17/2019) |
| 07/18/2019 | | Transmission of Notice of Appeal, Order under appeal and Docket Sheet to US Court of Appeals re 136 Notice of Appeal, Notice has been electronically mailed. (apz) (Entered: 07/18/2019) |
| 07/18/2019 | 137 | REPLY to Response to Motion re 129 Amended MOTION for Reconsideration re 116 Order *on Remand* filed by State Farm Florida Insurance Company. (Russo, Elizabeth) (Entered: 07/18/2019) |
| 07/19/2019 | 138 | ORDER GRANTING 129 Defendant State Farm's Amended Motion for Reconsideration of the Order on Remand Granting Plaintiff Liberty Mutual's Motion for Partial Summary Judgment. Signed by Judge Joan A. Lenard on 7/19/2019. *See attached document for full details.* (gie) (Entered: 07/19/2019) |
| 07/19/2019 | 139 | AMENDED ORDER on Remand Denying 44 State Farm's Motion for Summary Judgment, and GRANTING Plaintiff Liberty Mutual's 46 Motion for Partial Summary Judgment. Signed by Judge Joan A. Lenard on 7/19/2019. *See attached document for full details.* (gie) (Entered: 07/19/2019) |
| 07/19/2019 | 140 | PAPERLESS ORDER DENYING AS MOOT 119 Defendant State Farm's Motion for Reconsideration of the Order on Remand Granting Plaintiff Liberty Mutual's Motion for Partial Summary Judgment. (See D.E. 129 , 138 .) Signed by Judge Joan A. Lenard on 7/19/2019. (gie) (Entered: 07/19/2019) |
| 07/29/2019 | 141 | Acknowledgment of Receipt of NOA from USCA re 136 Notice of Appeal, filed by Liberty Mutual Fire Insurance Company. Date received by USCA: 7/18/2019. USCA Case Number: 19-12833-JJ. (apz) (Entered: 07/29/2019) |
| 08/02/2019 | 142 | NOTICE by Liberty Mutual Fire Insurance Company re 139 Amended Order, *of Parties' Lack of Agreement Upon a Monetary Judgment Amount* (Lapin, Jeffrey) (Entered: 08/02/2019) |
| 08/06/2019 | 143 | ORDER of DISMISSAL from USCA. Pursuant to Appellant Liberty Mutual Fire Insurance Company's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed re 136 Notice of Appeal, filed by Liberty Mutual Fire Insurance Company. USCA #19-12833-JJ. (apz) (Entered: 08/07/2019) |
| 08/07/2019 | 144 | PAPERLESS ORDER regarding 143 Order of Dismissal from USCA. By August 8, 2019 at 3:00 p.m., the parties shall file a joint notice clarifying whether Liberty Mutual's dismissal of its appeal in 11th Circuit Case No. 19-12833 affects its Motion for Prevailing Party Attorney's Fees, filed on May 29, 2019, in 11th Circuit Case No. 18-11652. Signed by Magistrate Judge Jonathan Goodman on 8/7/2019. (jzn) (Entered: 08/07/2019) |
| 08/08/2019 | 145 | REPORT REGARDING Lack of Effect of Liberty Mutual's Dismissal of Its Appeal on Pending Motion for Prevailing Party Attorneys' Fees by Liberty Mutual Fire Insurance Company (Rosenn, Jonathan) (Entered: 08/08/2019) |
| 08/08/2019 | 146 | REPORT AND RECOMMENDATIONS on 102 , 103 Motions for Bill of Costs and 118 Motion for Attorney's Fees. Objections to R&R due by 8/22/2019. Signed by Magistrate Judge Jonathan Goodman on 8/8/2019. *See attached document for full details.* (jzn) (Entered: 08/08/2019) |
| 08/09/2019 | 147 | PAPERLESS ORDER REFERRING CASE to Mediation. On July 17, 2019, the Court issued an Order Granting Defendant's Amended Motion for Reconsideration of the Order on Remand Granting Plaintiff's Motion for Partial Summary Judgment, indicating that if |

the Parties could not agree upon a monetary judgment amount within fourteen days, the Court would order them to mediate within thirty days. (D.E. 138 at 8.) On August 2, 2019, the Parties filed a Joint Status Report indicating that they could not agree upon a monetary judgment amount for purposes of entry of a final judgment. (D.E. 142 at 1.) On August 8, 2019, in Response to an Order issued by Magistrate Judge Jonathan Goodman, the Parties filed a Joint Report indicating, inter alia, that they "are pursuing mediation to attempt to resolve the remaining issues in this case." (D.E. 145 at 1.)

It is ORDERED AND ADJUDGED that the Parties are required to participate in mediation to attempt to resolve the remaining issues in this case. The mediation shall be completed no later than **September 9, 2019**. It is further ORDERED AND ADJUDGED that Plaintiff's counsel, or another attorney agreed upon by all counsel of record, shall be responsible for scheduling the mediation conference. The parties shall agree upon a mediator within 7 days from the date of this Order. If there is no agreement, lead counsel shall notify the Clerk, in pleading form, within 7 days from the date of this Order and the Clerk shall designate a mediator from the List of Certified Mediators, based on a blind rotation. A place, date, and time for mediation convenient to the mediator, counsel of record, and unrepresented parties shall be established. **Within 10 days of the date of this Order, Plaintiff's counsel shall complete the form order located at Docket Entry 29-1 and submit it as an exhibit to a Notice of Filing, via the Court's electronic filing system.** <u>A Notice of Selection of Mediator will not be considered compliant with this Order.</u> Within seven (7) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

All other provisions of the Court's July 8, 2015 Order of Referral to Mediation (D.E. 29 ) remain effective. This entry constitutes the PAPERLESS ORDER in its entirety. Signed by Judge Joan A. Lenard on 8/9/2019. (gie) (Entered: 08/09/2019)

| | | |
|---|---|---|
| 08/19/2019 | 148 | Joint MOTION for Extension of Time to Mediate by Liberty Mutual Fire Insurance Company. (Rosenn, Jonathan) (Entered: 08/19/2019) |
| 08/19/2019 | 149 | NOTICE by Liberty Mutual Fire Insurance Company re 147 Order Referring Case to Mediation,,,,,,,,,, *Proposed Order Scheduling Mediation* (Attachments: # 1 Text of Proposed Order) (Rosenn, Jonathan) (Entered: 08/19/2019) |
| 08/20/2019 | 150 | PAPERLESS ORDER GRANTING 148 Joint Motion to Extend Deadline to Complete Mediation by 4 Days, and SCHEDULING MEDIATION for September 13, 2019. The mediation conference in this matter shall be held with John Freud on September 13, 2019 at Lapin & Leichtling, LLP, 255 Alhambra Circle, Suite 1250, Coral Gables, Florida. Within seven (7) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse. This entry constitutes the ENDORSED ORDER in its entirety. Signed by Judge Joan A. Lenard on 8/20/2019. (gie) (Entered: 08/20/2019) |
| 08/21/2019 | 151 | Defendant's MOTION for Extension of Time to File Objections to Report and Recommendations on Motions for Bill of Costs and Motion for Attorney's Fees re 146 REPORT AND RECOMMENDATIONS re 103 MOTION for Bill of Costs filed by State Farm Florida Insurance Company, 102 MOTION for Bill of Costs filed by Liberty Mutual Fire Insurance Company, 127 Order Referring Motion, 104 by State Farm Florida Insurance Company. Responses due by 9/4/2019 (Attachments: # 1 Text of Proposed Order)(Russo, Elizabeth) (Entered: 08/21/2019) |

| 08/21/2019 | 152 | PAPERLESS ORDER GRANTING 151 Defendant's Unopposed Motion for 10-day Extension of Time to File Objections to Report and Recommendations on Motions for Bill of Costs and Motion for Attorney's Fees. Defendant shall have until and including September 3, 2019 to file Objections. This entry constitutes the PAPERLESS ORDER in its entirety. Signed by Judge Joan A. Lenard on 8/21/2019. (gie) (Entered: 08/21/2019) |
|---|---|---|
| 09/02/2019 | 153 | OBJECTIONS to 146 Report and Recommendations by State Farm Florida Insurance Company. (Russo, Elizabeth) (Entered: 09/02/2019) |
| 09/13/2019 | 154 | MEDIATION REPORT by John Freud. Disposition: Adjourned.(Freud, John) (Entered: 09/13/2019) |
| 09/16/2019 | 155 | RESPONSE TO OBJECTION to 146 Report and Recommendations by Liberty Mutual Fire Insurance Company. (Rosenn, Jonathan) (Entered: 09/16/2019) |
| 09/23/2019 | 156 | ORDER ADOPTING IN PART AND REJECTING IN PART 146 Report and Recommendations on Motions for Bill of Costs and Motion for Attorneys' Fees, GRANTING IN PART 118 Motion for Appellate Attorneys' Fees, GRANTING 102 Liberty Mutual's Motion for Bill of Costs, DENYING AS MOOT 103 State Farm's Motion for Bill of Costs, and REFERRING to Magistrate Judge Jonathan Goodman for a Determination of Appellate Attorneys' Fees. Signed by Judge Joan A. Lenard on 9/23/2019. *See attached document for full details.* (gie) (Entered: 09/23/2019) |
| 10/28/2019 | 157 | **VACATED**PAPERLESS ORDER requiring Proposed Final Judgments. On July 17, 2019, the Court issued an Order Granting Defendant's Amended Motion for Reconsideration of the Order on Remand Granting Plaintiff's Motion for Partial Summary Judgment, indicating that if the Parties could not agree upon a monetary judgment amount within fourteen days, the Court would order them to mediate within thirty days. (D.E. 138 at 8.) On August 2, 2019, the Parties filed a Joint Status Report indicating that they could not agree upon a monetary judgment amount for purposes of entry of a final judgment. (D.E. 142 at 1.) On August 8, 2019, in Response to an Order issued by Magistrate Judge Jonathan Goodman, the Parties filed a Joint Report indicating, inter alia, that they "are pursuing mediation to attempt to resolve the remaining issues in this case." (D.E. 145 at 1.) On August 9, 2019, the Court ordered the Parties to mediate the remaining issues in this case. (D.E. 147.) On September 13, 2019, the mediator filed a Mediation Report indicating that the mediation adjourned with no agreement. (D.E. 154 .) Accordingly, it is ORDERED AND ADJUDGED that the Parties shall have until and including November 12, 2019 to file Proposed Final Judgments. This entry constitutes the PAPERLESS ORDER in its entirety. Signed by Judge Joan A. Lenard on 10/28/2019. (gie) Modified on 11/8/2019 PER DE 159 ORDER(ail). (Entered: 10/28/2019) |
| 11/06/2019 | 158 | Joint MOTION for Reconsideration re 157 Order,,,,,, Set/Reset Deadlines,,,,, by Liberty Mutual Fire Insurance Company. (Rosenn, Jonathan) (Entered: 11/06/2019) |
| 11/07/2019 | 159 | PAPERLESS ORDER GRANTING 158 Joint Motion for Reconsideration of October 18, 2019 Order Requiring Proposed Final Judgments by November 12, 2019. It is ORDERED AND ADJUDGED that the Court's Order of October 28, 2019 (D.E. 157) is VACATED. The Court will refer this matter to the Magistrate Judge for a hearing on damages, if necessary, on the earlier of (a) the declaration an impasse filed by the mediator, or (b) thirty days from the date of this Order. This entry constitutes the PAPERLESS ORDER in its entirety. Signed by Judge Joan A. Lenard on 11/7/2019. (gie) (Entered: 11/07/2019) |
| 12/10/2019 | 160 | PAPERLESS ORDER REFERRING CASE to Magistrate Judge Jonathan Goodman for a Hearing on Damages. Pursuant to the Parties 158 Motion of November 6, 2019 and the Court's Order of November 7, 2019, (D.E. 159) this matter is hereby referred to Magistrate Judge Johnathan Goodman for a hearing on damages. This entry constitutes |

| | | |
|---|---|---|
| | | the PAPERLESS ORDER in its entirety. Signed by Judge Joan A. Lenard on 12/10/2019. (gie) (Entered: 12/10/2019) |
| 12/10/2019 | 161 | PAPERLESS Order setting hearing on damages for 12/19/2019 at 03:00 PM in the Miami Division before Magistrate Judge Jonathan Goodman in accordance with 159 and 160 . Signed by Magistrate Judge Jonathan Goodman on 12/10/2019. (jzn) (Entered: 12/10/2019) |
| 12/13/2019 | 162 | Joint MOTION to Continue *The Damages Hearing Scheduled By This Court's Paperless Order [D.E.161] And To Convene A Pre-Hearing Conference* re 161 Order Setting/Cancelling Hearing by State Farm Florida Insurance Company. Responses due by 12/27/2019 (Green, Jay) (Entered: 12/13/2019) |
| 12/13/2019 | 163 | PAPERLESS ORDER granting the parties' 162 Joint Motion to Continue the Damages Hearing Scheduled by this Court's 161 Paperless Order and to Convene a Pre-Hearing Conference. The Pre-Hearing Conference is set for December 19, 2019 at 3:00 PM in the Miami Division before Magistrate Judge Jonathan Goodman. Signed by Magistrate Judge Jonathan Goodman on 12/13/2019. (jzn) (Entered: 12/13/2019) |
| 12/19/2019 | 164 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Jonathan Goodman: Pre-Hearing Conference re Hearing held on 12/19/2019. Total time in court: 51 minutes. Attorney Appearance(s): Jeffrey Scott Lapin, Jay Barry Green. (Digital 14:58:12) (tb) (Entered: 12/19/2019) |
| 12/19/2019 | 165 | POST-HEARING ADMINISTRATIVE ORDER. Signed by Magistrate Judge Jonathan Goodman on 12/19/2019. *See attached document for full details.* (jzn) (Entered: 12/19/2019) |
| 12/19/2019 | 166 | PAPERLESS Order setting full-day evidentiary hearing on damages for 1/23/2020, beginning at 09:15 AM in the Miami Division before Magistrate Judge Jonathan Goodman. Please see 165 the Post-Hearing Administrative Order for additional details. Signed by Magistrate Judge Jonathan Goodman on 12/19/2019. (jzn) (Entered: 12/19/2019) |
| 12/27/2019 | 167 | TRANSCRIPT of pre-hearing conference held on 12-19-2019 before Magistrate Judge Jonathan Goodman, 1-34 pages, Court Reporter: Dawn Savino, 305-523-5598 / Dawn_Savino@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/17/2020. Redacted Transcript Deadline set for 1/27/2020. Release of Transcript Restriction set for 3/26/2020. (dwh) (Entered: 12/27/2019) |
| 01/02/2020 | 168 | PAPERLESS ORDER resetting time for full-day Evidentiary Hearing currently scheduled for 1/23/2020, from 09:15 AM to 10:00 AM re 166 . The rescheduling is only a modest change as to the start time. ( Evidentiary Hearing re-set for 1/23/2020 10:00 AM in Miami Division before Magistrate Judge Jonathan Goodman.) **TIME CHANGE ONLY** Signed by Magistrate Judge Jonathan Goodman on 1/2/2020. (tb) (Entered: 01/02/2020) |
| 01/09/2020 | 169 | Defendant's MOTION to Seal *Second Declaration of Marykate Bernhardt* per Local Rule 5.4 by State Farm Florida Insurance Company. (Russo, Elizabeth) . (Entered: 01/09/2020) |
| 01/13/2020 | 170 | PAPERLESS ORDER granting 169 Defendant State Farm's Motion for Leave to File Under Seal the Second Declaration of Marykate Bernhardt. State Farm may file the Second Declaration of Marykate Bernhardt and its attachments under seal. Signed by Magistrate Judge Jonathan Goodman on 1/13/2020. (jzn) (Entered: 01/13/2020) |
| 01/14/2020 | | SYSTEM ENTRY - Docket Entry 171 [misc] restricted/sealed until further notice. |

| | | |
|---|---|---|
| | | (522627) (Entered: 01/14/2020) |
| 01/15/2020 | 172 | NOTICE by State Farm Florida Insurance Company *of Filing Deposition of Michael Simon* (Russo, Elizabeth) (Entered: 01/15/2020) |
| 01/16/2020 | 173 | NOTICE by State Farm Florida Insurance Company *of Filing Deposition of Michael Simon with Exhibits (Except for Confidential Documents)* (Attachments: # 1 Appendix Deposition of Michael Simon taken 1-10-20, # 2 Exhibit Exhibit 1 - Notice of Taking Deposition, # 3 Exhibit Exhibit 2 - Documents produced pursuant to duces tecum request, # 4 Exhibit Exhibit 3 - Third Amended Complaint, # 5 Exhibit Exhibit 4 - Corrected Plaintiff's Responses to Third Set of Interrogatories) (Russo, Elizabeth) (Entered: 01/16/2020) |
| 01/16/2020 | 174 | NOTICE by Liberty Mutual Fire Insurance Company re 166 Order Setting/Cancelling Hearing, *That Only Two Hours Is Needed for January 23, 2020 Evidentiary Hearing* (Rosenn, Jonathan) (Entered: 01/16/2020) |
| 01/21/2020 | 175 | Joint MOTION to Seal *Confidential Joint Stipulation Before Damages Hearing* per Local Rule 5.4 by Liberty Mutual Fire Insurance Company. (Rosenn, Jonathan) (Entered: 01/21/2020) |
| 01/22/2020 | 176 | PAPERLESS ORDER granting 175 the Parties' Joint Motion to File Confidential Joint Stipulation Before Damages Hearing Under Seal. The Parties may file their Joint Stipulation and any attachments under seal. Signed by Magistrate Judge Jonathan Goodman on 1/22/2020. (jzn) (Entered: 01/22/2020) |
| 01/22/2020 | | SYSTEM ENTRY - Docket Entry 177 [misc] restricted/sealed until further notice. (715326) (Entered: 01/22/2020) |
| 01/23/2020 | 178 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Jonathan Goodman: Oral Argument Hearing held on 1/23/2020. Total time in court: 1 hour(s) : 48 minutes. Attorney Appearance(s): Jeffrey Scott Lapin, Jay Barry Green. Court Reporter: Vernita Allen-Williams, 305-523-5048 / Vernita_Allen-Williams@flsd.uscourts.gov. (tb) (Entered: 01/23/2020) |
| 01/24/2020 | 179 | POST-HEARING ADMINISTRATIVE ORDER. Signed by Magistrate Judge Jonathan Goodman on 1/24/2020. *See attached document for full details.* (jzn) (Entered: 01/24/2020) |
| 01/29/2020 | 180 | TRANSCRIPT of Evidentiary Hearing held on 1-23-20 before Magistrate Judge Jonathan Goodman, Volume Number 1 of 1, 1-68 pages, Court Reporter: Vernita Allen-Williams, 305-523-5048 / Vernita_Allen-Williams@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/19/2020. Redacted Transcript Deadline set for 3/2/2020. Release of Transcript Restriction set for 4/28/2020. (vas) (Entered: 01/29/2020) |
| 02/17/2020 | 181 | NOTICE by State Farm Florida Insurance Company re 179 Order *State Farm's Post-Hearing Brief* (Russo, Elizabeth) (Entered: 02/17/2020) |
| 03/09/2020 | 182 | MEMORANDUM in Opposition re 181 Notice (Other) *Defendant's Post-Hearing Brief* by Liberty Mutual Fire Insurance Company. (Lapin, Jeffrey) (Entered: 03/09/2020) |
| 04/10/2020 | | SYSTEM ENTRY - Docket Entry 183 [report and recommendations] restricted/sealed until further notice. (cbr) (Entered: 04/10/2020) |
| 04/10/2020 | 184 | REPORT AND RECOMMENDATIONS ON THE AMOUNT OF LIBERTY MUTUAL'S DAMAGES. Objections to R&R due by 4/24/2020. Signed by Magistrate |

| | | |
|---|---|---|
| | | Judge Jonathan Goodman on 4/9/2020. *See attached document for full details.* (jzn) (Entered: 04/10/2020) |
| 04/23/2020 | 185 | OBJECTIONS to 184 Report and Recommendations by Liberty Mutual Fire Insurance Company. (Attachments: # 1 Exhibit A)(Rosenn, Jonathan) (Entered: 04/23/2020) |
| 04/23/2020 | 186 | OBJECTIONS to 184 Report and Recommendations by State Farm Florida Insurance Company. (Russo, Elizabeth) (Entered: 04/23/2020) |
| 05/07/2020 | 187 | RESPONSE TO OBJECTION to 184 Report and Recommendations by State Farm Florida Insurance Company. (Russo, Elizabeth) (Entered: 05/07/2020) |
| 05/07/2020 | 188 | RESPONSE TO OBJECTION to 184 Report and Recommendations by Liberty Mutual Fire Insurance Company. (Rosenn, Jonathan) (Entered: 05/07/2020) |
| 07/14/2020 | | SYSTEM ENTRY - Docket Entry 189 [order] restricted/sealed until further notice. (ra) (Entered: 07/14/2020) |
| 07/14/2020 | | SYSTEM ENTRY - Docket Entry 190 [order] restricted/sealed until further notice. (ra) (Entered: 07/14/2020) |
| 07/14/2020 | | Civil Case Terminated. Closing Case. (ra) (Entered: 07/14/2020) |
| 07/14/2020 | 191 | FINAL JUDGMENT in favor of Liberty Mutual Fire Insurance Company against State Farm Florida Insurance Company. Signed by Judge Joan A. Lenard on 7/14/2020. *See attached document for full details.* (gie) (Entered: 07/14/2020) |
| 08/04/2020 | 192 | Notice of Appeal as to 191 Judgment by State Farm Florida Insurance Company. Filing fee $ 505.00 receipt number AFLSDC-13292622. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under Transcript Information. (Attachments: # 1 Exhibit Final Judgment)(Russo, Elizabeth) (Entered: 08/04/2020) |
| 08/06/2020 | | Transmission of Notice of Appeal, Judgment under appeal and Docket Sheet to US Court of Appeals re 192 Notice of Appeal, Notice has been electronically mailed. (apz) (Entered: 08/06/2020) |
| 08/07/2020 | 193 | TRANSCRIPT INFORMATION FORM by State Farm Florida Insurance Company re 192 Notice of Appeal,. Hearing transcripts on file transcript(s) ordered. Order placed by Elizabeth K. Russo. Email sent to Court Reporter Coordinator. (Russo, Elizabeth) (Entered: 08/07/2020) |
| 08/12/2020 | 194 | Defendant's MOTION For Approval of Supersedeas Bond and to Stay Execution on Judgment *(Unopposed)* by State Farm Florida Insurance Company. (Attachments: # 1 Exhibit Ex. A - Supersedeas Bond)(Russo, Elizabeth) (Entered: 08/12/2020) |
| 08/12/2020 | 195 | PAPERLESS ORDER GRANTING 194 Defendant's Unopposed Motion for Approval of Supersedeas Bond and Stay of Execution of Judgment. The supersedeas bond is APPROVED and all proceedings to enforce or execute on the Final Judgment are hereby STAYED until completion of all appellate proceedings related to this action. This entry constitutes the PAPERLESS ORDER in its entirety. Signed by Judge Joan A. Lenard on 8/12/2020. (gie) (Entered: 08/12/2020) |
| 08/12/2020 | 196 | Acknowledgment of Receipt of NOA from USCA re 192 Notice of Appeal, filed by State Farm Florida Insurance Company. Date received by USCA: 8/6/2020. USCA Case Number: 20-12970-GG. (apz) (Entered: 08/12/2020) |
| 08/12/2020 | 197 | Plaintiff's MOTION for Bill of Costs by Liberty Mutual Fire Insurance Company. Responses due by 8/26/2020 (Attachments: # 1 Exhibit, # 2 Exhibit)(Rosenn, Jonathan) |

| | | (Entered: 08/12/2020) |
|---|---|---|
| 08/12/2020 | 198 | Notice of Appeal as to 191 Judgment, 139 Amended Order, by Liberty Mutual Fire Insurance Company. Filing fee $ 505.00 receipt number AFLSDC-13339917. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under Transcript Information. (Rosenn, Jonathan) (Entered: 08/12/2020) |
| 08/13/2020 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 198 Notice of Appeal. Notice has been electronically mailed. (hh) (Entered: 08/13/2020) |
| 08/21/2020 | 199 | Acknowledgment of Receipt of NOA from USCA re 198 Notice of Appeal, filed by Liberty Mutual Fire Insurance Company. Date received by USCA: 8/13/2020. USCA Case Number: 20-12970-GG. (apz) (Entered: 08/21/2020) |
| 08/25/2020 | 200 | TRANSCRIPT INFORMATION FORM by Liberty Mutual Fire Insurance Company re 198 Notice of Appeal,. No Transcript Requested. (Rosenn, Jonathan) (Entered: 08/25/2020) |
| 08/28/2020 | 201 | MOTION for Attorney Fees by Liberty Mutual Fire Insurance Company. Responses due by 9/11/2020 (Attachments: # 1 Exhibit Time Records)(Rosenn, Jonathan) (Entered: 08/28/2020) |
| 09/18/2020 | 202 | ORDER GRANTING 197 Liberty Mutual Fire Insurance Company's Motion for Bill of Costs, and GRANTING 201 Liberty Mutual Fire Insurance Company's Verified Motion for Attorney Fees. Signed by Judge Joan A. Lenard on 9/18/2020. *See attached document for full details.* (gie) (Entered: 09/18/2020) |
| 09/25/2020 | 203 | Notice of Appeal as to 202 Order on Motion for Bill of Costs,, Order on Motion for Attorney Fees, by State Farm Florida Insurance Company. Filing fee $ 505.00 receipt number AFLSDC-13585399. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under Transcript Information. (Russo, Elizabeth) (Entered: 09/25/2020) |
| 09/25/2020 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 203 Notice of Appeal. Notice has been electronically mailed. (hh) (Entered: 09/25/2020) |
| 09/29/2020 | 204 | TRANSCRIPT INFORMATION FORM by State Farm Florida Insurance Company re 203 Notice of Appeal,,. No Transcript Requested. (Russo, Elizabeth) (Entered: 09/29/2020) |
| 09/29/2020 | 205 | Unopposed MOTION for Approval of Supersedeas Bond and Stay of Execution on Judgment re 202 Order on Motion for Bill of Costs,, Order on Motion for Attorney Fees, by State Farm Florida Insurance Company. (Attachments: # 1 Exhibit Supersedeas Bond) (Russo, Elizabeth) (Entered: 09/29/2020) |
| 09/30/2020 | 206 | PAPERLESS ORDER GRANTING 205 Defendant's Unopposed Motion for Approval of Supersedeas Bond and Stay of Execution of Judgment. The supersedeas bond is APPROVED and all proceedings to enforce or execute on the Fees and Costs Judgment are hereby STAYED until completion of all appellate proceedings related to this action. This entry constitutes the PAPERLESS ORDER in its entirety. Signed by Judge Joan A. Lenard on 9/30/2020. (gie) (Entered: 09/30/2020) |
| 09/30/2020 | 207 | Acknowledgment of Receipt of NOA from USCA re 203 Notice of Appeal, filed by State Farm Florida Insurance Company. Date received by USCA: 9/25/2020. USCA Case Number: 20-13637-GG. (apz) (Entered: 09/30/2020) |

| 10/30/2020 | 208 | Pursuant to F.R.A.P. 11(c), the Clerk of the District Court for the Southern District of Florida certifies that the record is complete for purposes of this appeal re: 192 Notice of Appeal, 198 Notice of Appeal, Appeal No. 20-12970-GG. The entire record on appeal is available electronically. (apz) (Entered: 10/30/2020) |